1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:     (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  BOB TRAGNI AND WILLIAM T.              )    CASE NO.:
    BARROW, AS TRUSTEES OF THE             )
11  INTERNATIONAL BROTHERHOOD OF           )    COMPLAINT FOR MONEY
    ELECTRICAL WORKERS LOCAL 332           )    ON A BREACH OF
12  HEALTH AND WELFARE AND PENSION         )    COLLECTIVE
    TRUST FUNDS, NEBF, JEIF, NECA          )    BARGAINING AGREEMENT
13  SERVICE CHARGE, NECA, DUES             )    VIOLATION OF E.R.I.S.A. AND FOR
    CHECK OFF  AND APPRENTICESHIP          )    AN INJUNCTION
14  TRAINING TRUST FUNDS,                  )
                                           )
15                    Plaintiffs,          )
                                           )
16  vs.                                    )
                                           )
17  RPD ELECTRICAL SERVICES CO., INC.,     )
    a California Corporation doing business )
18  as ELECTRICAL SERVICE COMPANY,         )
                                           )
19                    Defendants.          )
                                           )
20

21        COME NOW Plaintiffs, by their attorney, Sue Campbell, and allege and show to the

22  Court as follows:

23        1. The jurisdiction of this Court is invoked pursuant to 29 U.S.C. Sections 185, 1132.

24        2. Plaintiffs BOB TRAGNI AND WILLIAM T. BARROW are trustees and fiduciaries

25  of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332

26  HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA

27  SERVICE CHARGE, NECA, DUES CHECK OFF  AND APPRENTICESHIP TRAINING

28  TRUST FUNDS.

                            1
─────────────────────────────────────

3. The INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS hereinafter "Funds", are Taft-Hartley funds as defined at 29 U.S.C. Section 186 and "employee pension benefit plans" as defined at 29 U.S.C. Section 1002(1), (2).   1   ) The Defendant RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, is an employer as defined in 29 U.S.C. Section 1002(5). The Defendants were at all times mentioned herein and now are authorized to do business in the State of California, and further, that they are now authorized to do business and are actually doing business in the County of Santa Clara, State of California.

4.   At all times material hereto, there have been in full force and effect collective bargaining agreements covering the wages, hours and conditions of employment of certain employees of the Defendants. True and correct copies of the executed signature page, collective bargaining agreement, and pertinent sections of the trust agreement are attached hereto and incorporated herein by reference as Exhibit 1.

5.   By its terms, the aforementioned collective bargaining agreement requires the Defendants to make payments to certain Funds (Health and Welfare Trust, Pension Trust, Apprenticeship Trust, National Electrical Benefit Fund, JEIF, NECA Service Charge, NECA) for each hour worked by employees covered by said collective bargaining agreement.  The Health and Welfare Trust Fund is authorized to collect monies due to said Trust Funds.  The agreement further provides that such payments are to be made not later than the 15th day of each month following the month for which payment is made.

6. The aforementioned collective bargaining agreement also provides that the Defendant will abide by the terms of the Trust documents establishing the Funds, as well as the rules and regulations adopted by the trustees.

7.   In accordance with the trust documents and rules and regulations of the Funds, as adopted by the trustees as well as the terms of the collective bargaining agreement, liquidated damages are assessed on late payments at the rate of 10% of the amount due if the payment is

1    not received by the 15th of the month following the month incurred.

2        8.  The aforementioned collective bargaining agreement further provides that if legal

3    action must be taken to recover amounts due the Funds, the Defendant will pay the actual and

4    reasonable attorney's fees incurred by the Funds, and all court costs.  29 U.S.C. Section 1132

5    also requires the Defendant to pay such fees and costs.

6        9.  Pursuant to the terms of said agreement, there is now due, owing and unpaid from

7    Defendants to Plaintiffs for the months of April through July 2007, an as yet unascertained sum,

8    plus liquidated damages according to contract; plus interest thereon at the legal rate.

9        10.  Plaintiffs, through their agents, have made demand for payment but Defendants have

10   failed to make any payments to date on the amount due.

11       11.  On information and belief, additional monies are due for the periods August 1, 2007,

12   to the present.

13       12.  The obligation of the said Defendants, pursuant to the collective bargaining

14   agreement set forth in Paragraph 7 above is a continuing obligation; Defendants may be

15   continuing to breach said agreement by failure to pay monies due thereunder to Plaintiffs.  The

16   additional sums still due and owing, because of such breach, are presently unknown, but will

17   be determined hereafter.  In order to recover said additional sums in this action, Plaintiffs

18   request that they be allowed to amend the complaint at or before the time of judgment to set

19   forth said additional sums which may be due when said sums are determined and additional

20   attorney's fees for collection thereof.

21       13.  Plaintiffs' actual attorney's fees and costs will not be known until after this matter

22   is concluded.

23       14.  By reason of the aforementioned conduct of the Defendants, the Funds have

24   suffered, and will continue to suffer, harm and actual and impending irreparable loss in that

25   monies will not be available to provide contractual benefits to participants and beneficiaries of

26   the Funds; the Funds will suffer excessive administrative and legal costs in continuing attempts

27   to collect monies not submitted on a timely basis; the Funds will not have the benefit of

28   investment income on monies due to the Funds from these Defendants; and individual

COMPLAINT

1   participants in the Fund will not receive their contractual benefits.

2       WHEREFORE, Plaintiffs pray this Court:

3       1. Issue an injunction perpetually enjoining and restraining the Defendant, its officers,

4   agents, successors, employees, attorneys and all those in active concert or participation with

5   them from the conduct complained of herein;

6       2.  Award the Plaintiffs judgment for amounts due for the period April through

7   July 2007, in an as yet unascertained sum, plus liquidated damages according to contract; plus

8   interest thereon at the legal rate, plus an amount to be submitted to the Court at the time of entry

9   of judgment as attorney's fees plus their costs and disbursements in this action, all pursuant to

10  29 U.S.C. Section 1132(g)(2);

11      3. Award to Plaintiffs such other relief as this Court shall deem appropriate.

12

13  Dated this 2 ᵗ day of August 2007

14

15

16      SUE CAMPBELL
        Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

4

COMPLAINT

1

# INSIDE AGREEMENT
## LOCAL 332

Agreement by and between the National Electrical Contractors Association (NECA) - Santa Clara Valley Chapter and Local Union No. 332, IBEW.

It shall apply to <u>all firms</u> who sign a <u>Letter of Assent</u> to be bound by this Agreement.

As used in this Agreement, the term "Employer" shall mean NECA and the term "Union" shall mean Local Union 332, IBEW.

The term "Employer" shall also mean an individual firm who has been recognized by an assent to this Agreement.

Words used in this Agreement in the masculine gender shall include the feminine.

### BASIC PRINCIPLES

The Employer and the Union have a common and sympathetic interest in the Electrical Industry. Therefore, a working system and harmonious relations are necessary to improve the beneficial relationship between the Employer, the Union, and the Public. Progress in the industry demands a mutuality of confidence between the Employer and the Union. The Union recognizes the desirability of dealing with reputable and stable Employers. The Employer recognizes the responsibility of supplying the public with services performed by experienced and trained personnel who can effectively install, service and maintain electrical installations in an efficient and safe manner as prescribed by the National Board of Fire Underwriters, Federal, State and local laws and ordinances. Therefore, the Employer desires to avail himself of a proven method of securing trained personnel on short notice and requests the Union to assist him in meeting this public responsibility. All will benefit by continuous peace by adjusting any differences by rational, common sense methods. Now, therefore, in consideration of the mutual promises and agreements herein contained, the parties hereto agree as follows:

2

ARTICLE I

EFFECTIVE DATE -- CHANGES -- GRIEVANCES -- DISPUTES

**Section 1.01**    This Agreement shall take effect June 1, 2005 and shall remain in effect until May 31, 2008, unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from June 1 through May 31 of each year, unless changed or terminated in the way later provided herein.

**Section 1.02**    (a)    Either party or an Employer withdrawing representation from the Chapter or not represented by the Chapter, desiring to change or terminate this Agreement must provide written notification at least ninety (90) days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.

(b)    Whenever notice is given for changes, <u>the nature of the changes desired must be specified in the notice, or no later than the first negotiating meeting unless mutually agreed otherwise.</u>

(c)    The existing provisions of the Agreement, including this Article, shall remain in full force and effect until a conclusion is reached in the matter of proposed changes.

(d)    In the event that either party, or an Employer withdrawing representation from the Chapter or not represented by the Chapter, has given a timely notice of proposed changes and an agreement has not been reached by the expiration date or by any subsequent anniversary date to renew, modify, or extend this Agreement, or to submit the unresolved issues to the Council on Industrial Relations for the Electrical Contracting Industry (CIR), either party or such an Employer, may serve the other a ten (10) day written notice terminating this Agreement. The terms and conditions of this Agreement shall remain in full force and effect until the expiration of the ten (10) day period.

(e)    By mutual agreement only, the Chapter, or an Employer withdrawing representation from the Chapter or not represented by the Chapter, may jointly, with the Union, submit the unresolved issues to the Council on Industrial Relations for

**Effective June 1, 2006:**
Increase ($0.96 cents allocation to be determined), $0.04 to JEIF
(JEIF to total .10 cents)

**Effective December 1, 2006:**
$1.00 Increase (allocation to be determined)

**Effective June 1, 2007:**
   $1.25 Increase (allocation to be determined)

**Effective December 1, 2007**
   $1.25 Increase (allocation to be determined)

**Section 3.05**    (b)    No Employer, or worker, or their agents shall give or accept, directly or indirectly, any rebate of wages. No Employer shall directly or indirectly or by any subterfuge sublet or contract with any worker, any or all of the labor services required by such contract of such Employer. Any Employer found violating any one of these provisions shall be subject to having his Agreement terminated upon written notice thereof, being given by the Union.

**Section 3.06**    (a)    Each Wednesday, wages shall be paid by the electrical Employer by whom the worker is employed. The Employer shall end the payroll week on Sunday at 12:00 midnight of each week. (This allows three (3) days to make up the time and disburse the checks). If payday falls on a holiday, the preceding day becomes payday. The payroll check stub shall contain the complete date - month, day and year, including company name and home office city, all deductions itemized and gross and net wages. The Employer shall pay wages on the job or allow Employees sufficient time to reach the shop on payday before the close of working hours.

Any worker laid off or discharged by the Employer shall be paid all his wages and be given his termination slip immediately. **In the event he is not paid off, waiting time at the regular rate shall be charged until payment is made**.

If an Employer shall give a check or checks as wages to an employee covered by this Agreement and the same is dishonored by the Employer's bank, **the Employer involved must immediately, on demand, present to**

# ARTICLE III

## Section 3.05 (a)

### Effective May 30, 2005

INSIDE APPRENTICES

| Classification | Wage | H & W | Pension | NEBF | AMF | Total | JATC | **JEIF |
|---|---|---|---|---|---|---|---|---|
| *Journeyman Wireman | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | $57.98 | 0.85 | 0.06 |
| *Foreman | 48.96 | 6.07 | 7.85 | 1.469 | 0.245 | $64.59 | 0.85 | 0.06 |
| *General Foreman | 55.54 | 6.07 | 7.85 | 1.660 | 0.277 | $71.20 | 0.85 | 0.06 |
| *Cable Splicer | 48.96 | 6.07 | 7.85 | 1.469 | 0.245 | $64.59 | 0.85 | 0.06 |
| *Journeyman Technician | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | $57.98 | 0.85 | 0.06 |
| 1st 1000 hrs 45% | 19.16 | 6.07 | 0 | 0.575 | 0.096 | $25.90 | 1.35 | 0.06 |
| 2nd 1000 hrs 50% | 21.67 | 6.07 | 0 | 0.650 | 0.108 | $28.50 | 1.35 | 0.06 |
| 3rd Period 55% | 23.41 | 6.07 | 4.32 | 0.702 | 0.117 | $34.62 | 1.35 | 0.06 |
| 4th Period 60% | 25.54 | 6.07 | 4.71 | 0.766 | 0.128 | $37.21 | 1.35 | 0.06 |
| 5th Period 65% | 27.67 | 6.07 | 5.10 | 0.830 | 0.138 | $39.81 | 1.35 | 0.06 |
| 6th Period 70% | 29.80 | 6.07 | 5.50 | 0.894 | 0.149 | $42.41 | 1.35 | 0.06 |
| 7th Period 75% | 31.93 | 6.07 | 5.89 | 0.958 | 0.160 | $45.01 | 1.35 | 0.06 |
| 8th Period 80% | 34.06 | 6.07 | 6.28 | 1.022 | 0.170 | $47.60 | 1.35 | 0.06 |
| 9th Period 85% | 36.18 | 6.07 | 6.67 | 1.085 | 0.181 | $50.19 | 1.35 | 0.06 |
| 10th Period 90% | 38.31 | 6.07 | 7.07 | 1.149 | 0.192 | $52.79 | 1.35 | 0.06 |

* Refer to Section 8.03.

**Day School:** Employers employing Apprentices shall pay One Dollar and Thirty Five Cents ($1.35) per hour to the JATC for Employers Apprenticeship Fund for Day School. There shall be separate accounting for this fund. This fund will provide for lost wages for students attending Day School.

** Does not reflect the additional .06 cents per hour deduction for the Joint Electrical Industry Fund (JEIF)

18

### Effective December 1, 2005

### Increase Wages $0.50, H&W $0.50

INSIDE APPRENTICES

| Classification | Wage | H & W | Pension | NEBF | AMF | Total | JATC | **JEIF |
|---|---|---|---|---|---|---|---|---|
| *Journeyman Wireman | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | $59.00 | 0.85 | 0.06 |
| *Foreman | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | $65.68 | 0.85 | 0.06 |
| *General Foreman | 55.99 | 6.57 | 7.85 | 1.680 | 0.280 | $72.37 | 0.85 | 0.06 |
| *Cable Splicer | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | $65.68 | 0.85 | 0.06 |
| *Journeyman Technician | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | $59.00 | 0.85 | 0.06 |
| 1st 1000 hrs 45% | 19.38 | 6.57 | 0 | 0.581 | 0.097 | $26.63 | 1.35 | 0.06 |
| 2nd 1000 hrs 50% | 21.67 | 6.57 | 0 | 0.650 | 0.108 | $29.00 | 1.35 | 0.06 |
| 3rd Period 55% | 23.69 | 6.57 | 4.32 | 0.711 | 0.118 | $35.41 | 1.35 | 0.06 |
| 4th Period 60% | 25.84 | 6.57 | 4.71 | 0.775 | 0.129 | $38.02 | 1.35 | 0.06 |
| 5th Period 65% | 28.00 | 6.57 | 5.10 | 0.840 | 0.140 | $40.65 | 1.35 | 0.06 |
| 6th Period 70% | 30.15 | 6.57 | 5.50 | 0.905 | 0.151 | $43.28 | 1.35 | 0.06 |
| 7th Period 75% | 32.30 | 6.57 | 5.89 | 0.969 | 0.162 | $45.89 | 1.35 | 0.06 |
| 8th Period 80% | 34.46 | 6.57 | 6.28 | 1.034 | 0.172 | $48.52 | 1.35 | 0.06 |
| 9th Period 85% | 36.61 | 6.57 | 6.67 | 1.098 | 0.183 | $51.13 | 1.35 | 0.06 |
| 10th Period 90% | 38.76 | 6.57 | 7.07 | 1.163 | 0.194 | $53.76 | 1.35 | 0.06 |

* Refer to Section 8.03.

**Day School:** Employers employing Apprentices shall pay One Dollar and Thirty Five Cents ($1.35) per hour to the JATC for Employers Apprenticeship Fund for Day School. There shall be separate accounting for this fund. This fund will provide for lost wages for students attending Day School.

**Does not reflect the additional .06 cents per hour deduction for the Joint Electrical Industry Fund (JEIF)

Effective 6/1/06 – Does not reflect the additional .10 cents per hour for JEIF

19

# PAID PARKING

**Section 3.19** (a) In the Metropolitan Areas of Santa Clara County, **where free parking is not available within six (6) blocks of the job** or project, the Employer shall reimburse Employees at the lowest rate available within said six (6) block area, provided the Employee presents a signed and dated receipt for each parking expenditure, or the Employer may opt to furnish transportation from a central location within fifteen (15) minutes of the job-site, prior to starting time and return to the central location by the regular quitting time.

(a) On new construction projects (Building Trades Jobs) where specific areas are designated as assigned parking areas, and where such areas are **more than 1/4 mile (1320 feet) from the work area,** the Employer shall provide transportation from the assigned parking area no earlier than ten (10) minutes prior to starting time, and shall be returned to the parking area ten (10) minutes prior to quitting time.

## ARTICLE IV
## INSIDE APPRENTICESHIP

**Section 4.01** There shall be a local Joint Apprenticeship and Training Committee (JATC) consisting of a total of either six or eight (6 or 8) members who shall also serve as Trustees to the local apprenticeship and training trust. An equal number of members either three or four (3 or 4) shall be appointed, in writing, by the local chapter of the National Electrical Contractors Association (NECA) and the Local Union of the International Brotherhood of Electrical Workers (IBEW).

The local apprenticeship standards shall be in conformance with national guideline standards and industry policies to ensure that each apprentice has satisfactorily completed the NJATC required hours and course of study. All apprenticeship standards shall be registered with the NJATC before being submitted to the appropriate registration agency.

The JATC shall be responsible for the training of apprentices, journeymen, installers, technicians, and all others (un-indentured, Intermediate journeymen, etc.)

**Section 4.02** All JATC member appointments, reappointments and acceptance of appointments shall be in writing. Each member shall be appointed for a three (3) year term, unless being appointed for a lesser period of time to complete an un-expired term. The terms shall be staggered, with one (1) term from each side expiring each year. JATC members shall complete their appointed term unless removed for cause by the party they represent or they voluntarily resign. **All vacancies shall be filled immediately.**

The JATC shall select from its membership, but not both from the same party, a Chairman and a Secretary who shall retain voting privileges. The JATC will maintain one (1) set of minutes for JATC committee meetings and a separate set of minutes for trust meetings.

The JATC should meet on a monthly basis, and also upon the call of the Chairman.

**Section 4.03** Any issue concerning an apprentice or an apprenticeship matter shall be referred to the JATC for its review, evaluation and resolve; as per standards and policies. If the JATC deadlocks on any issue, the matter shall be referred to the Labor-Management Committee for resolution as outlined in Article I of this Agreement, except for trust fund matters, which shall be resolved as stipulated in the local trust instrument.

**Section 4.04** There shall be only one (1) JATC and one (1) local apprenticeship and training trust. The JATC may, however, establish joint subcommittees to meet specific needs, such as residential or telecommunications apprenticeship. The JATC may also establish a subcommittee to oversee an apprenticeship program within a specified area of the jurisdiction covered by this Agreement.

All subcommittee members shall be appointed, in writing, by the party they represent. A subcommittee member may or may not be a member of the JATC.

**Section 4.05** The JATC may select and employ a part-time or a full-time Training Director and other support staff, as it deems necessary. In considering the qualifications, duties and responsibilities of the Training

Director, the JATC should review the Training Director's Job Description provided by the NJATC. All employees of the JATC shall serve at the pleasure and discretion of the JATC.

**Section 4.06**    To help ensure diversity of training, provide reasonable continuous employment opportunities and comply with apprenticeship rules and regulations, the JATC, as the program sponsor, shall have full authority for issuing all job training assignments and for transferring apprentices from one Employer to another. **The Employer shall cooperate in providing apprentices with needed work experiences. The Local Union referral office shall be notified, in writing, of all job-training assignments.** If the Employer is unable to provide reasonable continuous employment for apprentices, the JATC is to be so notified.

**Section 4.07**    All apprentices shall enter the program through the JATC as provided for in the registered apprenticeship standards and selection procedures.

An apprentice may have their indenture canceled by the JATC at any time prior to completion as stipulated in the registered standards. Time worked and accumulated in apprenticeship shall not be considered for Local Union referral purposes until the apprentice has satisfied all conditions of apprenticeship. Individuals terminated from apprenticeship shall not be assigned to any job in any classification, or participate in any related training, unless they are reinstated in apprenticeship as per the standards, or they qualify through means other than apprenticeship, at sometime in the future, but no sooner than two (2) years after their class has completed apprenticeship, and they have gained related knowledge and job skills to warrant such classification.

**Section 4.08**    The JATC shall select and indenture a sufficient number of apprentices to meet local manpower needs. The JATC is authorized to indenture the number of apprentices necessary to meet the job site ratio as per Section 4.12.

**Section 4.09**    Though the JATC cannot guarantee any number of apprentices, if a qualified Employer requests an apprentice, the JATC shall make every effort to honor the request. If unable to fill the request within ten (10) working days, the JATC shall select and indenture the next available

34

person from the active list of qualified applicants. An active list of qualified applicants shall be maintained by the JATC as per the selection procedures.

**Section 4.10**    To accommodate short-term needs when apprentices are unavailable, the JATC shall assign un-indentured workers who meet the basic qualifications for apprenticeship. **Un-indentured workers shall not remain employed if apprentices become available for OJT assignment.** Unindentured workers shall be used to meet job site ratios except on wage-and-hour (prevailing wage) job sites.

Before being employed, the unindentured person must sign a letter of understanding with the JATC and the Employer — agreeing that they are not to accumulate more than two thousand (2,000) hours as an unindentured, that they are subject to replacement by indentured apprentices and that they are not to work on wage-and-hour (prevailing wage) job sites.

Should an unindentured worker be selected for apprenticeship, the JATC will determine, as provided for in the apprenticeship standards, if some credit for hours worked as an unindentured will be applied toward the minimum OJT hours of apprenticeship.

The JATC may elect to offer voluntary related training to un-indentured; such as Math Review, English, Safety, Orientation/Awareness, and Introduction to OSHA, First-Aid and CPR. Participation shall be voluntary.

**Section 4.11**    The Employer shall contribute to the local health and welfare plans and to the National Electrical Benefit Fund (NEBF) on behalf of all apprentices and unindentured. Contributions to other benefit plans may be addressed in other sections of this Agreement.

**Section 4.12**    Each job site shall be allowed a ratio of two (2) apprentice(s) for every three (3) Journeymen Wiremen.

| Number of Journeymen | Maximum Number of Apprentices/Un-indentured. |
| --- | --- |
| 1 to 3 | 1 |
| 4 to 6 | 2 |
| etc. | 4 |
|  | etc. |

35

The first person assigned to any job site shall be a Journeyman Wireman.

A job site is considered to be the physical location where employees report for their work assignments. The Employer's shop (service center) is considered to be a separate, single job site. All other physical locations where workers report for work are each considered to be a single, separate job site.

**Section 4.13** An apprentice is to be under the supervision of a Journeyman Wireman at all times. This does not imply that the apprentice must always be in sight of a Journeyman Wireman. Journeymen are not required to constantly watch the apprentice. Supervision will not be of a nature that prevents the development of responsibility and initiative. Work may be laid out by the Employer's designated supervisor or journeyman based on their evaluation of the apprentice's skills and ability to perform the job tasks. Apprentices shall be permitted to perform job tasks in order to develop job skills and trade competencies. Journeymen are permitted to leave the immediate work area without being accompanied by the apprentice.

Apprentices' who have satisfactorily completed the first four years of related classroom training using the NJATC curriculum and accumulated a minimum of 6,500 hours of OJT with satisfactory performance, shall be permitted to work alone on any job site and receive work assignments in the same manner as a Journeyman Wireman.

An apprentice shall not be the first person assigned to a job site and apprentices shall not supervise the work of others.

The Committee is authorized to and shall indenture sufficient new apprentices to provide for the availability of a total number of apprentices in the training area not to exceed a ratio of one (1) apprentice to three (3) journeymen wiremen who are normally employed under the terms of this Agreement.

**Section 4.14** Upon satisfactory completion of apprenticeship, the JATC shall issue all graduating apprentices an appropriate diploma from the NJATC. The JATC shall encourage each graduating apprentice to apply for college credit through the NJATC. **The JATC may also require each**

35

apprentice to acquire any electrical license required for journeymen to work in the jurisdiction covered by this Agreement.

**Section 4.15** The parties to this Agreement shall be bound by the Local Joint Apprenticeship and Training Trust Fund Agreement which shall conform to Section 302 of the Labor-Management Relations Act of 1947 as amended, ERISA and other applicable regulations.

The Trustees authorized under this Trust Agreement are hereby empowered to determine the reasonable value of any facilities, materials or services furnished by either party. All funds shall be handled and disbursed in accordance with the Trust Agreement.

**Section 4.16** All Employers subject to the terms of this Agreement shall contribute the amount of funds specified by the parties signatory to the local apprenticeship and training trust agreement. The current rate of contribution is One Dollar and Thirty Five Cents ($1.35) per hour for each hour worked. This sum shall be due the Trust Fund by the same date as is their payment to the NEBF under the terms of the Restated Employees Benefit Agreement and Trust.

ARTICLE V
"NEBF"

**Section 5.01** It is agreed that in accord with the Employees Benefit Agreement of the National Electrical Benefit Fund ("NEBF"), as entered into between the National Electrical Contractors Association and the International Brotherhood of Electrical Workers on September 3, 1946, as amended, and now delineated as the Restated Employees Benefit Agreement and Trust, that unless authorized otherwise by the NEBF the individual Employer will forward monthly to the NEBF's designated local collection agent an amount equal to 3% of the gross monthly labor payroll paid to, or accrued by, the employees in this bargaining unit, and a completed payroll report prescribed by the NEBF. The payment shall be made by check or draft and shall constitute a debt due and owing to the NEBF on the last day of each calendar month, which may be recovered by suit initiated by the NEBF or its assignee. The payment and the payroll report shall be mailed to

37

reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month.

The individual Employer hereby accepts, and agrees to be bound by, the Restated Employees Benefit Agreement and Trust.

An individual Employer who fails to remit as provided above shall be additionally subject to having his Agreement terminated upon seventy-two (72) hours' notice in writing being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been paid to the appropriate local collection agent.

The failure of an individual Employer to comply with the applicable provisions of the Restated Employees Benefit Agreement and Trust shall also constitute a breach of this Agreement.

## ARTICLE VI
## REFERRAL PROCEDURES

**Section 6.01**    In the interest of maintaining an efficient system of production in the Electrical Industry, providing for an orderly procedure of referral of applicants for employment, preserving the legitimate interests of the employees in their employment status within the area and of eliminating discrimination in employment because of membership or non membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

**Section 6.02**    **The Union shall be the sole and exclusive source of referral of applicants for employment.**

**Section 6.03**    **The Employer shall have the right to reject any applicant for employment.**

**Section 6.04**    The Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, by-laws, constitutional provisions or any other aspect or obligation of Union membership policies or

38

requirements. All such selection and referral shall be in accord with the following procedure.

**Section 6.05**    The Union shall maintain a register of applicants for employment established on the basis of the Groups listed below. Each applicant for employment shall be registered in the highest priority Group for which he qualifies.

## JOURNEYMAN WIREMAN - JOURNEYMAN TECHNICIAN

**GROUP I**    All applicants for employment who have four or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, have passed a Journeyman Wireman's examination given by a duly constituted Inside Construction Local Union of the I.B.E.W. or have been certified as a Journeyman Wireman by any Inside Joint Apprenticeship and Training Committee, and, who have been employed in the trade for a period of at least one year in the last four years in the geographical area covered by the Collective Bargaining Agreement.

**GROUP II**    All applicants for employment who have four (4) or more years experience in the trade and who have passed a Journeyman Wireman's Examination given by a duly constituted Inside Construction Local Union of the IBEW or have been certified as a journeyman wireman by any Inside Joint Apprenticeship and Training Committee.

**GROUP III**    All applicants for employment who have two (2) or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, and who have been employed for at least six (6) months in the last three (3) years in the geographical area covered by the Collective Bargaining Agreement.

**GROUP IV**    All applicants for employment who have worked at the trade for more than one (1) year.

39

**Section 6.06** If the registration list is exhausted and the Local Union is unable to refer applicants for employment within forty-eight (48) hours from the time of receiving the Employer's request, Saturdays, Sundays and Holidays excepted, **the Employer shall be free to secure applicants without using the Referral Procedure, but such applicants, if hired, shall have the status of "temporary employees."**

**Section 6.07** The Employer shall notify the Business Manager promptly of the names and Social Security numbers of such "temporary employees" **and shall replace such "temporary employees" as soon as registered applicants for employment are available under the Referral Procedure.**

## SANTA CLARA COUNTY

**Section 6.08** (a) **"Normal construction labor market"** is defined to mean the following geographical area plus the commuting distance (30 air miles from the County line) adjacent thereto, which includes the area from which the normal labor supply is secured.

(b) The above geographical area is agreed upon by the parties to include the areas defined by the Secretary of Labor to be the appropriate prevailing wage areas under the Davis-Bacon Act to which this Agreement applies.

(c) **"Resident"** means a person who has maintained his permanent home in the above defined geographical area for a period of not less than **one** (1) year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

## EXAMINATIONS

**Section 6.09** An "Examination" shall include experience rating tests if such examination shall have been given prior to the date of this procedure, but from and after the date of this procedure, shall include only written and/or practical examinations given by a duly constituted Inside Construction Local Union of the I.B.E.W. Reasonable intervals of time for

40

examinations are specified as ninety (90) days. An applicant shall be eligible for examination if he has four (4) years' experience in the trade.

## SHORT CALL

**Section 6.10** The Union shall maintain an "Out-of-Work List" which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

**Section 6.11** An applicant who is hired and who receives work of eighty (80) hours or less and is terminated **through no fault of his own,** shall upon re-registration, be restored to his appropriate place within his group. This can be extended at the discretion of the Business Manager.

**Section 6.12** Employers shall advise the Business Manager of the Local Union of the number of applicants needed. The Business Manager shall refer applicants to the Employer by first referring applicants in GROUP I, in order of their place on the "Out-of-Work List" and then referring applicants in the same manner successively from the "Out-of-Work List" in GROUP II, then GROUP III, and then GROUP IV. Any applicant who is rejected by the Employer shall be returned to his/her appropriate place within his/her GROUP and shall be referred to other employment in accordance with the position of his/her GROUP and his/her place within his/her GROUP.

**Section 6.13** The only exceptions, which shall be allowed in the order of referral, are as follows:

(a) When the Employer states bona fide requirements for special skills and abilities in his request for applicants, the Business Manager shall refer the first applicant on the register possessing such skills and abilities. Any applicant for employment who accepts a referral that has a special qualification attached and that applicant knows' they don't qualify, and are rejected by the Employer, shall be placed at the bottom of his/her GROUP.

(b) When the Employer states bona fide requirements for Drug Free applicants, the Business Manager shall refer the first applicant on the register possessing this requirement.

41

(c) The age ratio clause in the Agreement (Article III, Section 3.11) calls for the employment of an additional employee or employees on the basis of age. Therefore, the Business Manager shall refer the first applicant on the register satisfying the applicable age requirements provided, however, that all names in higher priority Groups, if any, shall first be exhausted before such coverage reference can be made.

## REFERRAL APPEALS COMMITTEE

**Section 6.14** (a) An Appeals Committee is hereby established composed of one (1) member appointed by the Union, one (1) member appointed by the Employer or by the Association, as the case may be, and a Public Member appointed by both of these members.

(b) An applicant who is discharged for cause two (2) times within a 12-month period shall be referred to the neutral member of the Appeals Committee for a determination as to the applicant's continued eligibility for referral. The neutral member of the Appeals Committee shall, within three (3) business days, review the qualifications of the applicant and the reasons for the discharges. The neutral member of the Appeals Committee may, in his or her sole discretion: (1) require the applicant to obtain further training from the JATC before again being eligible for referral; (2) disqualify the applicant for referral for a period of four (4) weeks, or longer, depending on the seriousness of the conduct and/or repetitive nature of the conduct; (3) refer the applicant to an employee assistance program, if available, for evaluation and recommended action; or (4) restore the applicant to his/her appropriate place on the referral list.

(c) It shall be the function of the Appeals Committee to consider any complaint of any employee or applicant for employment arising out of the administration by the Local Union of Article VI, Sections 6.04 through 6.15. The Appeals Committee shall have the power to make a final and binding decision of any such complaint, which shall be complied with by the Local Union. The Appeals Committee is authorized to issue procedural rules for the conduct of its business, but is not authorized to add to, subtract from, or modify any of the provisions of the Agreement and its decisions shall be in accord with this Agreement.

42

**Section 6.15** A representative of the Employer or of the Association, as the case may be, designated to the Union in writing, shall be permitted to inspect the Referral Procedure records at any time during normal business hours.

**Section 6.16** A copy of the Referral Procedure set forth in this Agreement shall be posted on the bulletin board in the offices of the Local Union and in the office of the Employers who are parties to this Agreement.

**Section 6.17** Apprentices shall be hired and transferred in accordance with the apprenticeship provisions of the Agreement between the parties.

## ARTICLE VII
## VACATION

**Section 7.01** Employees shall be allowed two (2) weeks vacation per year without pay. Where possible, vacations shall be taken at a time mutually agreeable to employee and Employer.

## ARTICLE VIII
## NEIF
## (NATIONAL ELECTRICAL INDUSTRY FUND)

**Section 8.01** Each individual Employer shall contribute an amount not to exceed, one percent (1%) nor less than .2 of 1% of the productive electrical payroll as determined by each local Chapter and approved by the Trustees, with the following exclusions:

1. Twenty-five percent (25%) of all productive electrical payroll in excess of 75,000 man-hours paid for electrical work in any one (1) Chapter area during any one (1) calendar year but not exceeding 150,000 man-hours.

2. One hundred percent (100%) of all productive electrical payroll in excess of 150,000 man-hours paid for electrical work in any one (1) Chapter area during any one (1) calendar year.

43

(Productive electrical payroll is defined as the total wages [including overtime] paid with respect to all hours worked by all classes of electrical labor for which a rate is established in the prevailing labor area where the business is transacted).

Payment shall be forwarded monthly to the National Electrical Industry Fund in a form and manner prescribed by the Trustees no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. Failure to do so will be considered a breach of this Agreement on the part of the individual Employer.

**Section 8.02**    Effective December 6, 2004, every Employer shall contribute the sum of Six Dollars and Seven cents ($6.07) per hour for each hour worked for each employee working under the terms of this Agreement to the Health and Welfare Trust so established for the benefits of such employees. **Current contribution rate is found on the wage pages.**

The Trust, jointly established and administered, shall operate in compliance with Federal and State regulations governing Health & Welfare. The terms of said Trust Agreement are incorporated herein by reference and are as effective as if fully set forth herein.

## PENSION CATEGORIES

**Section 8.03**    (a)    Effective February 27, 1990, there shall be four (4) pension categories under this Agreement. Category is based upon industry seniority under the Collective Bargaining Agreement, and the attainment of advanced levels of experience at the trade. The terms and conditions of this Agreement shall be applied in accordance with attained category. Applications for category designations shall be submitted to the Union and category designations granted by the Union's Business Manager or its authorized agent upon verification that the applicant has attained the requisite experience as outlined below.

Category 4 (White) shall consist of all apprentices and journeymen wiremen and technicians who have worked at the trade for one (1) year or less.

44

Category 3 (Green) shall consist of journeymen wireman and journeymen technicians who satisfy the requirements of Group III applicants for employment.

Category 2 (Yellow) shall consist of journeymen wiremen and journeymen technicians who satisfy the requirements of Group III applicants for employment.

Category 1 (Blue) shall consist of journeymen wiremen and journeymen technicians who satisfy the requirements of Group II and Group I applicants for employment.

Each Local Union member shall submit to the local Union, any category change request. Upon notification by the Union to the Employer of an approved category change, the Employer shall pay wages and fringe benefit contributions at the approved category level until and unless notified by the Union of a category change. Notification shall be made on an approved form and in accordance with the rules and regulations adopted by the Union and approved by the Chapter. In no event shall a category change be implemented except by proper notification. Category change requests shall be considered twice each year, to become effective February 27, 1990 and thereafter on July 1 and January 1 of each year. No Category changes shall be permitted outside the semi-annual review procedure unless the employee is **dispatched** to a new job.

**Overtime wage for employees in all categories shall be computed at the White wage rate.**

(b)    Effective June 1, 2004 every Employer shall contribute the sum of Seven Dollars and Eighty-Five cents ($7.85) per hour for each hour worked for each employee working under the terms of this Agreement ** to the Local Union #332 Pension Trust so established for the benefit of such employees. **Current contribution rates are found on the wage pages.**

| | |
|---|---|
| Category 1 (Blue) | $13.85 |
| Category 2 (Yellow) | $11.85 |
| Category 3 (Green) | $ 9.85 |
| Category 4 (White) | $ 7.85 |

45

46

1
2
3 Such benefits shall be paid monthly into the Trust Fund. Future changes in
4 the pension Plan shall be either deducted from or added to (in the event of
5 elimination of a benefit), the basic employee wage.
6
7

** With the exception of Probationary Apprentices.

---

47

1
2 Effective May 31, 2005

| Category | Wage | H & W² | Pension | NEBF | AMF | Total | JATC | JEIF |
|---|---|---|---|---|---|---|---|---|
| **Journeyman Wireman** | | | | | | | | |
| Blue | 36.57 | 6.07 | 13.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| Yellow | 38.57 | 6.07 | 11.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| Green | 40.57 | 6.07 | -9.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| White | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| **Foreman** | | | | | | | | |
| Blue | 42.96 | 6.07 | 13.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Yellow | 44.96 | 6.07 | 11.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Green | 46.96 | 6.07 | 9.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| White | 48.96 | 6.07 | 7.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| **General Foreman** | | | | | | | | |
| Blue | 49.34 | 6.07 | 13.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| Yellow | 51.34 | 6.07 | 11.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| Green | 53.34 | 6.07 | 9.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| White | 55.34 | 6.07 | 7.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| **Cable Splicer** | | | | | | | | |
| Blue | 42.96 | 6.07 | 13.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Yellow | 44.96 | 6.07 | 11.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Green | 46.96 | 6.07 | 9.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| White | 48.96 | 6.07 | 7.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| **Journeyman Technician** | | | | | | | | |
| Blue | 36.57 | 6.07 | 13.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| Yellow | 38.57 | 6.07 | 11.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| Green | 40.57 | 6.07 | 9.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| White | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |

3
4 Taxes owed such as Social Security, etc. will be calculated at the reduced
5 wage rate selected by the Employee. Overtime, overtime shift rates, dues,
6 NEBF and NECA shall be computed at the White wage rate.
7
8 *7% Union dues must be computed on gross wages before any wage
9 reduction.

Effective December 1, 2005

| Category | Wage | H & W * | Pension | NEBF | AMF | Total | JATC | JEIF |
|---|---|---|---|---|---|---|---|---|
| **Journeyman Wireman** | | | | | | | | |
| Blue | 37.07 | 6.57 | 13.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Yellow | 39.07 | 6.57 | 11.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Green | 41.07 | 6.57 | 9.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| White | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| **Foreman** | | | | | | | | |
| Blue | 43.53 | 6.57 | 13.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Yellow | 45.53 | 6.57 | 11.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Green | 47.53 | 6.57 | 9.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| White | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| **General Foreman** | | | | | | | | |
| Blue | 49.99 | 6.57 | 13.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| Yellow | 51.99 | 6.57 | 11.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| Green | 53.99 | 6.57 | 9.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| White | 55.99 | 6.57 | 7.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| **Cable Splicer** | | | | | | | | |
| Blue | 43.53 | 6.57 | 13.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Yellow | 45.53 | 6.57 | 11.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Green | 47.53 | 6.57 | 9.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| White | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| **Journeyman Technician** | | | | | | | | |
| Blue | 37.07 | 6.57 | 13.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Yellow | 39.07 | 6.57 | 11.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Green | 41.07 | 6.57 | 9.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| White | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |

*7% Union dues must be computed on gross wages before any wage reduction.

Taxes owed such as Social Security, etc. will be calculated at the reduced wage rate selected by the Employee. Overtime, overtime shift rates, dues, NEBF and NECA shall be computed at the White wage rate.

48

The Pension Trust, jointly established and administered, shall operate in compliance with Federal and State regulations governing Pension Plans. The terms of said Trust Agreement are incorporated herein by reference and are effective as if fully set forth herein.

## JOINT ELECTRICAL INDUSTRY FUND
## LMCC

**Section 8.04**    The parties agree to participate in a Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor Management Cooperation Act of 1978, 29 U.S.C. §175(a) and Section 302(c)(9) of the Labor Management Relations Act, 29 U.S.C. §186(c)(9). The purposes of this Fund include the following:

1. to improve communications between representatives of Labor and Management;

2. to provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organizational effectiveness;

3. to assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

4. to study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

5. to sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and industry;

6. to engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies,

49

occupational safety and health, labor relations, and new methods of improved production,

7. to engage in public education and other programs to expand the economic development of the electrical construction industry;

8. to enhance the involvement of workers in making decisions that affect their working lives; and,

9. to engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

The Fund shall function in accordance with, and as provided in, its Agreement and Declaration of Trust and any amendments thereto and any other of its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the LMCC, as provided in said Agreement and Declaration of Trust.

Each Employer shall contribute the sum of six cents ($.06) per hour. Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. The Santa Clara Valley Chapter, NECA, or its designee, shall be the collection agent for this Fund.

If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance. In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty dollars ($20.00), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments. Such amount shall be added to and become a part of the contributions due and payable, and the whole amount due shall bear interest at the rate of ten percent (10%) per annum until paid. The Employer shall also be liable for all costs of collecting the payment together with attorneys' fees.

50

## ADMINISTRATIVE MAINTENANCE FUND

**Section 8.05**    Effective January 1998 transmittal period, which starts on December 29, 1997, all Employers signatory to this labor Agreement with the Santa Clara Valley Chapter, NECA designated as their collective bargaining agent shall contribute one half of one percent (.5%) per hour for each hour worked by each employee covered by this Labor Agreement to the Administrative Maintenance Fund. The monies are for the purpose of administration of the Collective Bargaining Agreement, grievance handling, and all other management duties and responsibilities in this Agreement. The fund is to be administered solely by the Employers. The Administrative Maintenance Fund contribution shall be submitted with all other fringe benefits covered in the Labor Agreement by the 15th of the month and shall be bound to the same delinquency requirements under this Labor Agreement. The enforcement for delinquent payments to the fund shall be the sole responsibility of the fund or the Employers and not the Local Union. The fund may not be used in any manner detrimental to the Local Union or the IBEW.

**Section 8.06**    It shall not be considered a violation of this Agreement for the Local Union to remove employees from a job and/or shop of a signatory firm who is delinquent in fringe payments to the various trusts for a period of fifteen (15) days. After the Union serves such contractor with a seventy-two (72) hour notice of their intention to take removal action, the seventy-two (72) hour notice shall be by certified mail. Weekends and holidays shall not be included in establishing the seventy-two (72) hours.

## PAYROLL AND FRINGE BENEFITS GUARANTEE TRUST FUND

**Section 8.07**    Each electrical contractor employing workmen under the terms of this Agreement shall deposit Three Hundred Dollars ($300.00), free of interest, for a payroll and fringe benefits guarantee up to Twenty Thousand Dollars ($20,000.00) of payroll, but not over the amount, with the Trustees who shall function under a Trust Agreement to be agreed upon between the parties. If at any time the interest accrued in the Payroll and Fringe Benefits Guarantee Trust Fund is depleted, each signatory contractor shall make an additional deposit into such fund of any amount up to Three

51

Hundred Dollars ($300.00), making a total of Six Hundred dollars ($600.00) maximum. Notice of such additional deposit shall be by the Joint Labor-Management Committee.

Net payroll checks shall be paid by the Electrical Industry Payroll and Fringe Benefits guarantee Trust Agreement to be agreed upon between the parties. Net payroll checks shall be paid by the Electrical Industry Payroll and Fringe Benefits guarantee Trust Fund in a total amount not to exceed Three Thousand Dollars ($3,000.00) maximum per employee.

The parties to this Agreement reserve the right to demand a payroll bond if special conditions exist that warrant the need for such a bond. The amount of the payroll bond will be set by the Business Manager and Chapter Manager.

This payroll and fringe benefits deposit is in respect a bond covering the contractor's payroll and fringe benefits obligations, but only an emergency fund to relieve employees' financial strain caused by issuing of bad checks or failure of contractors to meet payroll, or failure of contractors to make fringe benefit contributions as provided in this Agreement. If the contractor defaults in the foregoing, his liability shall be as set forth in the Trust Agreement but shall, in any event, include the following:

1. The contractor shall be liable for cost of enforcing collection, including but not limited to court costs, attorney fees, loss of earnings of an employee not paid, fringe benefits lost to an employee and any other expenses as determined by the Trustees to be the fault of such delinquent contractor.

2. The trustees are authorized to institute whatever federal or state, civil or criminal actions as are necessary to enforce collection. Upon collection of defaulted payroll, or a bad check, employees must reimburse the Payroll and Fringe Benefits Guarantee Trust Fund. Employees shall cooperate in every manner in regard to the collection of defaulted payroll, as requested by the trustees.

52

3. The contractor must, within five (5) calendar days after notice from the Business Manager of Local Union 332, IBEW, make good any defaulted wages to his/her employees. Failure to do so shall subject the contractor to immediate cancellation of his/her Agreement with Local Union No.332, IBEW.

4. On the first default of payroll payments and/or fringe benefit payments the defaulting contractor shall, upon notice from the Trustees, furnish a surety or cash bond in the amount of Twenty Thousand Dollars ($20,000.00) as guarantee that wage payments and fringe benefit payments will be regularly made. On the second default of payroll and/or fringe benefit payments, the defaulting contractor shall furnish a bond in an amount to be set by the Trustees using the following formula.

Four (4) times the weekly wages and fringe benefits for all of said signatory contractors employees covered by this Agreement for previous twelve (12) month period.

However, the amount of bond required in this instance shall not be less than Twenty Thousand Dollars ($20,000.00). Failure to furnish the above-referred-to bond shall constitute cause for immediate cancellation of the Collective Bargaining Agreement at the option of the Local Union and the processing of all legal procedures necessary to enforce collection of defaulted amount, plus collection costs and interest involved. It shall not be a violation of this Agreement for the Union to refuse to permit persons covered by this Agreement to work on said job or project until all such wages and/or fringe benefits have been paid.

5. Whenever a contract for a job that has been partially completed by another contractor he shall notify the Local

53

Union in writing, before starting work. On any job or project which has been partially completed by one contractor and work there-on has stopped because of the failure of the contractor to meet his current obligations and money is due and payable to employees as wages and has not been paid, and/or money is due and payable to existing fringe benefit funds and has not been paid, it shall not be a violation of this Agreement for the Union to refuse to permit persons covered by this Agreement to work on said job or project until all such wages and fringe benefits have been paid.

6.  It is understood and agreed that this Payroll and Fringe Benefits Guarantee Trust Fund is considered a joint fund covering the workmen working under the Inside Agreement.

## DEFAULTED PAY PROVISION

Any and all disputes, claims, or grievances relating to defaulted wage payments must be filed with the Local Union and NECA Chapter office within seven (7) calendar days after the regular payroll period in question. In the case of non-negotiable payroll checks, the time requirement shall be within twenty-four (24) hours of the employee receiving the bad check notice.

## ARTICLE IX
## SEPARABILITY CLAUSE

Should any provision of this Agreement be declared illegal by any court of competent jurisdiction, such provisions shall immediately become null and void, leaving the remainder of the Agreement in full force and effect and the parties shall, thereupon, seek to negotiate substitute provisions which are in conformity with the applicable laws.

(Both parties agree if we are unable to negotiate new language, it will be referred back to the grievance procedure contained in the Agreement).

54

## ARTICLE X
## SUBSTANCE ABUSE

The dangers and costs that alcohol and other chemical abuses can create in the electrical contracting industry in terms of safety and productivity are significant. The parties to this Agreement resolve to combat chemical abuse in any form and agree that, to be effective, programs to eliminate substance abuse and impairment should contain a strong rehabilitation component. The local parties recognize that the implementation of a drug and alcohol policy and program must be subject to all applicable federal, state, and local laws and regulations. Such policies and programs must also be administered in accordance with accepted scientific principles, and must incorporate procedural safeguards to ensure fairness in application and protection of legitimate interests of privacy and confidentiality. To provide a drug-free workforce for the Electrical Construction Industry, each IBEW Local Union and NECA chapter shall implement an area-wide Substance Abuse Testing Policy. The policy shall include minimum standards as required by the IBEW and NECA. Should any of the required minimum standards fail to comply with federal, state, and/or local laws and regulations, they shall be modified by the Local Union and Chapter to meet the requirements of those laws and regulations. Refer to IBEW Local 332/NECA substance abuse policy.

## ARTICLE XI
## E.E.O.C.
## (Equal Employment Opportunity Commission)

It is the stated policy of the parties to this Agreement to provide equal employment opportunities to all persons as their rights are set forth under State and Federal Law, and to correct all violations thereof. (Grievances or Charges)

55

## ARTICLE XII

## NATIONAL LABOR MANAGEMENT COOPERATION COMMITTEE

**Section 12.01**    The parties agree to participate in the NECA-IBEW National Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor-Management Cooperation Act of 1978, 29 U.S.C., 175(a) and Section 302(c)(9) of the Labor-Management Relations Act, 29 U.S.C., 186(c)(9). The purposes of this Fund include the following:

(1)    To improve communication between representatives of labor and management;

(2)    To provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organization effectiveness;

(3)    To assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

(4)    To study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

(5)    To sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and the industry;

(6)    To encourage and support the initiation and operation of similarly constituted local labor-management cooperation committees;

(7)    To engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies, occupational

56

safety and health, labor relations, and new methods of improved production;

(8)    To engage in public education and other programs to expand the economic development of the electrical construction industry;

(9)    To enhance the involvement of workers in making decisions that affect their working lives; and

(10)    To engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

**Section 12.02**    The funds shall function in accordance with, and as provided in, its' Agreement and Declaration of Trust, and any amendments thereto and any other of is its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the NLMCC, as provided in said Agreement and Declaration of Trust.

**Section 12.03**    Each Employer shall contribute one (1) cent per hour worked under this Agreement up to a maximum of 150,000 hours per year. Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. The Santa Clara Valley Chapter, NECA, or its designee, shall be the collection agent for this Fund.

**Section 12.04**    If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance. In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty dollars ($20.00), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments. Such amount shall be added to and become a part of the contributions due and payable, and the whole amount due shall bear interest at the rate of ten percent (10%) per annum until paid. The Employer shall also be liable for all costs of collecting the payment together with attorney's fees.

57

58

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40

FOR THE NATIONAL ELECTRICAL
CONTRACTORS ASSOCIATION,
SANTA CLARA VALLEY CHAPTER

William T. Barrow
Chapter Manager

FOR THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL #332

Robert V. Tragni
Business Manager

RVT/deb/opeiu29/afl-cio

## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize NATIONAL ELECTRICAL CONTRACTORS

ASSOCIATION - SANTA CLARA VALLEY CHAPTER _____ as its collective bargaining representative for all matters contained in or pertaining to the

current and any subsequent approved [2] INSIDE WIREMAN'S _____ labor agreement between the

[1] NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION _____ and Local Union [3] 332 _____ IBEW.
SANTA CLARA VALLEY CHAPTER

In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor

agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the [4] 27th _____ day of

AUGUST _____ 1997 . It shall remain in effect until terminated by the undersigned employer giving written notice to the

[1] NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION _____ and to the Local Union at least one hundred
SANTA CLARA VALLEY CHAPTER
fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

RPD ELECTRICAL SERVICE COMPANY, INC. _____
[5] Name of Firm

242 Hillsdale Avenue _____
Street Address/P.O. Box Number

San Jose, CA 95136 _____
City, State (Abbr.) Zip Code

[6] Federal Employer Identification No.: 94-3082717 _____

SIGNED FOR THE EMPLOYER

BY [7] _____ (original signature)

NAME [8] Richard P. Deane _____

TITLE/DATE President   8/27/97 _____

SIGNED FOR THE UNION [3] 332 _____ IBEW

BY [7] _____ (original signature)

NAME [8] Steve G. Wright _____

TITLE/DATE Business Manager   8/27/97 _____

```
APPROVED
INTERNATIONAL OFFICE - I.B.E.W.

OCT 26 1998

J.J. Barry, President

This approval does not make the
International a party to this agreement.
```

---

INSTRUCTIONS (All items must be completed in order for assent to be processed)

[1] NAME OF CHAPTER OR ASSOCIATION
   Insert full name of NECA Chapter or Contractors Association involved.
[2] TYPE OF AGREEMENT
   Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.
[3] LOCAL UNION
   Insert Local Union Number.
[4] EFFECTIVE DATE
   Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS
   Print or type Company name & address.

[6] FEDERAL EMPLOYER IDENTIFICATION NO.
   Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.

[7] SIGNATURES
[8] SIGNER'S NAME
   Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.

IBEW FORM 302 D REV. 6/94

## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize NATIONAL ELECTRICAL CONTRACTORS

ASSOCIATION - SANTA CLARA VALLEY CHAPTER _____ as its collective bargaining representative for all matters contained in or pertaining to the

current and any subsequent approved [2] _____ RESIDENTIAL _____ labor agreement between the

[1] NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION _____ and Local Union [3] 332 IBEW.
SANTA CLARA VALLEY CHAPTER

In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor

agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the [4] 1st day of

_____ MAY _____ 1995 . It shall remain in effect until terminated by the undersigned employer giving written notice to the

[1] NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION _____ and to the Local Union at least one hundred
SANTA CLARA VALLEY CHAPTER

fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

RPD ELECTRICAL SERVICE COMPANY, INC. dba ELECTRICAL SERV
[5] Name of Firm                                      (408) 265-2850

242 Hillsdale Avenue
Street Address/P.O. Box Number

San Jose, CA  95136
City, State (Abbr.) Zip Code

[6] Federal Employer Identification No.: 94-3082717

SIGNED FOR THE EMPLOYER

BY [7] _____
          (original signature)

NAME [8] R. P. Deane

TITLE/DATE President  5/1/95

SIGNED FOR THE UNION [3] 332  IBEW

BY _____
          (original signature)

NAME [8] Steve G. Wright

TITLE/DATE Business Manager 5/1/95

APPROVED
INTERNATIONAL OFFICE — I. D. E. W.
JUN 2 0 1995
J. J. Barry, President
This approval does not make the International a party to this agreement

INSTRUCTIONS (All items must be completed in order for assent to be processed)

[1] NAME OF CHAPTER OR ASSOCIATION
Insert full name of NECA Chapter or Contractors Association involved.

[2] TYPE OF AGREEMENT
Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.

[3] LOCAL UNION
Insert Local Union Number.

[4] EFFECTIVE DATE
Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS
Print or type Company name & address.

[6] FEDERAL EMPLOYER IDENTIFICATION NO.
Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.

[7] SIGNATURES

[8] SIGNER'S NAME
Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.

IBEW FORM 302 REV. 6/94