| | |
|---|---|
| 1 | SUE CAMPBELL<br>Attorney at Law, State Bar Number 98728 |
| 2 | 1155 North First Street, Suite 101<br>San Jose, California 95112 |
| 3 | Phone: (408) 277-0648<br>Fax:   (408) 938-1035 |
| 4 | |
|  | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, | ) ) ) ) ) ) ) ) ) | CASE NO.:  C07-04351 RMW PVT<br><br>REQUEST FOR<br>ENTRY OF DEFAULT<br>RULE 55(a) |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

A request to enter a default is allowed when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the Rules of Court, Federal Rules of Civil Procedure, Rule 55.

Plaintiffs request the clerk enter the default of Defendant RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, on the complaint filed on August 23, 2007.

Defendant is not an infant or incompetent person.

Defendant is not in the military service and is not entitled to the benefits of the

1

REQUEST FOR ENTRY OF DEFAULT

1  Service Members Civil Relief Act (50 U.S.C. App. §501 et. seq.).
2       Plaintiffs will request a default judgment under Rule 55(b)(2) upon the filing of
3  an affidavit supporting the default judgment.
4
5  Dated:   October 11, 2007                    _____
                                                SUE CAMPBELL
6                                               Attorney for Plaintiffs

REQUEST FOR ENTRY OF DEFAULT

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

RPD ELECTRICAL SERVICES CO., INC., a California Corporation
doing business as Electrical Service
Richard P. Deane, Agent for Service of Process
3550 Charter Park Drive
San Jose, CA 95136

☐ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 11, 2007, at San Jose, California.

CHRISTINE DELGADILLO
3

REQUEST FOR ENTRY OF DEFAULT