**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

October 19, 2007

RE:  CV 07-04351 RMW      BOB TRAGNI, ET AL-v- RPD ELECTRICAL SERVICES, CO, INC.

Default is entered as to defendant RPD Electrical Services Co., Inc., a California Corporation doing business as Electrical Service Company on October 19, 2007.

 

RICHARD W. WIEKING, Clerk

by /s/ Diane Miyashiro
Case Systems Administrator

NDC TR-4  Rev. 3/89