1 | SUE CAMPBELL
Attorney at Law, State Bar Number 98728
2 | 1155 North First Street, Suite 101
San Jose, California 95112
3 | Phone: (408) 277-0648
Fax: (408) 938-1035
4 |
Attorney for Plaintiffs
5 |

ORIGINAL
FILED

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6
7
8 |             UNITED STATES DISTRICT COURT
9 |            NORTHERN DISTRICT OF CALIFORNIA

10 | BOB TRAGNI AND WILLIAM T.          ) CASE NO.: C07-04351 RMW PVT
     BARROW, AS TRUSTEES OF THE        )
11 | INTERNATIONAL BROTHERHOOD OF       ) FIRST AMENDED
     ELECTRICAL WORKERS LOCAL 332      ) COMPLAINT FOR MONEY
12 | HEALTH AND WELFARE AND PENSION     ) ON A BREACH OF
     TRUST FUNDS, NEBF, JEIF, NECA     ) COLLECTIVE
13 | SERVICE CHARGE, NECA, DUES         ) BARGAINING AGREEMENT
     CHECK OFF AND APPRENTICESHIP      ) VIOLATION OF E.R.I.S.A. AND FOR
14 | TRAINING TRUST FUNDS,              ) AN INJUNCTION
                                       )
15 |              Plaintiffs,           )
                                       )
16 | vs.                               )
                                       )
17 | RPD ELECTRICAL SERVICES CO., INC.,  )
     a California Corporation doing business )
18 | as ELECTRICAL SERVICE COMPANY,     )
                                       )
19 |              Defendants.           )
                                       )
20 | ─────────────────────────────────

21 |        COME NOW Plaintiffs, by their attorney, Sue Campbell, and allege and show to the

22 | Court as follows:

23 |        1. The jurisdiction of this Court is invoked pursuant to 29 U.S.C. Sections 185, 1132.

24 |        2. Plaintiffs BOB TRAGNI AND WILLIAM T. BARROW are trustees and fiduciaries

25 | of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332

26 | RESIDENTIAL HEALTH AND WELFARE TRUST FUNDS.

27 |        3. The INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL

28 | 332 RESIDENTIAL HEALTH AND WELFARE AND DISTRICT NO. 9 PENSION TRUST

1

FIRST AMENDED COMPLAINT

1  FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND

2  APPRENTICESHIP TRAINING TRUST FUNDS hereinafter "Funds", are Taft-Hartley funds

3  as defined at 29 U.S.C. Section 186 and "employee pension benefit plans" as defined at 29

4  U.S.C. Section 1002(1), (2).

5      4. The Defendant RPD ELECTRICAL SERVICES CO., INC., a California Corporation

6  doing business as ELECTRICAL SERVICE COMPANY, is an employer as defined in 29

7  U.S.C. Section 1002(5). The Defendants were at all times mentioned herein and now are

8  authorized to do business in the State of California, and further, that they are now authorized

9  to do business and are actually doing business in the County of Santa Clara, State of California.

10     5. At all times material hereto, there have been in full force and effect collective

11 bargaining agreements covering the wages, hours and conditions of employment of certain

12 employees of the Defendants. True and correct copies of the executed signature page, collective

13 bargaining agreement, and pertinent sections of the trust agreement are attached hereto and

14 incorporated herein by reference as Exhibit 1.

15     6. By its terms, the aforementioned collective bargaining agreement requires the

16 Defendants to make payments to certain Funds (Health and Welfare Trust, District No. 9

17 Pension Trust, Apprenticeship Trust, National Electrical Benefit Fund, JEIF, NECA Service

18 Charge, NECA) for each hour worked by employees covered by said collective bargaining

19 agreement. The Health and Welfare Trust Fund is authorized to collect monies due to said Trust

20 Funds. The agreement further provides that such payments are to be made not later than the 15th

21 day of each month following the month for which payment is made.

22     7. The aforementioned collective bargaining agreement also provides that the Defendant

23 will abide by the terms of the Trust documents establishing the Funds, as well as the rules and

24 regulations adopted by the trustees.

25     8. In accordance with the trust documents and rules and regulations of the Funds, as

26 adopted by the trustees as well as the terms of the collective bargaining agreement, liquidated

27 damages are assessed on late payments at the rate of 10% of the amount due if the payment is

28 not received by the 15th of the month following the month incurred.

9. The aforementioned collective bargaining agreement further provides that if legal action must be taken to recover amounts due the Funds, the Defendant will pay the actual and reasonable attorney's fees incurred by the Funds, and all court costs. 29 U.S.C. Section 1132 also requires the Defendant to pay such fees and costs.

10. Pursuant to the terms of said agreement, there is now due, owing and unpaid from Defendants to Plaintiffs for the months of January through November 2007, an as yet unascertained sum, plus liquidated damages according to contract; plus interest thereon at the legal rate.

11. Plaintiffs, through their agents, have made demand for payment but Defendants have failed to make any payments to date on the amount due.

12. On information and belief, additional monies are due for the periods December 1, 2007, to the present.

13. The obligation of the said Defendants, pursuant to the collective bargaining agreement set forth in Paragraph 7 above is a continuing obligation; Defendants may be continuing to breach said agreement by failure to pay monies due thereunder to Plaintiffs. The additional sums still due and owing, because of such breach, are presently unknown, but will be determined hereafter. In order to recover said additional sums in this action, Plaintiffs request that they be allowed to amend the complaint at or before the time of judgment to set forth said additional sums which may be due when said sums are determined and additional attorney's fees for collection thereof.

14. Plaintiffs' actual attorney's fees and costs will not be known until after this matter is concluded.

15. By reason of the aforementioned conduct of the Defendants, the Funds have suffered, and will continue to suffer, harm and actual and impending irreparable loss in that monies will not be available to provide contractual benefits to participants and beneficiaries of the Funds; the Funds will suffer excessive administrative and legal costs in continuing attempts to collect monies not submitted on a timely basis; the Funds will not have the benefit of investment income on monies due to the Funds from these Defendants; and individual

3

1  participants in the Fund will not receive their contractual benefits.

2  WHEREFORE, Plaintiffs pray this Court:

3  1. Issue an injunction perpetually enjoining and restraining the Defendant, its officers,

4  agents, successors, employees, attorneys and all those in active concert or participation with

5  them from the conduct complained of herein;

6  2. Award the Plaintiffs judgment for amounts due for the period January through

7  November 2007, in an as yet unascertained sum, plus liquidated damages according to contract;

8  plus interest thereon at the legal rate, plus an amount to be submitted to the Court at the time

9  of entry of judgment as attorney's fees plus their costs and disbursements in this action, all

10  pursuant to 29 U.S.C. Section 1132(g)(2);

11  3. Award to Plaintiffs such other relief as this Court shall deem appropriate.

12

13  Dated this _18_ day of December 2007

14

15

16  SUE CAMPBELL
    Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

4

FIRST AMENDED COMPLAINT

1

# INSIDE AGREEMENT
## LOCAL 332

Agreement by and between the National Electrical Contractors Association (NECA) - Santa Clara Valley Chapter and Local Union No. 332, IBEW.

It shall apply to **all firms** who sign a <u>Letter of Assent</u> to be bound by this Agreement.

As used in this Agreement, the term "Employer" shall mean NECA and the term "Union" shall mean Local Union 332, IBEW.

The term "Employer" shall also mean an individual firm who has been recognized by an assent to this Agreement.

Words used in this Agreement in the masculine gender shall include the feminine.

## BASIC PRINCIPLES

The Employer and the Union have a common and sympathetic interest in the Electrical Industry. Therefore, a working system and harmonious relations are necessary to improve the beneficial relationship between the Employer, the Union, and the Public. Progress in the industry demands a mutuality of confidence between the Employer and the Union. The Union recognizes the desirability of dealing with reputable and stable Employers. The Employer recognizes the responsibility of supplying the public with services performed by experienced and trained personnel who can effectively install, service and maintain electrical installations in an efficient and safe manner as prescribed by the National Board of Fire Underwriters, Federal, State and local laws and ordinances. Therefore, the Employer desires to avail himself of a proven method of securing trained personnel on short notice and requests the Union to assist him in meeting this public responsibility. All will benefit by continuous peace by adjusting any differences by rational, common sense methods. Now, therefore, in consideration of the mutual promises and agreements herein contained, the parties hereto agree as follows:

EXHIBIT "1"

2

## ARTICLE I
### EFFECTIVE DATE -- CHANGES -- GRIEVANCES -- DISPUTES

<u>Section 1.01</u>    This Agreement shall take effect June 1, 2005 and shall remain in effect until May 31, 2008, unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from June 1 through May 31 of each year, unless changed or terminated in the way later provided herein.

<u>Section 1.02</u>    (a)    Either party or an Employer withdrawing representation from the Chapter or not represented by the Chapter, desiring to change or terminate this Agreement must provide written notification at least ninety (90) days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.

(b)    Whenever notice is given for changes, <u>the nature of the changes desired must be specified in the notice, or no later than the first negotiating meeting unless mutually agreed otherwise.</u>

(c)    The existing provisions of the Agreement, including this Article, shall remain in full force and effect until a conclusion is reached in the matter of proposed changes.

(d)    In the event that either party, or an Employer withdrawing representation from the Chapter or not represented by the Chapter, has given a timely notice of proposed changes and an agreement has not been reached by the expiration date or by any subsequent anniversary date to renew, modify, or extend this Agreement, or to submit the unresolved issues to the Council on Industrial Relations for the Electrical Contracting Industry (CIR), either party or such an Employer, may serve the other a ten (10) day written notice terminating this Agreement. The terms and conditions of this Agreement shall remain in full force and effect until the expiration of the ten (10) day period.

(e)    By mutual agreement only, the Chapter, or an Employer withdrawing representation from the Chapter or not represented by the Chapter, may jointly, with the Union, submit the unresolved issues to the Council on Industrial Relations for

20

1    <u>Effective June 1, 2006:</u>
2    Increase ($0.96 cents allocation to be determined), $0.04 to JEIF
3                                           (JEIF to total .10 cents)

4    <u>Effective December 1, 2006:</u>
5    $1.00 Increase (allocation to be determined)

6

7    <u>Effective June 1, 2007:</u>
8         $1.25 Increase (allocation to be determined)

9

10   <u>Effective December 1, 2007</u>
11        $1.25 Increase (allocation to be determined)

12

13   <u>Section 3.05</u>      (b)    No Employer, or worker, or their agents shall give
14   or accept, directly or indirectly, any rebate of wages. No Employer shall
15   directly or indirectly or by any subterfuge sublet or contract with any
16   worker, any or all of the labor services required by such contract of such
17   Employer. Any Employer found violating any one of these provisions shall
18   be subject to having his Agreement terminated upon written notice thereof,
19   being given by the Union.

20

21   <u>Section 3.06</u>      (a)    Each Wednesday, wages shall be paid by the
22   electrical Employer by whom the worker is employed. The Employer shall
23   end the payroll week on Sunday at 12:00 midnight of each week. (This
24   allows three (3) days to make up the time and disburse the checks). If
25   payday falls on a holiday, the preceding day becomes payday. The payroll
26   check stub shall contain the complete date - month, day and year, including
27   company name and home office city, all deductions itemized and gross and
28   net wages. The Employer shall pay wages on the job or allow Employees
29   sufficient time to reach the shop on payday before the close of working
30   hours.

31

32   Any worker laid off or discharged by the Employer shall be paid all his
33   wages and be given his termination slip immediately. <u>In the event he is not</u>
34   <u>paid off, waiting time at the regular rate shall be charged until payment</u>
35   <u>is made.</u>

36

37   If an Employer shall give a check or checks as wages to an employee
38   covered by this Agreement and the same is dishonored by the Employer's
39   bank, <u>the Employer involved must immediately, on demand, present to</u>

# ARTICLE III

## Section 3.05 (a)

### Effective May 30, 2005

**INSIDE APPRENTICES**

| Classification | Wage | H & W | Pension | NEBF | AMF | Total | JATC | **JEIF |
|---|---|---|---|---|---|---|---|---|
| *Journeyman Wireman | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | $57.98 | 0.85 | 0.06 |
| *Foreman | 48.96 | 6.07 | 7.85 | 1.469 | 0.245 | $64.59 | 0.85 | 0.06 |
| *General Foreman | 55.34 | 6.07 | 7.85 | 1.660 | 0.277 | $71.20 | 0.85 | 0.06 |
| *Cable Splicer | 48.96 | 6.07 | 7.85 | 1.469 | 0.245 | $64.59 | 0.85 | 0.06 |
| *Journeyman Technician | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | $57.98 | 0.85 | 0.06 |
| 1st 1000 hrs 45% | 19.16 | 6.07 | 0 | 0.575 | 0.096 | $25.90 | 1.35 | 0.06 |
| 2nd 1000 hrs 50% | 21.67 | 6.07 | 0 | 0.650 | 0.108 | $28.50 | 1.35 | 0.06 |
| 3rd Period 55% | 23.41 | 6.07 | 4.32 | 0.702 | 0.117 | $34.62 | 1.35 | 0.06 |
| 4th Period 60% | 25.54 | 6.07 | 4.71 | 0.766 | 0.128 | $37.21 | 1.35 | 0.06 |
| 5th Period 65% | 27.67 | 6.07 | 5.10 | 0.830 | 0.138 | $39.81 | 1.35 | 0.06 |
| 6th Period 70% | 29.80 | 6.07 | 5.50 | 0.894 | 0.149 | $42.41 | 1.35 | 0.06 |
| 7th Period 75% | 31.93 | 6.07 | 5.89 | 0.958 | 0.160 | $45.01 | 1.35 | 0.06 |
| 8th Period 80% | 34.06 | 6.07 | 6.28 | 1.022 | 0.170 | $47.60 | 1.35 | 0.06 |
| 9th Period 85% | 36.18 | 6.07 | 6.67 | 1.085 | 0.181 | $50.19 | 1.35 | 0.06 |
| 10th Period 90% | 38.31 | 6.07 | 7.07 | 1.149 | 0.192 | $52.79 | 1.35 | 0.06 |

* Refer to Section 8.03.

**Day School:** Employers employing Apprentices shall pay One Dollar and Thirty Five Cents ($1.35) per hour to the JATC for Employers Apprenticeship Fund for Day School. There shall be separate accounting for this fund. This fund will provide for lost wages for students attending Day School.

* Refer to Section 8.03.

** Does not reflect the additional .06 cents per hour deduction for the Joint Electrical Industry Fund (JEIF)

18

---

### Effective December 1, 2005

### Increase Wages $0.50, H&W $0.50

**INSIDE APPRENTICES**

| Classification | Wage | H & W | Pension | NEBF | AMF | Total | JATC | **JEIF |
|---|---|---|---|---|---|---|---|---|
| *Journeyman Wireman | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | $59.00 | 0.85 | 0.06 |
| *Foreman | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | $65.68 | 0.85 | 0.06 |
| *General Foreman | 55.99 | 6.57 | 7.85 | 1.680 | 0.280 | $72.37 | 0.85 | 0.06 |
| *Cable Splicer | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | $65.68 | 0.85 | 0.06 |
| *Journeyman Technician | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | $59.00 | 0.85 | 0.06 |
| 1st 1000 hrs 45% | 19.38 | 6.57 | 0 | 0.581 | 0.097 | $26.63 | 1.35 | 0.06 |
| 2nd 1000 hrs 50% | 21.67 | 6.57 | 0 | 0.650 | 0.108 | $29.00 | 1.35 | 0.06 |
| 3rd Period 55% | 23.69 | 6.57 | 4.32 | 0.711 | 0.118 | $35.41 | 1.35 | 0.06 |
| 4th Period 60% | 25.84 | 6.57 | 4.71 | 0.775 | 0.129 | $38.02 | 1.35 | 0.06 |
| 5th Period 65% | 28.00 | 6.57 | 5.10 | 0.840 | 0.140 | $40.65 | 1.35 | 0.06 |
| 6th Period 70% | 30.15 | 6.57 | 5.50 | 0.905 | 0.151 | $43.28 | 1.35 | 0.06 |
| 7th Period 75% | 32.30 | 6.57 | 5.89 | 0.969 | 0.162 | $45.89 | 1.35 | 0.06 |
| 8th Period 80% | 34.46 | 6.57 | 6.28 | 1.034 | 0.172 | $48.52 | 1.35 | 0.06 |
| 9th Period 85% | 36.61 | 6.57 | 6.67 | 1.098 | 0.183 | $51.13 | 1.35 | 0.06 |
| 10th Period 90% | 38.76 | 6.57 | 7.07 | 1.163 | 0.194 | $53.76 | 1.35 | 0.06 |

* Refer to Section 8.03.

**Day School:** Employers employing Apprentices shall pay One Dollar and Thirty Five Cents ($1.35) per hour to the JATC for Employers Apprenticeship Fund for Day School. There shall be separate accounting for this fund. This fund will provide for lost wages for students attending Day School.

*Does not reflect the additional .06 cents per hour deduction for the Joint Electrical Industry Fund (JEIF)

Effective 6/1/06 – Does not reflect the additional .10 cents per hour for JEIF

19

## PAID PARKING

**Section 3.19** (a) In the Metropolitan Areas of Santa Clara County, where free parking is not available within six (6) blocks of the job or project, the Employer shall reimburse Employees at the lowest rate available within said six (6) block area, provided the Employee presents a signed and dated receipt for each parking expenditure, or the Employer may opt to furnish transportation from a central location within fifteen (15) minutes of the job-site, prior to starting time and return to the central location by the regular quitting time.

(a) On new construction projects (Building Trades Jobs) where specific areas are designated as assigned parking areas, and where such areas are more than 1/4 mile (1320 feet) from the work area, the Employer shall provide transportation from the assigned parking area no earlier than ten (10) minutes prior to starting time, and shall be returned to the parking area ten (10) minutes prior to quitting time.

## ARTICLE IV
## INSIDE APPRENTICESHIP

**Section 4.01** There shall be a local Joint Apprenticeship and Training Committee (JATC) consisting of a total of either six or eight (6 or 8) members who shall also serve as Trustees to the local apprenticeship and training trust. An equal number of members either three or four (3 or 4) shall be appointed, in writing, by the local chapter of the National Electrical Contractors Association (NECA) and the Local Union of the International Brotherhood of Electrical Workers (IBEW).

The local apprenticeship standards shall be in conformance with national guideline standards and industry policies to ensure that each apprentice has satisfactorily completed the NJATC required hours and course of study. All apprenticeship standards shall be registered with the NJATC before being submitted to the appropriate registration agency.

The JATC shall be responsible for the training of apprentices, journeymen, installers, technicians, and all others (un-indentured, Intermediate journeymen, etc.)

32

**Section 4.02** All JATC member appointments, reappointments and acceptance of appointments shall be in writing. Each member shall be appointed for a three (3) year term, unless being appointed for a lesser period of time to complete an un-expired term. The terms shall be staggered, with one (1) term from each side expiring each year. JATC members shall complete their appointed term unless removed for cause by the party they represent or they voluntarily resign. **All vacancies shall be filled immediately.**

The JATC shall select from its membership, but not both from the same party, a Chairman and a Secretary who shall retain voting privileges. The JATC will maintain one (1) set of minutes for JATC committee meetings and a separate set of minutes for trust meetings.

The JATC should meet on a monthly basis, and also upon the call of the Chairman.

**Section 4.03** Any issue concerning an apprentice or an apprenticeship matter shall be referred to the JATC for its review, evaluation and resolve; as per standards and policies. If the JATC deadlocks on any issue, the matter shall be referred to the Labor-Management Committee for resolution as outlined in Article I of this Agreement, except for trust fund matters, which shall be resolved as stipulated in the local trust instrument.

**Section 4.04** There shall be only one (1) JATC and one (1) local apprenticeship and training trust. The JATC may, however, establish joint subcommittees to meet specific needs, such as residential or telecommunications apprenticeship. The JATC may also establish a subcommittee to oversee an apprenticeship program within a specified area of the jurisdiction covered by this Agreement.

All subcommittee members shall be appointed, in writing by the party they represent. A subcommittee member may or may not be a member of the JATC.

**Section 4.05** The JATC may select and employ a part-time or a full-time Training Director and other support staff, as it deems necessary. In considering the qualifications, duties and responsibilities of the Training

33

Director, the JATC should review the Training Director's Job Description provided by the NJATC. All employees of the JATC shall serve at the pleasure and discretion of the JATC.

**Section 4.06**    To help ensure diversity of training, provide reasonable continuous employment opportunities and comply with apprenticeship rules and regulations, the JATC, as the program sponsor, shall have full authority for issuing all job training assignments and for transferring apprentices from one Employer to another. The Employer shall cooperate in providing apprentices with needed work experiences. The Local Union referral office shall be notified, in writing, of all job-training assignments. If the Employer is unable to provide reasonable continuous employment for apprentices, the JATC is to be so notified.

**Section 4.07**    All apprentices shall enter the program through the JATC as provided for in the registered apprenticeship standards and selection procedures.

An apprentice may have their indenture canceled by the JATC at any time prior to completion as stipulated in the registered standards. Time worked and accumulated in apprenticeship shall not be considered for Local Union referral purposes until the apprentice has satisfied all conditions of apprenticeship. Individuals terminated from apprenticeship shall not be assigned to any job in any classification, or participate in any related training, unless they are reinstated in apprenticeship as per the standards, or they qualify through means other than apprenticeship, at sometime in the future, but no sooner than two (2) years after their class has completed apprenticeship, and they have gained related knowledge and job skills to warrant such classification.

**Section 4.08**    The JATC shall select and indenture a sufficient number of apprentices to meet local manpower needs. The JATC is authorized to indenture the number of apprentices necessary to meet the job site ratio as per Section 4.12.

**Section 4.09**    Though the JATC cannot guarantee any number of apprentices; if a qualified Employer requests an apprentice, the JATC shall make every effort to honor the request. If unable to fill the request within ten (10) working days, the JATC shall select and indenture the next available

34

---

person from the active list of qualified applicants. An active list of qualified applicants shall be maintained by the JATC as per the selection procedures.

**Section 4.10**    To accommodate short-term needs when apprentices are unavailable, the JATC shall assign un-indentured workers who meet the basic qualifications for apprenticeship. Un-indentured workers shall not remain employed if apprentices become available for OJT assignment. Unindentured workers shall be used to meet job site ratios except on wage-and-hour (prevailing wage) job sites.

Before being employed, the unindentured person must sign a letter of understanding with the JATC and the Employer — agreeing that they are not to accumulate more than two thousand (2,000) hours as an unindentured, that they are subject to replacement by indentured apprentices and that they are not to work on wage-and-hour (prevailing wage) job sites.

Should an unindentured worker be selected for apprenticeship, the JATC will determine, as provided for in the apprenticeship standards, if some credit for hours worked as an unindentured will be applied toward the minimum OJT hours of apprenticeship.

The JATC may elect to offer voluntary related training to un-indentured, such as Math Review, English, Safety, Orientation/Awareness, and Introduction to OSHA, First-Aid and CPR. Participation shall be voluntary.

**Section 4.11**    The Employer shall contribute to the local health and welfare plans and to the National Electrical Benefit Fund (NEBF) on behalf of all apprentices and unindentured. Contributions to other benefit plans may be addressed in other sections of this Agreement.

**Section 4.12**    Each job site shall be allowed a ratio of two (2) apprentice(s) for every three (3) Journeyman Wiremen.

| Number of Journeymen | Maximum Number of Apprentices/Un-indentured. |
| --- | --- |
| 1 to 3 | 2 |
| 4 to 6 | 4 |
| etc. | etc. |

35

The first person assigned to any job site shall be a Journeyman Wireman.

A job site is considered to be the physical location where employees report for their work assignments. The Employer's shop (service center) is considered to be a separate, single job site. All other physical locations where workers report for work are each considered to be a single, separate job site.

Section 4.13    An apprentice is to be under the supervision of a Journeyman Wireman at all times. This does not imply that the apprentice must always be in sight of a Journeyman Wireman. Journeymen are not required to constantly watch the apprentice. Supervision will not be of a nature that prevents the development of responsibility and initiative. Work may be laid out by the Employer's designated supervisor or journeyman based on their evaluation of the apprentice's skills and ability to perform the job tasks. Apprentices shall be permitted to perform job tasks in order to develop job skills and trade competencies. Journeymen are permitted to leave the immediate work area without being accompanied by the apprentice.

Apprentices' who have satisfactorily completed the first four years of related classroom training using the NJATC curriculum and accumulated a minimum of 6,500 hours of OJT with satisfactory performance, shall be permitted to work alone on any job site and receive work assignments in the same manner as a Journeyman Wireman.

An apprentice shall not be the first person assigned to a job site and apprentices shall not supervise the work of others.

The Committee is authorized to and shall indenture sufficient new apprentices to provide for the availability of a total number of apprentices in the training area not to exceed a ratio of one (1) apprentice to three (3) journeymen wiremen who are normally employed under the terms of this Agreement.

Section 4.14    Upon satisfactory completion of apprenticeship, the JATC shall issue all graduating apprentices an appropriate diploma from the NJATC. The JATC shall encourage each graduating apprentice to apply for college credit through the NJATC. The JATC may also require each

36

apprentice to acquire any electrical license required for journeymen to work in the jurisdiction covered by this Agreement.

Section 4.15    The parties to this Agreement shall be bound by the Local Joint Apprenticeship and Training Trust Fund Agreement which shall conform to Section 302 of the Labor-Management Relations Act of 1947 as amended, ERISA and other applicable regulations.

The Trustees authorized under this Trust Agreement are hereby empowered to determine the reasonable value of any facilities, materials or services furnished by either party. All funds shall be handled and disbursed in accordance with the Trust Agreement.

Section 4.16    All Employers subject to the terms of this Agreement shall contribute the amount of funds specified by the parties signatory to the local apprenticeship and training trust agreement. The current rate of contribution is One Dollar and Thirty Five Cents ($1.35) per hour for each hour worked. This sum shall be due the Trust Fund by the same date as is their payment to the NEBF under the terms of the Restated Employees Benefit Agreement and Trust.

## ARTICLE V
## "NEBF"

Section 5.01    It is agreed that in accord with the Employees Benefit Agreement of the National Electrical Benefit Fund ("NEBF"), as entered into between the National Electrical Contractors Association and the International Brotherhood of Electrical Workers on September 3, 1946, as amended, and now delineated as the Restated Employees Benefit Agreement and Trust, that unless authorized otherwise by the NEBF the individual Employer will forward monthly to the NEBF's designated local collection agent an amount equal to 3% of the gross monthly labor payroll paid to, or accrued by, the employees in this bargaining unit, and a completed payroll report prescribed by the NEBF. The payment shall be made by check or draft and shall constitute a debt due and owing to the NEBF on the last day of each calendar month, which may be recovered by suit initiated by the NEBF or its assignee. The payment and the payroll report shall be mailed to

37

reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month.

The individual Employer hereby accepts, and agrees to be bound by, the Restated Employees Benefit Agreement and Trust.

An individual Employer who fails to remit as provided above shall be additionally subject to having his Agreement terminated upon seventy-two (72) hours' notice in writing being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been paid to the appropriate local collection agent.

The failure of an individual Employer to comply with the applicable provisions of the Restated Employees Benefit Agreement and Trust shall also constitute a breach of this Agreement.

## ARTICLE VI
## REFERRAL PROCEDURES

**Section 6.01**    In the interest of maintaining an efficient system of production in the Electrical Industry, providing for an orderly procedure of referral of applicants for employment, preserving the legitimate interests of the employees in their employment status within the area and of eliminating discrimination in employment because of membership or non membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

**Section 6.02**    The Union shall be the sole and exclusive source of referral of applicants for employment.

**Section 6.03**    The Employer shall have the right to reject any applicant for employment.

**Section 6.04**    The Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, by-laws, constitutional provisions or any other aspect or obligation of Union membership policies or

38

requirements. All such selection and referral shall be in accord with the following procedure.

**Section 6.05**    The Union shall maintain a register of applicants for employment established on the basis of the Groups listed below. Each applicant for employment shall be registered in the highest priority Group for which he qualifies.

## JOURNEYMAN WIREMAN – JOURNEYMAN TECHNICIAN

**GROUP I**    All applicants for employment who have four or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, have passed a Journeyman Wireman's examination given by a duly constituted Inside Construction Local Union of the I.B.E.W. or have been certified as a Journeyman Wireman by any Inside Joint Apprenticeship and Training Committee, and, who have been employed in the trade for a period of at least one year in the last four years in the geographical area covered by the Collective Bargaining Agreement.

**GROUP II**    All applicants for employment who have four (4) or more years experience in the trade and who have passed a Journeyman Wireman's Examination, given by a duly constituted Inside Construction Local Union of the IBEW or have been certified as a journeyman wireman by any Inside Joint Apprenticeship and Training Committee.

**GROUP III**    All applicants for employment who have two (2) or more years' experience in the trade, are residents of the geographical area constituting the normal construction labor market, and who have been employed for at least six (6) months in the last three (3) years in the geographical area covered by the Collective Bargaining Agreement.

**GROUP IV**    All applicants for employment who have worked at the trade for more than one (1) year.

39

**Section 6.06** If the registration list is exhausted and the Local Union is unable to refer applicants for employment to the Employer within forty-eight (48) hours from the time of receiving the Employer's request, Saturdays, Sundays and Holidays excepted, **the Employer shall be free to secure applicants without using the Referral Procedure, but such applicants, if hired, shall have the status of "temporary employees."**

**Section 6.07** The Employer shall notify the Business Manager promptly of the names and Social Security numbers of such "temporary employees" **and shall replace such "temporary employees" as soon as registered applicants for employment are available under the Referral Procedure.**

## SANTA CLARA COUNTY

**Section 6.08** (a) "Normal construction labor market" is defined to mean the following geographical area plus the commuting distance (30 air miles from the County line) adjacent thereto, which includes the area from which the normal labor supply is secured.

(b) The above geographical area is agreed upon by the parties to include the areas defined by the Secretary of Labor to be the appropriate prevailing wage areas under the Davis-Bacon Act to which this Agreement applies.

(c) "Resident" means a person who has maintained his permanent home in the above defined geographical area for a period of not less than **one** (1) year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

## EXAMINATIONS

**Section 6.09** An "Examination" shall include experience rating tests if such examinations shall have been given, prior to the date of this procedure, but from and after the date of this procedure, shall include only written and/or practical examinations given by a duly constituted Inside Construction Local Union of the I.B.E.W. Reasonable intervals of time for

examinations are specified as ninety (90) days. An applicant shall be eligible for examination if he has four (4) years experience in the trade.

## SHORT CALL

**Section 6.10** The Union shall maintain an "Out-of-Work List" which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

**Section 6.11** An applicant who is hired and who receives work of eighty (80) hours or less and is terminated **through no fault of his own,** shall upon re-registration, be restored to his appropriate place within his group. This can be extended at the discretion of the Business Manager.

**Section 6.12** Employers shall advise the Business Manager the Local Union of the number of applicants needed. The Business Manager shall refer applicants to the Employer by first referring applicants in GROUP I, in order of their place on the "Out-of-Work List" and then referring applicants in the same manner successively from the "Out-of-Work List" in GROUP II, then GROUP III, and then GROUP IV. Any applicant who is rejected by the Employer shall be returned to his/her appropriate place within his/her GROUP and shall be referred to other employment in accordance with the position of his/her GROUP and his/her place within his/her GROUP.

**Section 6.13** The only exceptions, which shall be allowed in the order of referral, are as follows:

(a) When the Employer states bona fide requirements for special skills and abilities in his request for applicants, the Business Manager shall refer the first applicant on the register possessing such skills and abilities. Any applicant for employment who accepts a referral that has a special qualification attached and that applicant knows they don't qualify and are rejected by the Employer, shall be placed at the bottom of his/her GROUP.

(b) When the Employer states bona fide requirements for Drug Free applicants, the Business Manager shall refer the first applicant on the register possessing this requirement.

(c)    The age ratio clause in the Agreement (Article III, Section 3.11) calls for the employment of an additional employee or employees on the basis of age. Therefore, the Business Manager shall refer the first applicant on the register satisfying the applicable age requirements provided, however, that all names in higher priority Groups, if any, shall first be exhausted before such coverage reference can be made.

## REFERRAL APPEALS COMMITTEE

**Section 6.14**    (a)    An Appeals Committee is hereby established composed of one (1) member appointed by the Union, one (1) member appointed by the Employer or by the Association, as the case may be, and a Public Member appointed by both of these members.

(b)    An applicant who is discharged for cause two (2) times within a 12-month period shall be referred to the neutral member of the Appeals Committee for a determination as to the applicant's continued eligibility for referral. The neutral member of the Appeals Committee shall, within three (3) business days, review the qualifications of the applicant and the reasons for the discharges. The neutral member of the Appeals Committee may, in his or her sole discretion: (1) require the applicant to obtain further training from the JATC before again being eligible for referral; (2) disqualify the applicant for referral for a period of four (4) weeks, or longer, depending on the seriousness of the conduct and/or repetitive nature of the conduct; (3) refer the applicant to an employee assistance program, if available, for evaluation and recommended action; or (4) restore the applicant to his/her appropriate place on the referral list.

(c)    It shall be the function of the Appeals Committee to consider any complaint of any employee or applicant for employment arising out of the administration by the Local Union of Article VI, Sections 6.04 through 6.15. The Appeals Committee shall have the power to make a final and binding decision of any such complaint, which shall be complied with by the Local Union. The Appeals Committee is authorized to issue procedural rules for the conduct of its business, but is not authorized to add to, subtract from, or modify any of the provisions of the Agreement and its decisions shall be in accord with this Agreement.

42

**Section 6.15**    A representative of the Employer or of the Association, as the case may be, designated to the Union in writing, shall be permitted to inspect the Referral Procedure records at any time during normal business hours.

**Section 6.16**    A copy of the Referral Procedure set forth in this Agreement shall be posted on the bulletin board in the offices of the Local Union and in the office of the Employers who are parties to this Agreement.

**Section 6.17**    Apprentices shall be hired and transferred in accordance with the apprenticeship provisions of the Agreement between the parties.

## ARTICLE VII
## VACATION

**Section 7.01**    Employees shall be allowed two (2) weeks vacation per year without pay. Where possible, vacations shall be taken at a time mutually agreeable to employee and Employer.

## ARTICLE VIII
## NEIF
## (NATIONAL ELECTRICAL INDUSTRY FUND)

**Section 8.01**    Each individual Employer shall contribute an amount not to exceed, one percent (1%) nor less than .2 of 1% of the productive electrical payroll as determined by each local Chapter and approved by the Trustees, with the following exclusions:

1.    Twenty-five percent (25%) of all productive electrical payroll in excess of 75,000 man-hours paid for electrical work in any one (1) Chapter area during any one (1) calendar year but not exceeding 150,000 man hours.

2.    One hundred percent (100%) of all productive electrical payroll in excess of 150,000 man-hours paid for electrical work in any one (1) Chapter area during any one (1) calendar year.

43

(Productive electrical payroll is defined as the total wages [including overtime] paid with respect to all hours worked by all classes of electrical labor for which a rate is established in the prevailing labor area where the business is transacted).

Payment shall be forwarded monthly to the National Electrical Industry Fund in a form and manner prescribed by the Trustees no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. Failure to do so will be considered a breach of this Agreement on the part of the individual Employer.

**Section 8.02**   Effective December 6, 2004 every Employer shall contribute the sum of Six Dollars and Seven cents ($6.07) per hour for each hour worked for each employee working under the terms of this Agreement to the Health and Welfare Trust so established for the benefits of such employees. **Current contribution rate is found on the wage pages.**

The Trust, jointly established and administered, shall operate in compliance with Federal and State regulations governing Health & Welfare. The terms of said Trust Agreement are incorporated herein by reference and are as effective as if fully set forth herein.

## PENSION CATEGORIES

**Section 8.03**   (a)   Effective February 27, 1990, there shall be four (4) pension categories under this Agreement. Category is based upon industry seniority and the attainment of advanced levels of experience at the trade. The terms and conditions of this Agreement shall be applied in accordance with attained category. Applications for category designations shall be submitted to the Union and category designations granted by the Union's Business Manager or its authorized agent upon verification that the applicant has attained the requisite experience as outlined below.

Category 4 (White) shall consist of all apprentices and journeymen wiremen and technicians who have worked at the trade for one (1) year or less.

44

Category 3 (Green) shall consist of journeymen wireman and journeymen technicians who satisfy the requirements of Group III applicants for employment.

Category 2 (Yellow) shall consist of journeymen wiremen and journeymen technicians who satisfy the requirements of Group II applicants for employment.

Category 1 (Blue) shall consist of journeymen wiremen and journeymen technicians who satisfy the requirements of Group II and Group I applicants for employment.

Each Local Union member shall submit to the local Union any category change request. Upon notification by the Union to the Employer of an approved category change, the Employer shall pay wages and fringe benefit contributions at the approved category level until and unless notified by the Union of a category change. Notification shall be made on an approved form and in accordance with the rules and regulations adopted by the Union and approved by the Chapter. In no event shall a category change be implemented except by proper notification. Category change requests shall be considered twice each year, to become effective February 27, 1990 and thereafter on July 1 and January 1 of each year. No Category changes shall be permitted outside the semi-annual review procedure unless the employee is dispatched to a new job.

**Overtime wage for employees in all categories shall be computed at the White wage rate.**

(b)   Effective June 1, 2004 every Employer shall contribute the sum of Seven Dollars and Eighty-Five cents ($7.85) per hour for each hour worked for each employee working under the terms of this Agreement** to the Local Union #332 Pension Trust so established for the benefit of such employees. **Current contribution rates are found on the wage pages.**

| | |
|---|---|
| Category 1 (Blue) | $13.85 |
| Category 2 (Yellow) | $11.85 |
| Category 3 (Green) | $ 9.85 |
| Category 4 (White) | $ 7.85 |

45

1
2
3
4  Such benefits shall be paid monthly into the Trust Fund. Future changes in
5  the pension Plan shall be either deducted from or added to (in the event of
6  elimination of a benefit), the basic employee wage.
7

** With the exception of Probationary Apprentices.

46

---

1
2  Effective May 31, 2005

| Category | Wage | H & W | * Pension | NEBF | AMF | Total | JATC | JEIF |
|---|---|---|---|---|---|---|---|---|
| **Journeyman Wireman** | | | | | | | | |
| Blue | 36.57 | 6.07 | 13.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Yellow | 38.57 | 6.07 | 11.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Green | 40.57 | 6.07 | 9.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| White | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| **Foreman** | | | | | | | | |
| Blue | 42.96 | 6.07 | 13.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Yellow | 44.96 | 6.07 | 11.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Green | 46.96 | 6.07 | 9.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| White | 48.96 | 6.07 | 7.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| **General Foreman** | | | | | | | | |
| Blue | 49.34 | 6.07 | 13.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| Yellow | 51.34 | 6.07 | 11.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| Green | 53.34 | 6.07 | 9.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| White | 55.34 | 6.07 | 7.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| **Cable Splicer** | | | | | | | | |
| Blue | 42.96 | 6.07 | 13.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Yellow | 44.96 | 6.07 | 11.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| Green | 46.96 | 6.07 | 9.85 | 1.469 | 0.245 | 64.59 | 0.85 | 0.06 |
| White | 48.96 | 6.07 | 7.85 | 1.660 | 0.277 | 71.20 | 0.85 | 0.06 |
| **Journeyman Technician** | | | | | | | | |
| Blue | 36.57 | 6.07 | 13.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| Yellow | 38.57 | 6.07 | 11.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| Green | 40.57 | 6.07 | 9.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |
| White | 42.57 | 6.07 | 7.85 | 1.277 | 0.213 | 57.98 | 0.85 | 0.06 |

3
4  Taxes owed such as Social Security, etc. will be calculated at the reduced
5  wage rate selected by the Employee. Overtime, overtime shift rates; dues
6  NEBF and NECA shall be computed at the White wage rate.
7
8  *7% Union dues must be computed on gross wages before any wage
9  reduction.

## Effective December 1, 2005

| Category | Wage | H & W * | Pension | NEBF | AMF | Total | JATC | JEIF |
|---|---|---|---|---|---|---|---|---|
| **Journeyman Wireman** | | | | | | | | |
| Blue | 37.07 | 6.57 | 13.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Yellow | 39.07 | 6.57 | 11.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Green | 41.07 | 6.57 | 9.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| White | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| **Foreman** | | | | | | | | |
| Blue | 43.53 | 6.57 | 13.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Yellow | 45.53 | 6.57 | 11.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Green | 47.53 | 6.57 | 9.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| White | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| **General Foreman** | | | | | | | | |
| Blue | 49.99 | 6.57 | 13.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| Yellow | 51.99 | 6.57 | 11.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| Green | 53.99 | 6.57 | 9.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| White | 55.99 | 6.57 | 7.85 | 1.680 | 0.280 | 72.37 | 0.85 | 0.06 |
| **Cable Splicer** | | | | | | | | |
| Blue | 43.53 | 6.57 | 13.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Yellow | 45.53 | 6.57 | 11.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| Green | 47.53 | 6.57 | 9.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| White | 49.53 | 6.57 | 7.85 | 1.486 | 0.248 | 65.68 | 0.85 | 0.06 |
| **Journeyman Technician** | | | | | | | | |
| Blue | 37.07 | 6.57 | 13.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Yellow | 39.07 | 6.57 | 11.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| Green | 41.07 | 6.57 | 9.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |
| White | 43.07 | 6.57 | 7.85 | 1.292 | 0.215 | 59.00 | 0.85 | 0.06 |

Taxes owed such as Social Security, etc. will be calculated at the reduced wage rate selected by the Employer. Overtime, overtime shift rates, dues, NEBF and NBCA shall be computed at the White wage rate.

*7% Union dues must be computed on gross wages before any wage reduction.

---

The Pension Trust, jointly established and administered, shall operate in compliance with Federal and State regulations governing Pension Plans. The terms of said Trust Agreement are incorporated herein by reference and are as effective as if fully set forth herein.

**Section 8.04**    The parties agree to participate in a Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor Management Cooperation Act of 1978, 29 U.S.C. §175(a) and Section 302(c)(9) of the Labor Management Relations Act, 29 U.S.C. §186(c)(9). The purposes of this Fund include the following:

## JOINT ELECTRICAL INDUSTRY FUND
## LMCC

1. to improve communications between representatives of Labor and Management;

2. to provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organizational effectiveness;

3. to assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

4. to study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

5. to sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and industry;

6. to engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies,

occupational safety and health, labor relations, and new methods of improved production;

7.  to engage in public education and other programs to expand the economic development of the electrical construction industry;

8.  to enhance the involvement of workers in making decisions that affect their working lives; and,

9.  to engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

The Fund shall function in accordance with, and as provided in, its Agreement and Declaration of Trust and any amendments thereto and any other of its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the LMCC, as provided in said Agreement and Declaration of Trust.

Each Employer shall contribute the sum of six cents ($.06) per hour. Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. The Santa Clara Valley Chapter, NECA, or its designee, shall be the collection agent for this Fund.

If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance. In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty dollars ($20.00), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments. Such amount shall be added to and become a part of the contributions due and payable, and the whole amount due shall bear interest at the rate of ten percent (10%) per annum until paid. The Employer shall also be liable for all costs of collecting the payment together with attorneys' fees.

# ADMINISTRATIVE MAINTENANCE FUND

**Section 8.05**    Effective January 1998 transmittal period, which starts on December 29, 1997, all Employers signatory to this labor Agreement with the Santa Clara Valley Chapter, NECA designated as their collective bargaining agent shall contribute one half of one percent (.5%) per hour for each hour worked by each employee covered by this Labor Agreement to the Administrative Maintenance Fund. The monies are for the purpose of administration of the Collective Bargaining Agreement, grievance handling, and all other management duties and responsibilities in this Agreement. The fund is to be administered solely by the Employers. The Administrative Maintenance Fund contribution shall be submitted with all other fringe benefits covered in the Labor Agreement by the 15th of the month and shall be bound to the same delinquency requirements under this Labor Agreement. The enforcement for delinquent payments to the fund shall be the sole responsibility of the fund or the Employers and not the Local Union. The fund may not be used in any manner detrimental to the Local Union or the IBEW.

**Section 8.06**    It shall not be considered a violation of this Agreement for the Local Union to remove employees from a job and/or shop of a signatory firm who is delinquent in fringe payments to the various trusts for a period of fifteen (15) days. After the Union serves such contractor with a seventy-two (72) hour notice of their intention to take removal action, the seventy-two (72) hour notice shall be by certified mail. Weekends and holidays shall not be included in establishing the seventy-two (72) hours.

## PAYROLL AND FRINGE BENEFITS
## GUARANTEE TRUST FUND

**Section 8.07**    Each electrical contractor employing workmen under the terms of this Agreement shall deposit Three Hundred Dollars ($300.00) free of interest, for a payroll and fringe benefits guarantee up to Twenty Thousand Dollars ($20,000.00) of payroll, but not over the amount, with the Trustees who shall function under a Trust Agreement to be agreed upon between the parties. If at any time the interest accrued in the Payroll and Fringe Benefits Guarantee Trust Fund is depleted, each signatory contractor shall make an additional deposit into such fund of any amount up to Three

1 Hundred Dollars ($300.00), making a total of Six Hundred dollars ($600.00)
2 maximum. Notice of such additional deposit shall be by the Joint Labor-
3 Management Committee.
4
5 Net payroll checks shall be paid by the Electrical Industry Payroll and
6 Fringe Benefits guarantee Trust Agreement to be agreed upon between the
7 parties. Net payroll checks shall be paid by the Electrical Industry Payroll
8 and Fringe Benefits guarantee Trust Fund in a total amount not to exceed
9 Three Thousand Dollars ($3,000.00) maximum per employee.
10
11 The parties to this Agreement reserve the right to demand a payroll bond if
12 special conditions exist that warrant the need for such a bond. The amount
13 of the payroll bond will be set by the Business Manager and Chapter
14 Manager.
15
16 This payroll and fringe benefits deposit is in no respect a bond covering the
17 contractor's payroll and fringe benefits obligations, but only an emergency
18 fund to relieve employees' financial strain caused by issuing of bad checks
19 or failure of contractors to meet payroll, or failure of contractors to make
20 fringe benefit contributions as provided in this Agreement. If the contractor
21 defaults in the foregoing, his liability shall be as set forth in the Trust
22 Agreement but shall, in any event, include the following:
23
24 1. The contractor shall be liable for cost of enforcing
25    collection, including but not limited to court costs,
26    attorney fees, loss of earnings of an employee not paid,
27    fringe benefits lost to an employee and any other
28    expenses as determined by the Trustees to be the fault of
29    such delinquent contractor.
30
31 2. The trustees are authorized to institute whatever federal
32    or state, civil or criminal actions as are necessary to
33    enforce collection. Upon collection of defaulted payroll,
34    or a bad check, employees must reimburse the Payroll
35    and Fringe Benefits Guarantee Trust Fund. Employees
36    shall cooperate in every manner in regard to the
37    collection of defaulted payroll, as requested by the
38    trustees.
39

52

3. The contractor must, within five (5) calendar days after
   notice from the Business Manager of Local Union 332,
   IBEW, make good any defaulted wages to his/her
   employees. Failure to do so shall subject the contractor
   to immediate cancellation of his/her Agreement with
   Local Union No.332, IBEW.

4. On the first default of payroll payments and/or fringe
   benefit payments the defaulting contractor shall, upon
   notice from the Trustees, furnish a surety or cash bond in
   the amount of Twenty Thousand Dollars ($20,000.00) as
   guarantee that wage payments and fringe benefit
   payments will be regularly made. On the second default
   of payroll and/or fringe benefit payments, the defaulting
   contractor shall furnish a bond in an amount to be set by
   the Trustees using the following formula:

   Four (4) times the weekly wages and fringe
   benefits for all of said signatory contractors
   employees covered by this Agreement for previous
   twelve (12) month period.

   However, the amount of bond required in this
   instance shall not be less than Twenty Thousand
   Dollars ($20,000.00). Failure to furnish the above-
   referred-to bond shall constitute cause for
   immediate cancellation of the Collective
   Bargaining Agreement at the option of the Local
   Union and the processing of all legal procedures
   necessary to enforce collection of defaulted
   amount, plus collection costs and interest
   involved. It shall not be a violation of this
   Agreement for the Union to refuse to permit
   persons covered by this Agreement to work on
   said job or project until all such wages and/or
   fringe benefits have been paid.

5. Whenever a contract for a job that has been partially
   completed by another contractor he shall notify the Local

53

1 Union in writing, before starting work. On any job or
2 project which has been partially completed by one
3 contractor and work there-on has stopped because of the
4 failure of the contractor to meet his current obligations
5 and money is due and payable to employees as wages
6 and has not been paid, and/or money is due and payable
7 to existing fringe benefit funds and has not been paid, it
8 shall not be a violation of this Agreement for the Union
9 to refuse to permit persons covered by this Agreement to
10 work on said job or project until all such wages and
11 fringe benefits have been paid.

12
13 6. It is understood and agreed that this Payroll and Fringe
14 Benefits Guarantee Trust Fund is considered a joint fund
15 covering the workmen working under the Inside
16 Agreement.

17
18 **DEFAULTED PAY PROVISION**

19
20 Any and all disputes, claims, or grievances relating to defaulted wage
21 payments must be filed with the Local Union and NECA Chapter office
22 within seven (7) calendar days after the regular payroll period in question.
23 In the case of non-negotiable payroll checks, the time requirement shall be
24 within twenty-four (24) hours of the employee receiving the bad check
25 notice.

26
27 **ARTICLE IX**
28 **SEPARABILITY CLAUSE**

29
30 Should any provision of this Agreement be declared illegal by any court of
31 competent jurisdiction, such provisions shall immediately become null and
32 void, leaving the remainder of the Agreement in full force and effect and the
33 parties shall, thereupon, seek to negotiate substitute provisions which are in
34 conformity with the applicable laws.

35
36 (Both parties agree if we are unable to negotiate new language, it will be
37 referred back to the grievance procedure contained in the Agreement).
38
39

54

1 The dangers and costs that alcohol and other chemical abuses can create in
2 the electrical contracting industry in terms of safety and productivity are
3 significant. The parties to this Agreement resolve to combat chemical abuse
4 in any form and agree that, to be effective, programs to eliminate substance
5 abuse and impairment should contain a strong rehabilitation component.
6 The local parties recognize that the implementation of a drug and alcohol
7 policy and program must be subject to all applicable federal, state, and local
8 laws and regulations. Such policies and programs must also be administered
9 in accordance with accepted scientific principles, and must incorporate
10 procedural safeguards to ensure fairness in application and protection of
11 legitimate interests of privacy and confidentiality. To provide a drug-free
12 workforce for the Electrical Construction Industry, each IBEW Local Union
13 and NECA chapter shall implement an area-wide Substance Abuse Testing
14 Policy. The policy shall include minimum standards as required by the
15 IBEW and NECA. Should any of the required minimum standards fail to
16 comply with federal, state, and/or local laws and regulations, they shall be
17 modified by the Local Union and Chapter to meet the requirements of those
18 laws and regulations. Refer to IBEW Local 332/NECA substance abuse
19 policy.

20
21
22 **ARTICLE XI**
23 **E.E.O.C.**
24 **(Equal Employment Opportunity Commission)**

25
26 It is the stated policy of the parties to this Agreement to provide equal
27 employment opportunities to all persons as their rights are set forth under
28 State and Federal Law, and to correct all violations thereof. (Grievances or
29 Charges)

30
31
32
33
34

55

**ARTICLE X**
**SUBSTANCE ABUSE**

## ARTICLE XII
## NATIONAL LABOR MANAGEMENT COOPERATION COMMITTEE

**Section 12.01**    The parties agree to participate in the NECA-IBEW National Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor Management Cooperation Act of 1978, 29 U.S.C. 175(a) and Section 302(c)(9) of the Labor-Management Relations Act, 29 U.S.C., 186(c)(9). The purposes of this Fund include the following:

(1)    To improve communication between representatives of labor and management;

(2)    To provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organization effectiveness;

(3)    To assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

(4)    To study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

(5)    To sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and the industry;

(6)    To encourage and support the initiation and operation of similarly constituted local labor-management cooperation committees;

(7)    To engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies, occupational

56

---

safety and health, labor relations, and new methods of improved production;

(8)    To engage in public education and other programs to expand the economic development of the electrical construction industry;

(9)    To enhance the involvement of workers in making decisions that affect their working lives; and

(10)    To engage in any other lawful activities incidental or related to the accomplishment of these purposes and goals.

**Section 12.02**    The funds shall function in accordance with, and as provided in, its Agreement and Declaration of Trust, and any amendments thereto and any other of its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the NLMCC, as provided in said Agreement and Declaration of Trust.

**Section 12.03**    Each Employer shall contribute one (1) cent per hour worked under this Agreement up to a maximum of 150,000 hours per year. Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. The Santa Clara Valley Chapter, NECA, or its designee, shall be the collection agent for this Fund.

**Section 12.04**    If an Employer fails to make the required contribution to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance. In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty dollars ($20.00), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments. Such amount shall be added to and become a part of the contributions due and payable and the whole amount due shall bear interest at the rate of ten percent (10%) per annum until paid. The Employer shall also be liable for all costs collecting the payment together with attorney's fees.

57

58

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17    FOR THE NATIONAL ELECTRICAL         FOR THE INTERNATIONAL
18    CONTRACTORS ASSOCIATION,            BROTHERHOOD OF ELECTRICAL
19    SANTA CLARA VALLEY CHAPTER          WORKERS, LOCAL #332
20
21    William T. Barrow                   Robert V. Tragni
22    Chapter Manager                     Business Manager
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38                         RVT/deb/opeiu29/afl-cio
39
40

AUG.21'2007 07:54 4089795500                                    #4749 P.002/004

## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize **NATIONAL ELECTRICAL CONTRACTORS**

**ASSOCIATION - SANTA CLARA** _____ as its collective bargaining representative for all matters contained in or pertaining to the
**VALLEY CHAPTER**
current and any subsequent approved [2] _____ **INSIDE WIREMAN'S** _____ labor agreement between the

**NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION** _____ and Local Union [3] **332** , IBEW.
**SANTA CLARA VALLEY CHAPTER**
In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor

agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the '**27th** _____ day of

**AUGUST** _____ **1997** . It shall remain in effect until terminated by the undersigned employer giving written notice to the

**NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION** _____ and to the Local Union at least one hundred
**SANTA CLARA VALLEY CHAPTER**
fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW.

**APPROVED**
INTERNATIONAL OFFICE - I.B.E.W.

**OCT 26 1998**

J.J. Barry, President

This approval does not make the International a party to this agreement.

**RPD ELECTRICAL SERVICE COMPANY, INC.**
[1] Name of Firm

**242 Hillsdale Avenue**
Street Address/P.O. Box Number

**San Jose, CA  95136**
City, State (Abbr.) Zip Code

[6] Federal Employer Identification No.: _____ **94-3082717**

SIGNED FOR THE EMPLOYER

BY [7] _____ (original signature)

NAME [8] **Richard P. Deane**

TITLE/DATE **President**          **8/27/97**

SIGNED FOR THE UNION [3] **332** , IBEW

BY [7] _____ (original signature)

NAME [8] **Steve G. Wright**

TITLE/DATE **Business Manager**      **8/27/97**

INSTRUCTIONS (All items **must** be completed in order for assent to be processed)

[1] NAME OF CHAPTER OR ASSOCIATION
Insert full name of NECA Chapter or Contractors Association involved.
[2] TYPE OF AGREEMENT
Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.
[3] LOCAL UNION
Insert Local Union Number.
[4] EFFECTIVE DATE
Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS
Print or type Company name & address.

[6] FEDERAL EMPLOYER IDENTIFICATION NO.
Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.

[7] SIGNATURES
[8] SIGNER'S NAME
Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set, and complete the form.

IBEW FORM 302, REV. 6/84

# RESIDENTIAL AGREEMENT

Between

Local Union No. 332

International Brotherhood of Electrical Workers

San Jose, California

 

and

Santa Clara Valley Chapter

of

National Electrical Contractors Association

Effective **JUNE 1, 2004**

1

## RESIDENTIAL AGREEMENT
## LOCAL UNION #332

Agreement by and between the National Electrical Contractors Association, Santa Clara Valley Chapter and Local Union No. 332, IBEW.

It shall apply to all firms who sign a Letter of Assent to be bound by this Agreement.

As used hereinafter in this Agreement, the term "Employer" shall mean the Association and the term "Union" shall mean Local Union 332, IBEW.

The term "Employer" shall mean an individual firm who has been recognized by an assent to this Agreement.

### SCOPE OF WORK

It is mutually agreed that the provisions of this Agreement shall apply to all residential projects wired in Romex or M.C. Cable that are deemed Residential by the local building official. This includes all incidental items such as site work, parking areas, utilities, streets and sidewalks.

### ARTICLE I
### EFFECTIVE DATE · CHANGES · GRIEVANCES · DISPUTES

**Section 1.01**    This Agreement shall take effect on June 1, 2004, and shall remain in effect until May 31, 2007, unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from June 1 through May 31 of each year, unless changed or terminated in the way later provided herein.

**Section 1.02**    (a)  Either party or an Employer withdrawing representation from the Chapter or not represented by the Chapter, desiring to change or terminate this Agreement must provide written notification at least 90 days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.

(b)  Whenever notice is given for changes, the nature of the changes desired must be specified in the notice, or no later than the first negotiating meeting unless mutually agreed otherwise.

(c)   The existing provisions of the Agreement, including this Article, shall remain in full force and effect until a conclusion is reached in the matter of proposed changes.

(d)   Unresolved issues or disputes arising out of the failure to negotiate a renewal or modification of the Agreement that remain on the 20th of the month preceding the next regular meeting of the Council on Industrial Relations may be submitted jointly or unilaterally to the Council for adjudication. Such unresolved issues or disputes shall be submitted no later than the next regular meeting of the Council following the expiration date of this Agreement or any subsequent anniversary date. The Council's decisions shall be final and binding.

(e)   When a case has been submitted to the Council, it shall be the responsibility of the Negotiating Committee to continue to meet weekly in an effort to reach a settlement on the local level prior to the meeting of the Council.

(f)   Notice of a desire to terminate this Agreement shall be handled in the same manner as a proposed change.

Section 1.03     This Agreement shall be subject to change or supplement at any time by mutual consent of the parties hereto. Any such change or supplement agreed upon shall be reduced to writing, signed by the parties hereto, and submitted to the International Office of the IBEW for approval, the same as this Agreement.

Section 1.04     During the term of this Agreement, there shall be no stoppage of work either by strike or lockout because of any proposed changes in this Agreement or dispute over matters relating to this Agreement. All such matters must be handled as stated herein.

Section 1.05     There shall be a Residential Labor-Management Committee of three (3) representing the Union and three (3) representing the Employers.  It shall meet regularly at such stated times as it may decide. However, it shall also meet within 48 hours when notice is given by either party. It shall select its own Chairman and Secretary.

(a)   The time limit for filing grievance is ten (10) working days.

Section 1.06     All grievances or questions in dispute shall be adjusted by the duly authorized representatives of each of the parties to this Agreement.

In the event that these two are unable to adjust any matter within 48 hours, they shall refer the same to the Labor-Management Committee.

Section 1.07    All matters coming before the Labor-Management Committee shall be decided by majority vote. Four (4) members of the Committee, two (2) from each of the parties hereto, shall be a quorum for the transaction of business, but each party shall have the right to cast the full vote of its membership and it shall be counted as though all were present and voting.

Section 1.08    Should the Labor-Management Committee fail to agree or to adjust any matter, such shall then be referred to the Council on Industrial Relations for the Electrical Contracting Industry for Adjudication. The Council's decision shall be final and binding on both parties hereto.

Section 1.09    When any matter in dispute has been referred to conciliation or arbitration for adjustment, the provisions and conditions prevailing prior to the time such matters arose shall not be changed or abrogated until agreement has been reached or a ruling has been made.

## ARTICLE II

### Employer Qualifications - Employer Rights - Union Rights

Section 2.01    (a)    The employer recognizes the Union as the sole and exclusive representative of all its employees performing work within the jurisdiction of the Union for the purposes of collective bargaining in respect to rates of pay, wages, hours of employment and conditions of employment.

(b)    The Employer understands that the Local Union's jurisdiction - both trade and territorial - is not a subject for negotiations but, rather is determined solely within the IBEW by the International President and, therefore, agrees to recognize and be bound by such determinations.

Section 2.02    The Union understands the Employer is responsible to perform the work required by the owner. The Employer shall, therefore, have no restrictions except those specifically provided for in the collective bargaining agreement, in planning, directing and controlling the operation of all his work, in deciding the number and kind of employees to properly perform the work, in hiring and laying off employees, in transferring employees from job to job within the local Union's geographical jurisdiction, in determining the need and number as well as the person who will act as Foreman, in requiring all employees to observe the Employer's and/or owner's rules and regulations

4

not inconsistent with this Agreement. in requiring all employees to observe all safety regulations. and in discharging employees for proper cause.

## Favored Nations Clause

The Union agrees that if during the life of this Agreement. it grants to any other employer for the performance or any of the functions set forth in this Agreement. any better terms, conditions or practices than those set forth in this Agreement and the applicable supplements hereto. such better terms. conditions or practices shall be made available to the Employers operating under this Agreement and the Union shall immediately notify the Association or its representatives of any such concessions allowed or arranged.

(a)   In order to be competitive in the market and to meet the special needs of Employers on particular jobs, the Union may provide special consideration to Employers who request such treatment and who demonstrate. to the Union's satisfaction. a specific marketing need with regard to a particular job. Any special terms, conditions. modifications or amendments so provided by the Union, shall be implemented with regard to the particular job for which they were requested. To the extent feasible within time constraints, such special terms. conditions. modifications or amendments shall be made available to all signatory Employers with regard to the particular job in question. but shall not constitute an action subject to the favored nations clause in the Agreement.

Section 2.03      (a)   The Employer shall have the right to determine the competency and qualifications of its employees and the right to discharge such employees for any just and sufficient cause. The Union may institute a grievance procedure under the terms of this Agreement if it feels any employee has been unjustly discharged.

(b)   All employees covered by the terms of this Agreement shall be required to become and remain members of the Union as a condition of employment from and after the (30th) thirtieth day following the date of their employment or the effective date of the Agreement. whichever is later. In the event that a workman fails to tender this admission fee or a member of the Union fails to maintain his membership in accordance with the provisions of this section. the Union shall notify the Employer in writing and such written notice shall constitute a request to the Employer to discharge said individual workman within forty-eight (48) hours. (Saturdays, Sundays and Holidays excluded) for failure to maintain continuous good standing in the Union in accordance with its rules above-referred to in this paragraph.

5

(c)    BASIC DUES AND ADDITIONAL WORKING DUES

Upon receipt of a voluntary written authorization the Employer agrees to deduct and forward weekly to the Local Union, the Union Membership dues and the additional working dues from the pay of each IBEW member. The amount to be deducted shall be the amount specified in the approved Local Union By-Laws. Such amount shall be certified to the Employer by the Local Union upon request by the Employer.

## EMPLOYER QUALIFICATIONS

Section 2.04      Certain qualifications, knowledge, experience and financial responsibility are required of everyone desiring to be a signatory party to this Agreement. Therefore, an employer who assents to this Agreement is a person, firm, partnership or corporation whose principle business is electrical contracting and who possesses the following qualifications and presents documented evidence substantiating them prior to becoming signatory hereto: "Municipal and Governmental agencies are exempt."

(a)    Maintaining a legal place of business which means an office, shop or premises where the employer or his representative can be reached by telephone, and where he/she receives his mail, conducts the ordinary tasks of operating his business and maintains employee payroll records.

(b)    Shall employ at least one (1) Experienced Residential Wireman (same as an Inside Journeyman Wireman) from the hiring hall who is not financially connected with the firm when performing electrical work.

(c)    Posts the Payroll & Fringe Benefits Guarantee Deposit provided herein.

(d)    Shall comply with all Fringe Benefit Trust provisions.

When a signatory incorporated firm employs one (1) Experienced Residential Wireman who is not financially connected with the firm, the signatory corporation may then designate, in writing, one (1) working member of the firm. Such designated working member of the employing corporation must be registered with the Local Union and the dispatching office and shall be governed by all the
terms and conditions of this Agreement that are legally permissible. A 60-day notice is required prior to changing the designated working member.

The designated working member shall only share equally with the other workers the overtime work. Emergency and call-out overtime shall not be applicable to this rule.

In no case shall more than (1) member of a corporation be permitted to perform any electrical work under the terms of this Agreement, and only when one (1) Experienced Residential Wireman who is not financially connected with the employing concern is employed. In every case, the working member of the employing corporation must be listed with the Local Union and be governed by all the terms of this Agreement. The occasional transporting and delivery of tools and items of material shall not be construed as working.

(e)  Fringe benefits shall be paid for each hour that the designated working member works for the signatory corporation regardless of whether said work is covered employment or otherwise. The Employer shall furnish to the Union or Representatives of the Trust Funds, Federal and/or State quarterly tax returns periodically at the request of the Union or the Trustees not to exceed two times a year. It shall be presumed that the number of hours worked shall be the gross wages reported on the quarterly Federal and/or State tax returns divided by the hourly wage rate in the current collective bargaining agreement.

Section 2.05    For all employees covered by this Agreement, the Employer shall carry Worker's Compensation Insurance with a company authorized to do business in this State, Social Security and such other protective insurance as may be required by the laws of the State in which the work is performed. He shall also make voluntary contributions to the State Unemployment Compensation Commission regardless of the number of employees.

Section 2.06    The Union reserves the right to discipline its members for violation of its laws, rules and agreements.

Section 2.07    (a)  In order to protect and preserve, for the employees covered by this Agreement, all work heretofore performed by them, and in order to prevent any device or subterfuge to avoid the protection and preservation of such work, it is hereby agreed as follows:  If and when the Employer shall perform any on-site construction work or prefabrication work of the type covered by this Agreement, under its own name or under the name of another, as a corporation, company, partnership, or any other business entity, including a joint-venture, wherein the Employer through its officers, directors, partners or stockholders, exercises either directly or indirectly, management, control or majority ownership, the terms and conditions of this Agreement shall be applicable to all such work. All charges of violations of this Section shall be considered as a dispute and shall be processed in accordance with the

provisions of this Agreement covering the procedure for the handling of grievances and the final binding resolution of disputes.

(b)    As remedy for violations of this Section, the Labor Management Committee, the Council on Industrial Relations for the Electrical Contracting Industry, as the case may be, are empowered, in their discretion and at the request of the Union, to require an Employer to (1) pay to affected employees covered by this Agreement, including registered applicants for employment, the equivalent of wages lost by such employees as a result of the violations; and (2) pay into the affected joint trust funds established under this Agreement any delinquent contributions to such funds which have resulted from the violations. Provision for this remedy herein does not make such remedy the exclusive remedy available to the Union for violation of this Section nor does it make the same or other remedies unavailable to the Union or violations of other Sections or other Articles of this Agreement.

(c)    If, as a result of violations of this Section, it is necessary for the Union and/or the trustees of the joint trust funds to institute court action to enforce an award rendered in accordance with subsection (b) above, or to defend an action which seeks to vacate such award, the Employer shall pay any accountants' and attorneys' fees incurred by the Union and/or fund trustees, plus cost of the litigation, which have resulted from the bringing of such court action.

Section 2.08    (a)    Workers employed under the terms of the Agreement shall do all work of handling and moving any electrical material, equipment and apparatus on the job to be installed by workers covered hereunder which shall include all electrical construction, installation or erection work and all electrical maintenance thereon, including the preliminary and final running tests. This shall include the installation and maintenance of all permanent and temporary lighting, heating and power equipment. No electrical equipment installed under this section shall be energized while in a definite hazardous condition after normal working hours unless under the supervision of a qualified electrician.

(b)    Prefabrication shall be done by workers covered under the terms of this Agreement.

Section 2.09    The Local Union is a part of the International Brotherhood of Electrical Workers and any violation or annulment by an individual Employer of the approved Agreement of this or any other Local Union of the IBEW, other than violations of Paragraph 2 of this Section, will be sufficient cause for the cancellation of his/her Agreement by the Local Union, after a finding has been

8

made by the International President of the Union that such a violation or annulment has occurred.

The subletting, assigning or transfer by an individual Employer of any work in connection with electrical work to any person, firm or corporation not recognizing the IBEW or one of its local Unions as the collective bargaining representative of his employees on any electrical work in the jurisdiction of this or any other Local Union to be performed at the site of the construction, alteration, painting or repair of a building, structure or other work, will be deemed a material breach of this Agreement.

All charges or violations of Paragraph 2 of this Section shall be considered as a dispute and shall be processed in accordance with the provisions of this Agreement covering the procedure for the handling of grievances and the final and binding resolution of disputes.

**Section 2.10**    It shall not be considered a violation of this Agreement nor shall any workers be discharged by the Employer if he recognizes a labor organization's bona fide picket line. Such individual recognition may include both crossing and/or working behind a picket line which has been approved by the Business Manager and sanctioned by the Building Trades Council.

**Section 2.11**    Should workers leave a job where a recognized picket line is sanctioned by the Building Trades Council, or any other reason such workers shall notify his Employer or his immediate supervisor, shall carefully put away all tools, material, and equipment or other property of the Employer in a safe manner.

**Section 2.12**    The employer shall not loan or cause to be loaned, the worker covered under the terms of the Agreement in his/her employ to any other Employer without first securing permission of the Union and then only after applicants possessing the required skill are not available under the referral procedure.

## STEWARDS

**Section 2.13**    The Union shall have the right to appoint a Steward at any shop or on any job where workers are employed under the terms of this Agreement.    Such Stewards shall see that all sections of this Agreement and working conditions are observed by employee or Employer and he shall be allowed sufficient time to perform these duties during regular working hours. Under no circumstances shall an Employer dismiss or otherwise discriminate against an employee for making a complaint or giving evidence with respect to an alleged

violation of any provisions of this Agreement. The Union is required to notify the Employer of the name of the Shop Steward.

The Employer shall cooperate with the Steward, Business Manager or Assistant Business Manager in adjusting grievances arising in the shop or on the job. The Business Manager or the Assistant Business Manager with the Chapter Manager shall have the right to visit the Employer's place of business during any working hours to inspect the time cards of the employees covered by this Agreement.

The Job Steward shall be notified of all terminations at least two (2) hours prior to any lay-off.

A Job Steward shall remain on the job until its completion, or until not more than three (3) workers are left on the job after his termination, unless removed by the Business Manager. This requirement shall not apply when a job is shut down.  Stewards may be discharged for cause upon twenty-four (24) clock hours prior to notification to the Business Manager, but subject to review by the Labor Management Committee. The Union is required to notify the Employer, as soon as practical, in writing, of the name of a Shop and/or Job Steward. The Steward shall share in overtime with other employees on the job.  The representative of the Union shall be allowed access to any job at any reasonable time where workers are employed under the terms of this Agreement.

## ARTICLE III

### HOURS - WAGE PAYMENT - WORKING CONDITIONS

**Section 3.01**    (a)   The Normal workweek shall be forty (40) hours, Monday through Friday (excluding Saturday and Sunday).Eight (8) hours work between the hours of 8:00 A.M. and 4:30 P.M. with thirty (30) minutes for lunch period between 12:00 noon and 12:30 P.M. shall constitute a normal workday Monday through Friday (excluding Saturday and Sunday).

In accordance with a calendar schedule agreed to by the parties, there will be four non-work days scheduled per year (creating four "4" day weekends). The following are the non-work days:

**2004**
| | | |
|---|---|---|
| Friday | - | February 13 |
| Friday | - | May 28 |
| Friday | - | July 2 |
| Friday | - | September 3 |

10

2005
Friday      -    February 18
Friday      -    May 27
Friday      -    July 1
Friday      -    September 2

Effective 06/01/2004:

| Classification | Wage | H & W | Pension | NEBF | AMF | Total | | JATC | JEIF |
|---|---|---|---|---|---|---|---|---|---|
| Exper. Residential Wireman | Same as Inside Journeyman Wireman | | | | | | | | |
| Residential Foreman | 28.16 | 4.92 | 1.35 | 0.845 | 0.141 | $ | 35.42 | 1.05 | 0.06 |
| Residential Wireman | 24.49 | 4.92 | 1.35 | 0.735 | 0.122 | $ | 31.62 | 1.05 | 0.06 |

Residential Trainee

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1st 6 months 45% | 11.02 | 4.92 | 0 | 0.331 | 0.055 | $ | 16.33 | 1.05 | 0.06 |
| 2nd 6 months 55% | 13.47 | 4.92 | 0 | 0.404 | 0.067 | $ | 18.86 | 1.05 | 0.06 |
| 3rd 6 months 65% | 15.92 | 4.92 | 1.35 | 0.478 | 0.080 | $ | 22.75 | 1.05 | 0.06 |
| 4th 6 months 70% | 17.14 | 4.92 | 1.35 | 0.514 | 0.086 | $ | 24.01 | 1.05 | 0.06 |
| 5th 6 months 80% | 19.59 | 4.92 | 1.35 | 0.588 | 0.098 | $ | 26.55 | 1.05 | 0.06 |
| 6th 6 months 85% | 20.82 | 4.92 | 1.35 | 0.625 | 0.104 | $ | 27.82 | 1.05 | 0.06 |

Residential Trainee Prior to June 1, 2004

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1st 6 months 55% | 13.47 | 4.92 | 0 | 0.404 | 0.067 | $ | 18.86 | 1.05 | 0.06 |
| 2nd 6 months 60% | 14.69 | 4.92 | 0 | 0.441 | 0.074 | $ | 20.13 | 1.05 | 0.06 |

Contributions for Joint Electrical Industry Fund of $ .06/hr. deducted from net wages and matched by the employer.

Add contributions for NLMCC of $ .01/hr. and NECA .5%/wages

| | | |
|---|---|---|
| 06/01/04 | Wages $0.25 | Health & Welfare $0.25  &  JATC $0.05 |
| 12/01/04 | | Health & Welfare increase $0.25 cents |
| 06/01/05 | Wages * | Health & Welfare increase $0.25 cents |
| 12/01/05 | | Health & Welfare increase $0.25 cents |
| 06/01/06 | Wages ** | Health & Welfare increase $0.25 cents |
| 12/01/06 | | Health & Welfare increase $0.25 cents |

  *  06/01/05 Wage Increase will be based on the following formula:

| 220,000 hours | = | $0.35 cent increase |
|---|---|---|
| 240,000 hours | = | $0.50 cent increase |
| 270,000 hours | = | $0.75 cent increase |
| 300,000 hours | = | $1.25 increase |
| 340,000 hours | = | $1.50 increase |

Increase to be effective 06/01/05 based on hours for calendar year 2004

** 06/01/06 Wage Increases will be based on the following formula:

| 220,000 hours | = | $0.35 cent increase |
|---|---|---|
| 240,000 hours | = | $0.50 cent increase |
| 270,000 hours | = | $0.75 cent increase |
| 310,000 hours | = | $1.25 increase |
| 350,000 hours | = | $1.50 increase |

Increase to be effective 06/01/05 based on hours for calendar year 2005

Effective 06/01/04 Beginning Residential Apprentices will be paid the following percentage of Journeyman's pay:

1st 6 months 45%
2nd 6 months 55%
All other Apprentice rates remain as is.

Foreman shall receive 15% above Wireman rate.

(b)   The Shop or Job workday may be adjusted to start specifically at 6:30, 7:00, 7:30, or 8:00 A.M., with the half-hour lunch break occurring four (4) hours from the start of the workday.

The employee's time cards must show the starting time. The Employers who become signatory to this Agreement after September 28, 1988 and establish a Shop in the area must specify the starting time of the shop at the time they sign the Agreement.

The job start time for out of area Employers will be determined by the initial job call.

The adjusted work hours can only be changed at the beginning or ending of Daylight Savings Time.

All job processing or security and automobile clearances shall be obtained and performed on the Employer's time.

**Section 3.02**     (a)   The first two (2) hours of overtime worked before or after the regular work day Monday through Friday shall be paid at time and one-half (1-1/2) of the straight-time rate of pay up to ten (10) hours per week.

All work performed on Saturdays shall be performed at the time and one-half (1 1/2) rate.

All other work performed outside the regular work hours and work on Sundays and the following Holidays: New Year's Day; Martin Luther King Jr's Birthday observed the third Monday in January; Washington's Birthday, the third Monday in February; Memorial Day, the last Monday in May; Fourth of July; Labor Day, the first Monday in September; Thanksgiving Day, the fourth Thursday in November; the day after Thanksgiving Day, and Christmas Day, December 25; the 10th Holiday will be set on a year to year basis as per the agreed upon calendar; such Holiday selected will provide for no more than four days off in succession; or days celebrated as such; or such Holidays as recognized by the Local Building Trades Council, shall be paid for at double the regular straight-time rate of pay. Should any of the above-named Holidays fall on Sunday, the following day shall be observed as a Holiday.

The normal workweek shall be (forty) 40 hours, Monday to Friday, except when dictated by weather conditions.

**Section 3.03**     When workers are directed to report to the job, such workers shall be on the job ready to commence work at the regular starting time. All tools and materials shall be stored and put away before quitting time.

**Section 3.04**     No work shall be performed on Labor Day except in the case of an emergency (protection of life and/or property) and then only after permission by the Business Manager of the Union.

**Section 3.05**     (a), It shall be the responsibility of the Employer to provide tool insurance. In case of fire, theft through forcible entry, or damage to a locked employee's tool box while in the locked custody of the Employer or his representatives, said tools shall be replaced immediately after any loss incurred has been reported to proper law enforcement agencies by the parties involved. Members of the National Electrical Contractors Association may contribute annually into a tool protection fund. All Employers who are not a party to this tool replacement fund shall be held responsible for the replacement of the employee's tools. No worker shall supply tools other than those listed. In no case will an Employer be responsible for tools other than those stated on the required lists for Residential Trainees.   Residential Trainees shall supply themselves with tools as needed. A Residential Trainee must keep an inventory list of his tools; periodically this list must be given

13

to his Employer for verification; the trainee's tools in case of loss will be replaced to comply with the list he has given his Employer.

(b)    Residential Wiremen shall provide themselves with and keep in first-class condition a kit of the following tools. Failure to do so will be a violation of this Agreement and will void his tool insurance.

TOOL BOX - recommended minimum size 20"x8 1/2"x9"

PLIERS:    Wire Strippers
Sidecutters 8" or 9" Klein type
Long nose
Diagonal cutters (2 allowed)
Pump (Channel locks)   (2 allowed)

CRESCENT WRENCH - 6"
ALLEN WRENCHES - small set not over 7/16"
TAP WRENCH - 1/4"
CHISELS:   Wood 1" maximum
CENTER PUNCH
AWL
LEVEL - (1) 18" maximum
KNIFE
Tape Measure - 30' Max
SCREWDRIVERS:
    Stubby (2) 1 blade and 1 Phillips
    Offset (2) blade and Phillips
    Phillips (2) 6" and 8"
    Blade (3) 6", 8" and 12"
HACKSAW FRAME
KEYHOLE SAW
HAMMER - claw
TESTER - voltage
TOOL POUCH (optional)
ONE PIECE FLASHLIGHT (1)
NATIONAL ELECTRICAL CODE (current)

Section 3.06    A Residential Wireman shall be required to make corrections on improper workmanship for which he/she is responsible on his/her own time and during regular working hours, unless errors were made by orders of the Employer or the Employer's representative. Employers shall notify the Union of workers who fail to adjust improper workmanship and the Union assumes responsibility for the enforcement of this provision for its members only, correction to be

made only after a fair investigation by the Employer and the Business Manager of the Union.

## TRAVEL CLAUSE

**Section 3.07**    On all jobs requiring the employees to remain away from home overnight, the Employer will also furnish board and lodging and other necessary expense or a minimum of $30.00 per day, per worker, on a seven (7) day per week basis being considered a minimum amount except where adequate subsistence or lodging is furnished on the job. The Employer may elect to pay full expenses over weekends or pay travel time at straight time rate and furnish transportation to and from the Employer's home base.

**Section 3.08**    (a)    Workers shall report to the Employer's shop, as defined herein within the jurisdiction of the Union without travel expense and the Employer shall furnish transportation and pay for time from shop to job, job to job, job to shop.

For traveling from job to job during the regular working hours where he provides his own transportation the worker shall be paid his regular rate plus one dollar ($1.00) per road-mile traveled.

(b) Traveling time shall be paid at time and one-half times the regular straight-time rate of pay to any worker who is driving the Employer's vehicle, for the Employer's convenience to and from any job within the jurisdiction of the Union when workers are ordered to travel on other than their regular work hours.

(c)    A joint venture by two or more firms signatory to this Agreement shall be considered a new Employer.

(d)    "Shop" as used in this Agreement shall mean an established place of business. (Maintaining a legal place of business which means an office shop or premises where the Employer or his representative can be reached by telephone, and where he receives his mail, conducts the ordinary task of operating his business and maintains employee payroll records).

When a contractor signatory to this Agreement establishes another place of business as herein defined, within the jurisdiction of the Union, recognition of such a "shop" shall be determined by Local Union 332, IBEW.

When such a second shop is recognized by the Union, any job which the Employer has in progress shall continue to operate with no change in place of reporting, travel allowance or per diem until its completion.

Any dispute over refusal by the union to recognize an Employer's established place of business as a "shop" shall be subject to the grievance procedure set forth in this Agreement.

    (e)  Any outside firm doing electrical work within the jurisdiction of this Local Union shall not be allowed to bring in more than one (1) non-resident residential wireman. When any complaint or dispute arises dealing with this question, any ruling made by the International Office of the Union shall be accepted and put into effect.

    (f)  Additional workers shall be employed in the same manner as local Employers and all such workers shall receive the wages and conditions as outlined in this Agreement.

    (g)  The last worker or workers, employed by an outside firm, shall receive at the time of layoff, a notice of immediate deposit that all fringe benefit funds have been paid to the appropriate agency accompanied by an approved transmittal. Employers covered by this section shall notify the Local Union Office when their work is completed.

**Section 3.09**    No worker shall use his vehicle in any manner detrimental to the best interest of other workers nor shall any other worker use his vehicle to transport the Employer's tools or materials.

**Section 3.10**    Each job or project requiring more than two (2) Residential Wiremen shall be under the supervision of an Experienced Residential Wireman or Foreman. Workers are not to take directions or orders to accept the layout of any job from anyone except the ERW or the Foreman.

    (a)  Supervising workers shall be allowed sufficient time during working hours to arrange to have the employee's time reported in to the office of the Employer.

**Section 3.11**    When employees are directed to report to work and are not allowed to start work, they shall receive a minimum of 2 hours pay, unless they are notified one hour before starting time that work has been cancelled. This provision would not apply in the case of inclement weather.

**Section 3.12**    When employees commence work and are laid off or terminated permanently or temporarily, they shall receive pay for four (4) hours, if laid off or terminated after having worked more than four (4) hours they shall receive pay for eight (8) hours.

Terminations shall be made in the shop or on the job-site only, except a worker who has failed to report for work may be terminated by telephone and have his wages paid by mail.

## SIGNS ON TRUCKS

**Section 3.13**    Each signatory contractor to this IBEW Agreement shall have legible identification signs, seals, decals or stickers of not less than 12 inches by 18 inches permanently attached on each exterior side of his truck(s). No worker shall drive company trucks without approved signs unless such unmarked trucks have been reported to the Local Union by the Employer, such reporting shall only be valid for a 60-day period.

**Section 3.14**    On changes or additions to energized circuits or equipment carrying 440 volts or over, as a safety measure, two or more residential wiremen must work together, one standing by wearing rubber gloves.

**Section 3.15**    Adequate safety or protection devices shall be supplied by the Employer on all hazardous work in accordance with the Safety Orders of the Department of Industrial Relations. They shall also observe instructions of the Employer in matters of safety.

Where a question of safety arises and leads to a dispute that cannot be settled on the job, then the question shall be settled according to Article I, Section 1.06 of this Agreement. Workers under terms of this Agreement shall not be discharged for revealing unsafe conditions on a job or for refusing to work on that portion of a job before a decision has been rendered. The employee may be issued a temporary layoff if no other work is available.

## SHIFT WORK

**Section 3.16**    When so elected by the contractor, multiple shifts of at least five (5) days duration may be worked. When two (2) or three (3) shifts are worked:

The first shift (day shift) shall be worked between the hours of 8:00 A.M. and 4:30 P.M. Workers on the day shift shall receive eight (8) hours pay at the regular hourly rate for eight (8) hours work.

The second shift (swing shift) shall be worked between the hours of 4:30 P.M. and 12:30 A.M. Workers on the "swing shift" shall receive eight (8) hours pay at the regular hourly rate plus 10% for seven and one-half (7 1/2) hours work.

17

The third shift (graveyard shift) shall be worked between the hours of 12:30 A.M. and 8:00 A.M.   Workers on the "graveyard shift" shall receive eight (8) hours pay at the regular hourly rate plus 15% for seven (7) hours work.

A lunch period of thirty (30) minutes shall be allowed on each shift.   All overtime work required after the completion of a regular shift shall be paid at one and one-half times the "shift" hourly rate.

There shall be no pyramiding of overtime rates and double the straight-time rate shall be the maximum compensation for any hour worked.

There shall be no requirement for a day shift when either the second or third shift is worked.

## ARTICLE IV

### Referral Procedure

**Section 4.01**     In the interest of maintaining an efficient system of production in the industry, providing for an orderly procedure of referral of applicants for employment, preserving the legitimate interests of the employees in their employment status within the area and of eliminating discrimination in employment because of membership or non-membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

**Section 4.02**     The Union shall be the sole and exclusive source of referral of applicants for employment.

**Section 4.03**     The employer shall have the right to reject any applicant for employment.

**Section 4.04**     The Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, bylaws, constitutional provisions or any other aspect or obligation of Union membership policies or requirements. All such selections and referral shall be in accord with the following procedure.

**Section 4.05**     The Union shall maintain a register of applicants for employment established on the basis of the Groups listed below. Each applicant for employment shall be registered in the highest priority Group for which he qualifies.

18

**GROUP I**    All applicants for employment who have two or more years experience in the trade. are residents of the geographical area constituting the normal construction labor market. have passed a Residential Wireman's examination given by a duly constituted Inside construction Local Union of the I.B.E.W. or have been certified as a Residential Wireman by a duly constituted Residential Training Subcommittee and who have been employed for a period of at least one year in the last two years under a collective bargaining agreement between the parties to this Agreement.

**GROUP II**    All applicants for employment who have two or more years experience in the trade and who have passed a Residential Wireman's examination given by a duly constituted Inside construction Local Union of the I.B.E.W. or have been certified as a Residential Wireman by a duly constituted Residential Training Subcommittee.

**GROUP III**    All applicants for employment who have two or more years experience in the trade.

**Section 4.06**    If the registration list is exhausted and the Union is unable to refer applicants for employment to the Employer within 48 hours from the time of receiving the Employer's request. Saturdays. Sundays and holidays excepted. the employer shall be free to secure employees without using the Referral Procedure. The Employer shall notify the Business Manager promptly of the names and Social Security numbers of such employees.

**Section 4.07**    "Normal construction labor market" is defined to mean the following geographical area plus the commuting distance adjacent thereto which includes the area from which the normal labor supply is secured: <u>SANTA CLARA COUNTY</u>

The above geographical area is agreed upon by the parties to include the area defined by the Secretary of Labor to be the appropriate prevailing wage areas under the Davis-Bacon Act to which this Agreement applies.

**Section 4.08**    "Resident" means a person who has maintained his permanent home in the above geographical area for a period of not less than one year or who. having had a permanent home in this area. has temporarily left with the intention of returning to this area as his permanent home.

19

**Section 4.09**     "Examinations" -- An "examination" shall include experience rating tests if such examination shall have been given prior to the date of this Agreement but from and after the date of this Agreement shall include only written and/or practical examinations given by this Local Union or any other duly constituted Inside construction Local Union of the I.B.E.W. Scheduled intervals of time for examinations shall not exceed ninety days. An applicant shall be eligible for examination if he/she has two years experience in the trade.

**Section 4.10**     Anyone who makes an application for referral as an applicant for employment and who does not meet the requirements of one of the three Groups in Section 4.05 above shall be referred to the Residential Training Subcommittee for their consideration as a Trainee.

**Section 4.11**     The Union shall maintain an "Out-of Work List" which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

**Section 4.12**     An applicant who has registered on the "Out-of-Work List" must renew his application every seven days or his name will be removed from the "List."

**Section 4.13**     An applicant who is hired and who receives, through no fault of his own, work of forty hours or less, shall, upon re-registration, be restored to his appropriate place within his Group.

**Section 4.14**     Employers shall advise the Business Manager of the Local Union of the number of applicants needed. The Business Manager shall refer applicants to the Employer by first referring applicants in GROUP I in order of their place on the "Out-of-Work List" and then referring applicants in the same manner successively from the "Out-of-Work List" in GROUP II, then GROUP III. Any applicant who is rejected by the Employer shall be returned to his appropriate place within his GROUP and shall be referred to other employment in accordance with the position of his GROUP and his place within the GROUP.

**Section 4.15**     An Appeals Committee is hereby established composed of one member appointed by the Union, one member appointed by the Employer or by the Association, as the case may be, and a Public Member appointed by both these members.

**Section 4.16**     It shall be the function of the Appeals Committee to consider any complaint of any employee or applicant for employment arising out of the administration by the Local Union of Sections 4.04 through 4.15 of this Agreement. The Appeals Committee shall have the power to make a final and

20

binding decision on any such complaint, which shall be complied with by the Local Union. The Appeals Committee is authorized to issue procedural rules for the conduct of its business, but it is not authorized to add to, subtract from, or modify any of the provisions of this Agreement and its decisions shall be in accord with this Agreement.

**Section 4.17**    A copy of the Referral procedure set forth in this Agreement shall be posted on the Bulletin Board in the offices of the Local Union and in the offices of the Employers who are parties to this Agreement.

**Section 4.18**    A representative of the Employer or of the Association, as the case may be, designated to the Union in writing, shall be permitted to inspect the Referral Procedure records at any time during normal business hours.

**Section 4.19**    Trainees shall be hired and transferred in accordance with the training provisions of the Agreement between the parties.

## ARTICLE V

### Training

**Section 5.01**    There shall be a Residential Training Subcommittee of three (3) members representing the Chapter and three (3) members representing the Union. At least two (2) of the members representing the Chapter and at least two (2) of the members representing the Union shall be those actively engaged in performing residential work. This Subcommittee shall adopt local Residential Training Standards in conformity with the National Residential Training Standards for the Electrical Contracting Industry. It shall also be responsible for training Residential Wiremen and others. These local standards will be promptly agreed upon by the parties to this Agreement and shall be registered by the local JATC with the National Joint Apprenticeship and Training Committee.

**Section 5.02**    Members of the Residential Training Subcommittee shall be selected by the party they represent. Their term of office shall be three (3) years unless removed by the party they represent. The term of one (1) Chapter and one (1) Union representative shall expire each year with successors to be determined in the same manner as the original appointments were made. A Subcommittee member may succeed himself.

The Subcommittee shall select from its membership, but not both from the same group, a Chairman and a Secretary who shall retain voting privileges.

21.

The Subcommittee shall meet at least once a month and also when called by the Chairman.

**Section 5.03**    The Subcommittee shall supervise all matters involving Residential training in conformity with the provisions of this Agreement and the registered local Residential Training Standards. In case of a deadlock, the matter in dispute shall be referred to the Local Joint Apprenticeship and Training Committee for settlement. Any proposed changes in this Agreement pertaining to Residential Training should first be considered by the Residential Subcommittee for their recommendation before being acted upon by the parties to this Agreement.

**Section 5.04**    In order to provide diversity of training or work opportunities, the Subcommittee shall have full authority to transfer Trainees from one job or Employer to another. All transfers and assignments for work shall be issued by the Subcommittee through the referral office.

**Section 5.05**    (a)  All Trainees employed under the terms of this Agreement shall be obtained from the Residential Training Subcommittee. A Trainee who has completed his probationary period may be removed from training by the Subcommittee, in accordance with its rules, for cause. Such removal by the Subcommittee also cancels his classification of Trainee and the opportunity to complete his training.

(b)  The Subcommittee is authorized to register a total number of Trainees not to exceed a ratio of one (1) Trainee to one (1) Residential Wireman who are normally employed under the terms of this Agreement.

**Section 5.06**    Each Employer shall be allowed a ratio of two (2) Trainees to one residential wireman or experienced residential wireman.

**Section 5.07**    A Residential Trainee shall be under the direct personal supervision of a Residential Wireman at all times. When a Residential Wireman and a Residential Trainee are working together and it becomes necessary for the Residential Wireman to leave for a short time, it should not be necessary for the Residential Trainee to accompany the Residential Wireman. A Trainee shall not be permitted to work alone on any job, however, regardless of the type of work involved or the length of time needed to do the job, except as provided in this Section.

22

**Section 5.08**    Effective June 1, 2001, all Employers subject to the terms of this Agreement shall contribute $1.00 per hour for each hour worked by every employee covered by this Agreement for the purpose of maintaining the Residential Training Program. This sum shall be due the Trust Fund by the same date as their payment to the NEBF under the terms of the Employees Benefit Agreement.

**Section 5.09**    All trainees shall be considered Probationary for the first six (6) months of employment.

**Section 5.10**    When slotting of residential trainees into the training program it shall be the responsibility of the Residential Apprenticeship Committee to assign the appropriate starting wage period.

## ARTICLE VI

### National Electrical Benefit Fund

**Section 6.01**    It is agreed that in accord with the Employees Benefit Agreement of the National Electrical Benefit Fund ("NEBF"), as entered into between the National Electrical Contractors Association and the International Brotherhood of Electrical Workers on September 3, 1946, as amended, and now delineated as the Restated Employees Benefit Agreement and Trust, that unless authorized otherwise by the NEBF, the individual employer will forward monthly to the NEBF's designated local collection agent an amount equal to 3% of the gross monthly labor payroll paid to, or accrued by, the employees in this bargaining unit, and a completed payroll report prescribed by the NEBF. The payment shall be made by check or draft and shall constitute a debt due and owing to the NEBF on the last day of each calendar month, which may be recovered by suit initiated by the NEBF or its assignee. The payment and the payroll report shall be mailed to reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month.

The individual employer hereby accepts, and agrees to be bound by, the Restated Employees Benefit Agreement and Trust.

An individual employer who fails to remit as provided above shall be additionally subject to having his agreement terminated upon seventy-two (72) hours notice in writing being served by the Union, provided the individual employer fails to show satisfactory proof that the required payments have been paid to the appropriate local collection agent.

23

The failure of an individual employer to comply with the applicable provisions of the Restated Employees Benefit Agreement and Trust shall also constitute a breach of his labor agreement.

ARTICLE VII

Vacation

Employees shall be allowed two (2) weeks vacation per year without pay. Where possible, vacations shall be taken at a time mutually agreeable to employee and Employer.

ARTICLE VIII

National Electrical Contractors Association

Section 8.01    Each individual Employer shall contribute an amount not to exceed one percent (1%) nor less than .2 of 1% of the productive electrical payroll, as determined by each local Chapter and approved by the Trustees, with the following exclusions:

1. Twenty-five percent (25%) of all productive electrical payroll in excess of 75,000 man-hours paid for electrical work in any one Chapter area during any one calendar year, but not exceeding 150,000 man-hours.

2. One Hundred percent (100%) of all productive electrical payroll in excess of 150,000 man-hours paid for electrical work in any one Chapter area during any one calendar year.

(Productive electrical payroll is defined as the total wages (including overtime) paid with respect to all hours worked by all classes of electrical labor for which a rate is established in the prevailing labor area where the business is transacted.)

Payment shall be forwarded monthly to the National Electrical Contractors Association in a form and manner prescribed by the Trustees no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. Failure to do so will be considered a breach of this Agreement on the part of the individual Employer.

24

# ARTICLE IX
## HEALTH & WELFARE

**Section 9.01**      (a)  Effective May 29, 2000, every Employer shall contribute the sum of three dollars and two cents ($3.82) per hour for each hour worked for each employee working under the terms of the Agreement to the Health and Welfare Trust so established for the benefit of such employees. Such benefits shall be paid monthly into the Trust Fund. Future changes in Health & Welfare shall be either deducted from, or added to (in the event of elimination of a benefit), the basic employee wage.

The Trust, jointly established and administered, shall operate in compliance with Federal and State regulations governing Health & Welfare. The terms of said Trust Agreement are incorporated herein by reference and are as effective as if fully set forth herein.

**Section 9.02**      Effective June 1, 1997, every Employer shall contribute the sum of six dollars and ten cents ($6.35) per hour for each hour worked for each Experienced Residential Wireman working under the terms of the Agreement to the Local Union #332 Pension Trust so established for the benefit of such employees. Such benefits shall be paid monthly into the Trust Fund. Future changes in the Pension Plan shall be either deducted from or added to (in the event of elimination of a benefit), the basic employee wage rate.

Effective May 29, 2000, every employer shall contribute the sum of ninety cents ($0.90) per hour for each hour worked for each Residential Wireman and Third through Sixth period Residential Trainees working under the terms of the Agreement to the Ninth District Pension Plan so established for the benefit of such employees. Such benefits shall be paid monthly into the Trust Fund.

The Trust  jointly established and administered, shall operate in compliance with Federal and State regulations governing Pension Plans. The terms of said Trust Agreement are incorporated herein by reference and are as effective as if fully set forth herein.

**Section 9.03**      It shall not be considered a violation of this Agreement for the Local Union to remove employees from a job and/or shop of a signatory firm who is delinquent in fringe payments to the various trusts for a period of fifteen (15) days. After the Union serves such contractor with a 72-hour notice of their intention to take removal action, the 72-hour notice shall be by certified mail and the weekends and holidays shall not be included in establishing the 72 hours.

25

## JOINT ELECTRICAL INDUSTRY FUND

<u>Section 9.04</u>    Effective June 1, 2001, signatory Employers shall contribute the sum of $.06 per hour for each employee working under the terms of the Agreement to the Joint Electrical Industry Fund, a labor-management cooperation committee organized pursuant to Section 302 of the Labor Management Relations Act and Section 501 of the Internal Revenue Code. Signatory Employers shall deduct from the wages of each employee the additional sum of $.06 per hour as the employee's contribution to the Joint Electrical Industry Fund. The foregoing Employer and employee contributions totaling $0.12 per hour shall be paid monthly to the Joint Electrical Industry Fund.

The Fund, jointly established and administered, shall operate in compliance with the Federal and State regulations governing labor management cooperation committees. The terms of the trust Agreement establishing the Joint Electrical Industry Fund are incorporated herein by reference and are as effective as if fully set forth herein. The purposes of this Committee are:

1)    To improve communications between representatives of Labor and Management;

2)    To provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organizational effectiveness;

3)    To assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

4)    To study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the construction industry;

5)    To enhance the involvement of workers in making decisions that affect their working lives;

6)    To do any and all other lawful activities authorized under the Act.

<u>Section 9.05</u>    It shall not be considered a violation of this Agreement for the Local Union to remove employees from a job and/or shop of a signatory firm who is delinquent in fringe payments to the various trusts for a period of fifteen (15) days. After the Union serves such contractor with a 72-hour notice

26

of their intention to take removal action, the 72-hour notice shall be by certified mail and weekends and holidays shall not be included in establishing the 72 hours.

## ADMINISTRATIVE MAINTENANCE FUND

Section 9.06    Effective June 1, 1998, all employers signatory to this labor agreement with the Santa Clara Valley Chapter, NECA designated as their collective bargaining agent shall contribute one half of one percent (.5%) per hour for each hour worked by each employee covered by this Labor Agreement to the Administrative Maintenance Fund. The monies are for the purpose of administration of the collective bargaining agreement, grievance handling, and all other management duties and responsibilities in this agreement. The fund is to be administered solely by the employers. The Administrative Maintenance Fund contribution shall be submitted with all other fringe benefits covered in the Labor Agreement by the 15th of the month and shall be bound to the same delinquency requirements under this Labor Agreement. The enforcement for delinquent payments to the fund shall be the sole responsibility of the fund or the employers and not the Local Union. The fund may not be used in any manner detrimental to the Local Union or the IBEW.

Section 9.07    It shall not be considered a violation of this Agreement for the Local Union to remove employees from a job and/or shop of a signatory firm who is delinquent in fringe payments to the various trusts for a period of fifteen (15) days. After the Union serves such contractor with a seventy-two (72) hour notice of their intention to take removal action, the seventy-two (72) hour notice shall be by certified mail and weekends and holidays shall not be included in establishing the seventy-two (72) hours.

## ARTICLE X
### PAYROLL AND FRINGE BENEFITS
### GUARANTEE TRUST FUND

SECTION 10.01    Each electrical contractor employing workers under terms of this Agreement shall deposit Three Hundred Dollars ($300.00) free of interest, for a payroll and fringe benefits guarantee up to Twenty Thousand Dollars ($20,000.00) of payroll, but not over the amount, with the Trustees who shall function under a Trust Agreement to be agreed upon between the parties. If at any time the interest accrued in the Payroll and Fringe Benefits Guarantee Trust fund is depleted, each signatory contractor shall make an additional

27

deposit into such fund of any amount up to Three Hundred Dollars ($300.00), making a total of Six Hundred Dollars ($600.00) maximum. Notice of such additional deposit shall be by the Joint Labor/Management Committee.

Net payroll checks shall be paid by the Electrical Industry Payroll and Fringe Benefits Guarantee Trust Agreement to be agreed upon between the parties. Net payroll checks shall be paid by the Electrical Industry Payroll and Fringe Benefits Guarantee Trust Fund in a total amount not to exceed Two Thousand Five Hundred Dollars ($2,500.00) maximum per employee.

A contractor who makes the payroll and fringe benefits deposit, and pays wages and fringe benefits to employees covered by this Agreement, shall be absolved from all responsibilities with respect thereto.

This payroll and fringe benefits deposit is in no respect a bond covering the contractor's payroll and fringe benefits obligations but only an emergency fund to relieve employees' financial strain caused by issuing of bad checks or failure of contractors to meet payroll, or failure of contractors to make fringe benefits contributions as provided in this Agreement. If the contractor defaults in the foregoing, his liability shall be as set forth in the trust Agreement but shall, in any event, include the following:

> (1)    The contractor shall be liable for cost of enforcing collection, including but not limited to court costs, attorney fees, loss of earnings of an employee not paid, fringe benefits lost to an employee and any other expenses as determined by the trustees to be the fault of such delinquent contractor.

> (2)    The Trustees are authorized to institute whatever federal or state, civil or criminal actions as are necessary to enforce collection. Upon collection of defaulted payroll, or a bad check, employees must reimburse the Payroll and Fringe Benefits Guarantee Trust Fund. Employees shall cooperate in every manner in regard to the collection of defaulted payroll, as requested by the trustees.

> (3)    The contractor must, within five (5) calendar days after notice from the Business Manager of Local Union #332, IBEW make good any defaulted wages to his employees. Failure to do so shall subject the contractor to immediate cancellation of his Agreement with Local Union No.332, IBEW.

> (4)    On the first default of payroll payments and/or fringe benefit payments, the defaulting contractor shall, upon notice from

28

the Trustees, furnish a surety or cash bond in the amount of Twenty Thousand dollars ($20,000.00) as guarantee that wage payments and fringe benefit payments will be regularly made. The amount of bond may also be set by the Trustees by using the following formula:

Four (4) times the weekly wages and fringe benefits for all of said signatory contractors' employees covered by this Agreement for previous twelve (12) month period.

However, the amount of bond required in this instance shall not be less than Twenty Thousand Dollars ($20,000.00). Failure to furnish the above-referred-to bond shall constitute cause for immediate cancellation of the Collective Bargaining Agreement at the option of the Local Union and the processing of all legal procedures necessary to enforce collection of defaulted amount, plus collection costs and interest involved. It shall not be a violation of this Agreement for the Union to refuse to permit persons covered by this Agreement to work on said job or project until all such wages and/or fringe benefits have been paid.

(5) Whenever a contractor has definite knowledge that he is taking over a contract for a job that has been partially completed by another contractor, he shall notify the Local Union, in writing, before starting work. On any job or project which has been partially completed by one contractor and work thereon has stopped because of the failure of the contractor to meet his current obligations and money is due and payable to employees as wages and has not been paid, and/or money is due and payable to existing fringe benefit funds and has not been paid, it shall not be a violation of this Agreement for the Union to refuse to permit persons covered by this Agreement to work on said job or project until all such wages and fringe benefits have been paid.

(6) It is understood and agreed that this Payroll and Fringe Benefits Guarantee Trust Fund is considered a joint fund covering both the Inside and Outside Agreements and groups of workmen. Consequently, contractors who are engaged in both Inside and Outside work shall make only one payroll and fringe benefits deposit to the Trust.

## DEFAULTED PAY PROVISION

Any and all disputes, claims, or grievances relating to defaulted wage payments must be filed with the Local Union and NECA Chapter office within seven (7) calendar days after the regular payroll period in question. In the case of non-

29

negotiable payroll checks, the time requirement shall be within 24 hours of the employee receiving the bad check notice.

## ARTICLE XI
### SEPARABILITY CLAUSE

Should any provision of the Agreement be declared illegal by any court of competent jurisdiction, such provisions shall immediately become null and void, leaving the remainder of the Agreement in full force and effect and the parties shall, thereupon, seek, to negotiate substitute provisions which are in conformity with the applicable laws.

(Both parties agree if we are unable to negotiate new language, it will be referred back to the grievance procedure contained in the Agreement).

## ARTICLE XII
### E.E.O.C.
#### (Equal Employment Opportunity Commission)

It is the stated policy of the parties to this Agreement to provide equal employment opportunities to all persons as their rights are set forth under State and Federal Law.

## ARTICLE XIII
### Drug And Alcohol Programs

The dangers and costs which alcohol and other chemical abuses can create in the electrical contracting industry in terms of safety and productivity are significant. The parties to this agreement resolve to combat chemical abuse in any form and agree that to be effective, programs to eliminate substance impairment should contain a strong rehabilitation component. The parties recognize the employer's right to adopt and implement a drug and alcohol policy subject to all applicable laws and regulations, procedural safeguards, scientific principles, and legitimate interests of privacy and confidentiality. However, the union reserves the right to negotiate regarding the terms of the employer's policy before the policy is implemented by the employer. When drug

30

and alcohol testing is performed, all testing shall be conducted in accordance with the procedures outlined in the aforementioned policy.

## ARTICLE XIV
### NATIONAL LABOR MANAGEMENT COOPERATION COMMITTEE

Section 14.01    The parties agree to participate in the NECA-IBEW National Labor-Management Cooperation Fund, under authority of Section 6(b) of the Labor Management Cooperation Act of 1978, 29 U.S.C., 175(a) and Section 302(c).(9) of the Labor-Management Relations Act, 29 U.S.C., 186(c) (9). The purpose of this Fund include the following:

(1)    To improve communication between representatives of labor and management;

(2)    To provide workers and employers with opportunities to study and explore new and innovative joint approaches to achieving organization effectiveness;

(3)    To assist workers and employers in solving problems of mutual concern not susceptible to resolution within the collective bargaining process;

(4)    To study and explore ways of eliminating potential problems which reduce the competitiveness and inhibit the economic development of the electrical construction industry;

(5)    To sponsor programs which improve job security, enhance economic and community development, and promote the general welfare of the community and the industry;

(6)    To encourage and support the initiation and operation of similarly constituted local labor/management cooperation committees;

(7)    To engage in research and development programs concerning various aspects of the industry, including, but not limited to, new technologies, occupational safety and health, labor relations, and new methods of improved production;

(8)    To engage in public educational and other programs to expand the economic development of the electrical construction industry;

(9)    To enhance the involvement of workers in making decisions that affect their working lives; and

31

(10)  To engage in any other lawful activates incidental or related to the accomplishment of these purposes and goals.

Section 14.02    The funds shall function in accordance with, and as provided in, its Agreement and Declaration of Trust, and any amendments thereto and any other of its governing documents. Each Employer hereby accepts, agrees to be bound by, and shall be entitled to participate in the NLMCC, as provided in said Agreement and Declaration of Trust.

Section 14.03    Each Employer shall contribute one (1) cent per hour worked under this agreement up to a maximum of 150.00 hours per year.  Payment shall be forwarded monthly, in a form and manner prescribed by the Trustees, no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. The Santa Clara Valley Chapter, NECA, or its designee, shall be the collection agent for this Fund.

Section 14.04    If an Employer fails to make the required contributions to the Fund, the Trustees shall have the right to take whatever steps are necessary to secure compliance. In the event the Employer is in default, the Employer shall be liable for a sum equal to 15% of the delinquent payment, but not less than the sum of twenty dollars ($20), for each month payment of contributions is delinquent to the Fund, such amount being liquidated damages, and not a penalty, reflecting the reasonable damages incurred by the Fund due to the delinquency of the payments. Such amount shall be added to and become a part of the contributions due and payable and the whole amount due shall be interest at the rate of ten percent (10%) per annum until paid. The Employer shall also be liable for all costs of collecting the payment together with attorneys' fees. The effective date is June 1, 1998.

FOR THE NATIONAL ELECTRICAL
CONTRACTORS ASSOCIATION,
SANTA CLARA VALLEY CHAPTER

_William T. Barrow_
William T. Barrow
Chapter Manager

FOR THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL 332

_Robert V. Tragni_
Robert V. Tragni
Business Manager

:/deb/coeiu29/afl-cio/svr:datafldr:agreements

32

March 2, 1995

Mr. Steve Wright
Business Manager
Local Union #332, IBEW
1870 Stone Avenue
San Jose, CA  95125

Dear Steve:

The Santa Clara Valley Chapter, NECA hereby charges Local #332 with alleged
violation of the Inside Wireman's Agreement, Article III, Section 3.01 and
Article VI, Section 6.12.

NECA is asking that Article III, Section 3.01 "The Adjusted Work Week" be
deleted, due to the Unions refusal to enforce Article VI, Section 6.12 and
properly count Book I unemployment for purposes of determining when the
Industry ids forced to work an "Adjusted Work Week".

Briefly, the details are as follows:  The Chapter for the past six (6) months
has repeatedly requested the Union adhere to Article VI, Section 6.12 of the
Inside Wireman's Agreement.  Specifically, NECA believes the Union is
artificially counting Book I unemployment by allowing a 30 day re-sign, even by
mail.

Article VI, Section 6.12 states:  "An applicant who has registered on the "Out-
of-Work-List" must review his application every sever (7) days or his name will
be removed from the "List".

NECA believes Article VI, Section 6.12 clearly states a person must re-sign the
"Out-of-Work List" every seven (7) days.

By the Union's refusal to properly count Book I unemployment, NECA feels no
obligation to adhere to Article III, Section 3.01, "The Adjusted Work Week".
Therefore, we propose it's eliminated.

AUG/21'2007 07:54 4089795500                                                    #4749 P.001/004

## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize NATIONAL ELECTRICAL CONTRACTORS

ASSOCIATION - SANTA CLARA VALLEY CHAPTER [1] as its collective bargaining representative for all matters contained in or pertaining to the

current and any subsequent approved [2] RESIDENTIAL labor agreement between the

NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION SANTA CLARA VALLEY CHAPTER and Local Union [3] 332 IBEW.

In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor

agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the [4] 1st day of

MAY 1995. It shall remain in effect until terminated by the undersigned employer giving written notice to the

NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION SANTA CLARA VALLEY CHAPTER and to the Local Union at least one hundred

fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

[5] Name of Firm RPD ELECTRICAL SERVICE COMPANY, INC. dba ELECTRICAL SERV

Street Address/P.O. Box Number 242 Billsdale Avenue    (408) 265-2850

City, State (Abbr.) Zip Code San Jose, CA 95136

[6] Federal Employer Identification No.: 94-3082717

SIGNED FOR THE EMPLOYER

BY [7] _(original signature)_

NAME [8] R. P. Deane

TITLE/DATE President 5/1/95

---

APPROVED
INTERNATIONAL OFFICE — I. B. E. W.
JUN 2 0 1995
J. J. Barry, President
This approval does not make the International a party to this agreement

---

SIGNED FOR THE UNION [3] 332 IBEW

BY _(original signature)_

NAME [8] Steve G. Wright

TITLE/DATE Business Manager 5/1/95

---

INSTRUCTIONS (All items must be completed in order for assent to be processed)

[1] NAME OF CHAPTER OR ASSOCIATION
Insert full name of NECA Chapter or Contractors Association involved.

[2] TYPE OF AGREEMENT
Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.

[3] LOCAL UNION
Insert Local Union Number.

[4] EFFECTIVE DATE
Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS.
Print or type Company name & address.

[6] FEDERAL EMPLOYER IDENTIFICATION NO.
Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.

[7] SIGNATURES
[8] SIGNER'S NAME
Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.

IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.

IBEW FORM 302 REV. 6/94