SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

*E-FILED - 1/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY,<br><br>Defendants. | CASE NO.:  C07-04351 RMW PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND xxxxxxxxxxxxx ORDER<br><br>Date:   December 7, 2007<br>Time:   10:30 a.m.<br>Place:  Courtroom 6, 4th Floor<br><br>JUDGE:  The Honorable Ronald M. Whyte |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. A default has been taken against the defendant. A default judgment has not been taken yet. Plaintiffs are in the process of amending the complaint for additional monies owed.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for ninety (90) days to amend the complaint

1

1  and serve the amended complaint on defendant.  Therefore, Plaintiffs request that the case be
2  continued until March 14, 2008, for another Case Management Conference.
3
4                                              Respectfully submitted,
5
6  Dated: November 27, 2007
                                                SUE CAMPBELL
7                                               Attorney for Plaintiff
8
9                                        **ORDER**
10     The Case Management Conference is hereby continued to March 14, 2008, at 10:30 a.m.,
11  in Courtroom 6, 4th Floor.  Plaintiff will file an update and proposed action ten (10) days prior
12  to the Case Management Conference.
13
14  Dated:   1/25/08
                                                Ronald M. Whyte
15                                              JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND [xxxxxxxxxxxx] ORDER