# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES
OF THE INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 332 HEALTH AND
WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF,
NECA SERVICE CHARGE, NECA, DUES CHECK OFF
AND APPRENTICESHIP TRAINING TRUST FUNDS,

ON FIRST AMENDED COMPLAINT
SUMMONS IN A CIVIL CASE

CASE NUMBER: C07-04351 RMW PVT

V.

RPD ELECTRICAL SERVICES CO., INC.,
a California Corporation doing business
as ELECTRICAL SERVICE COMPANY

TO:  RPD ELECTRICAL SERVICES CO., INC.,
a California Corporation doing business
as ELECTRICAL SERVICE COMPANY
3550 Charter Park Drive
San Jose, CA 95136

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DEC 2 0 2007
DATE

(BY) DEPUTY CLERK

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| BOB TRAGNI, ET AL.<br><br>                   Plaintiff, | CASE NUMBER<br><br>C07-04351 RMW PVT |
| RPD ELECTRICAL SERVICES CO., INC.,<br>ETC<br>                   Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : RPD ELECTRICAL SERVICES CO., INC., A CALIFORNIA
                        CORPORATION DOING BUSINESS AS ELECTRICAL SERVICE
    By Serving        :Richard P. Deane, President / Agent For Service Of
                       Process
    Address           : ( Home )

                       13437 Kodiac Place
                       Saratoga, Ca 95070
    Date of Service   : January 9, 2008

    Time of Service   : 4:55PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: January 9, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA                         Signature: _____
Number 1028                                                 DAVID NORIEGA