**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 7, 2008

RE: <u>CV 07-04351 RMW</u>    <u>BOB TRAGNI, ET AL-v- RPD ELECTRICAL SERVICES, CO, INC.</u>

Default is entered as to defendant RPD Electrical Services Co., Inc. a California corporation doing business as Electrical Service Company on February 7, 2008.

                RICHARD W. WIEKING, Clerk

                by <u>/s/ Diane Miyashiro</u>
                Case Systems Administrator

NDC TR-4  Rev. 3/89