```
                                                    DEFAULT ENTERED
                                                    2/7/2008
 1  SUE CAMPBELL                                    RICHARD W. WIEKING, CLERK
    Attorney at Law, State Bar Number 98728
 2  1155 North First Street, Suite 101              By_____
    San Jose, California 95112                          Deputy Clerk
 3  Phone: (408) 277-0648
    Fax:   (408) 938-1035
 4
    Attorney for Plaintiffs
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA

10  BOB TRAGNI AND WILLIAM T.        )  CASE NO.: C07-04351 RMW PVT
    BARROW, AS TRUSTEES OF THE       )
11  INTERNATIONAL BROTHERHOOD OF     )
    ELECTRICAL WORKERS LOCAL 332     )  REQUEST FOR
12  HEALTH AND WELFARE AND PENSION   )  ENTRY OF DEFAULT
    TRUST FUNDS, NEBF, JEIF, NECA    )  RULE 55(a)
13  SERVICE CHARGE, NECA, DUES       )
    CHECK OFF AND APPRENTICESHIP     )
14  TRAINING TRUST FUNDS,            )
                                     )
15                Plaintiffs,        )
                                     )
16  vs.                              )
                                     )
17  RPD ELECTRICAL SERVICES CO., INC.,)
    a California Corporation doing business )
18  as ELECTRICAL SERVICE COMPANY,   )
                                     )
19                Defendants.        )
                                     )
20  _____

21       A request to enter a default is allowed when a party against whom a judgment for
22  affirmative relief is sought has failed to plead or otherwise defend as provided by the Rules of
23  Court, Federal Rules of Civil Procedure, Rule 55.
24       Plaintiffs request the clerk enter the default of Defendant RPD ELECTRICAL
25  SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE
26  COMPANY, on the first amended complaint filed on December 20, 2007.
27       Defendant is not an infant or incompetent person.
28       Defendant is not in the military service and is not entitled to the benefits of the
```

1

REQUEST FOR ENTRY OF DEFAULT

Service Members Civil Relief Act (50 U.S.C. App. §501 et. seq.).

Plaintiffs will request a default judgment under Rule 55(b)(2) upon the filing of an affidavit supporting the default judgment.

Dated:   January 30, 2008

SUE CAMPBELL
Attorney for Plaintiffs

2

REQUEST FOR ENTRY OF DEFAULT

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

RPD ELECTRICAL SERVICES CO., INC., a California Corporation
doing business as Electrical Service
Richard P. Deane, Agent for Service of Process
13437 Kodiac Place
Saratoga, CA 95070

☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 30, 2008, at San Jose, California.

CHRISTINE DELGADILLO

3

REQUEST FOR ENTRY OF DEFAULT