SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY,<br><br>Defendants. | CASE NO.: C07-04351 RMW PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:  March 14, 2008<br>Time:  10:30 a.m.<br>Place: Courtroom 6, 4th Floor<br><br>JUDGE:  The Honorable<br>         Ronald M. Whyte |

   Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The first amended complaint was filed and served on Defendant. A request for entry of default on the first amended complaint was filed on February 7, 2008. Plaintiffs are in the process of obtaining declarations and documentation in order to proceed with a default judgment against Defendant on May 16, 2008..

### DESCRIPTION OF THE CASE

   This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

Funds.

    Plaintiffs would like to continue the case for sixty (60) in order to complete the documentation for the default judgment hearing. Therefore, Plaintiffs request that the case be continued until May 16, 2008, for a further Case Management Conference.

                                          Respectfully submitted,

Dated: March 11, 2008              /s/ SUE CAMPBELL
                                          SUE CAMPBELL
                                          Attorney for Plaintiff

**ORDER**

    The Case Management Conference is hereby continued to May 16, 2008, at 10:30 a.m., in Courtroom 6, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____           _____

                                          JUDGE OF THE U.S. DISTRICT COURT