SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>  Plaintiffs,<br><br>vs.<br><br>RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY,<br><br>  Defendants. | CASE NO.:  C07-04351 RMW PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND  ORDER<br><br>Date:   March 14, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom 6, 4th Floor<br><br>JUDGE:  The Honorable Ronald M. Whyte |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The first amended complaint was filed and served on Defendant. A request for entry of default on the first amended complaint was filed on February 7, 2008. Plaintiffs are in the process of obtaining declarations and documentation in order to proceed with a default judgment against Defendant on May 23, 2008..

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1

1 | Funds.

2 |     Plaintiffs would like to continue the case for sixty (60) in order to complete the
3 | documentation for the default judgment hearing. Therefore, Plaintiffs request that the case be
4 | continued until May 23, 2008, for the default judgment hearing and a Case Management
5 | Conference.

6 |                                            Respectfully submitted,

8 | Dated: March 11, 2008             /s/ SUE CAMPBELL
                                     SUE CAMPBELL
9 |                                      Attorney for Plaintiff

11 |                                         **ORDER**

12 |     The hearing on the default judgment and Case Management Conference is hereby
13 | continued to May 23, 2008 at 9:00 a.m and 10:30 a.m. in Courtroom 6, 4th Floor.

15 | Dated: __3/13/08_____                 *Ronald M. Whyte*
16 |                                    JUDGE OF THE U.S. DISTRICT COURT

CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER