SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY,<br><br>Defendants. | CASE NO.: C07-04351 RMW PVT<br><br>NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND FOR ATTORNEY'S FEES RULE 55(b)(2)<br><br>DATE:  May 23, 2008<br>TIME:  9:00 A.M.<br>PLACE: Courtroom 6, 4th Floor<br><br>JUDGE: Hon. Ronald M. Whyte |

To Defendant RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, and to its attorney of record:

NOTICE IS HEREBY GIVEN that on May 23, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6 - 4th Floor, of this court, located at 280 South First Street, San Jose, California, Plaintiffs will move for a default judgment by court for $349,743.55 in contributions, $46,814.73 in liquidated damages, $14,267.55 in interest pursuant to the declarations of Ina Gerbert and Allison Johnson,. $11,115.00 in attorney's fees, together with costs in the sum of $602.00, for a total amount of judgment of $422,542.83.

1

1  The application will be based on this notice of application, the declaration of Sue
2  Campbell, the declaration of Ina Gerbert, and the declaration of Allison Johnson, the
3  memorandum of points and authorities filed herewith, the papers, records, and file herein, and
4  such evidence as may be presented at the hearing of the motion.

6  DATED: April ⧗__, 2008                    _____
                                              SUE CAMPBELL
7                                             Attorney for Plaintiffs

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND FOR ATTORNEY'S FEES RULE 55(b)(2), MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF A DEFAULT JUDGMENT, DECLARATIONS OF INA GERBERT, DECLARATION OF ALLISON JOHNSON, AND DECLARATION OF SUE CAMPBELL**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

 (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

RPD ELECTRICAL SERVICES CO., INC., a California Corporation
doing business as Electrical Service
Richard P. Deane, Agent for Service of Process
3550 Charter Park Drive
San Jose, CA 95136

 (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2008, at San Jose, California.

CHRISTINE DELGADILLO

NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND FOR ATTORNEY'S FEES