1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 BOB TRAGNI AND WILLIAM T.              )   CASE NO.:  C07-04351 RMW PVT
   BARROW, AS TRUSTEES OF THE             )
11 INTERNATIONAL BROTHERHOOD OF           )
   ELECTRICAL WORKERS LOCAL 332           )   DECLARATION OF
12 HEALTH AND WELFARE AND PENSION         )   JOSEPH P. HERRLE
   TRUST FUNDS, NEBF, JEIF, NECA          )
13 SERVICE CHARGE, NECA, DUES             )
   CHECK OFF AND APPRENTICESHIP           )
14 TRAINING TRUST FUNDS,                  )
                                          )   DATE:   May 23, 2008
15                  Plaintiffs,           )   TIME:   9:00 A.M.
                                          )   PLACE:  Courtroom 6, 4th Floor
16 vs.                                    )
                                          )   JUDGE:  Hon. Ronald M. Whyte
17 RPD ELECTRICAL SERVICES CO., INC.,     )
   a California Corporation doing business )
18 as ELECTRICAL SERVICE COMPANY,         )
                                          )
19                  Defendants.           )
                                          )
20

21     I, JOSEPH P. HERRLE, am the Plan Administrator for District No. 9 Pension Plan. RPD

22 Electric doing business as Electrical Services, Inc. was required to pay pension contributions

23 directly to the District No. 9 Pension Plan on behalf of its employees.

24     RPD Electric now owes the following NSF checks for June 2007 and August 2007, as

25 well as delinquent pension contributions for the months of May, September, November and

26 December 2007:

27 / / /

28 / / /

                                          1

                         DECLARATION OF JOSEPH P. HERRLE

| Month/Year | Due Date | Contributions Owed | Interest thru 3/20/08 | Daily Interest |
|---|---|---|---|---|
| May 2007 | 06/20/07 | $11,356.58 | $ 682.26 | $2.49 |
| June 2007 | 07/20/07 | $10,249.95 | $ 549.00 | $2.25 |
| August 2007 | 09/20/07 | $12,972.81 | $ 516.88 | $2.84 |
| September 2007 | 10/20/07 | $ 8,175.15 | $ 272.08 | $1.79 |
| October 2007 | 11/20/07 | $ 9,650.53 | $ 256.52 | $2.12 |
| November 2007 | 12/20/07 | $ 5,003.73 | $ 100.10 | $1.10 |
| December 2007 | 01/20/08 | $ 4,553.76 | $ 60.00 | $1.00 |
| Total Due: | | $61,962.51 | $2,436.84 | |

In addition, liquidated damages of 10% are due as follows:

| Month | Amount |
|---|---|
| January 2007 | $ 888.18 |
| February 2007 | $ 660.96 |
| March 2007 | $ 660.96 |
| May 2007 | $1,135.66 |
| June 2007 | $1,024.99 |
| July 2007 | $1,167.94 |
| August 2007 | $1,297.28 |
| September 2007 | $ 817.51 |
| October 2007 | $ 965.05 |
| November 2007 | $ 500.37 |
| December 2007 | $ 455.37 |
| Total: | $9,574.27 |

The total amount of pension fringe benefits due is $61,962.51.

The total amount of liquidated damages due is $9,574.27

The total amount of interest due at the rate of 8% per year is $2,436.84.

In addition to the above, attorney's fees and costs are due and owing. Those fees have

been included in the attorney's fees and costs set forth in the Declaration of Allison Johnson, the plan administrator for the other Funds. The Pension Plan pays a portion of those attorney's fees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: APRIL 3, 2008

JOSEPH P. HERRLE