SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY,<br><br>Defendants. | CASE NO.:  C07-04351 RMW PVT<br><br>DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT<br><br>DATE:    May 23, 2008<br>TIME:    9:00 A.M.<br>PLACE:   Courtroom 6, 4th Floor<br>JUDGE:   Hon. Ronald M. Whyte |

I, SUE CAMPBELL, do declare as follows:

1. I am the collection attorney for the I.B.E.W. Local 332 Trust Funds (hereinafter "Trust Funds"). Pursuant to the terms of my agreement with the Trust Funds, I bill the trust funds $195.00 per hour for my legal services.

2. I have reviewed my billing slips for the Trust Funds and verify that attorney's fees for the above referenced lawsuit through default judgment are $11,115.00, including an additional three hours for the filing of this request for default judgment. Costs are $602.00.

3. The amount of fees requested pursuant to the default judgment against Defendant RPD

1

DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT

ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, are $11,115.00, and are reasonable fees. Costs are $602.00. A copy of the bills to IBEW Local 332 Trust Funds are attached as Exhibit "A".

The pension contributions are paid directly to the Pension Trust. The declaration of Ina Gerbert sets forth the amounts due for pension.

The balance of the trust fund payments are paid by transmittals to United Administrative Services. The declaration of Allison Johnson sets forth the amount owed to these funds. The total amount due to all funds is $422,542.83. The breakdown is as follows:

**IBEW Local 332 Trust Funds**

| | |
|---|---|
| Fringe Benefits for 8/07 through 12/07 | $287,781.04 |
| Liquidated Damages for 2/07 and 8/07 thru 12/07 | $ 37,240.46 |
| Interest on 8/07 thru 12/07 Fringe Benefits | $ 11,830.71 |
| Attorney's Fees | $ 11,115.00 |
| Costs | $     602.00 |
| Total to IBEW Local 332 Trust Funds: | $348,569.21 |

**District No. 9 Pension Plan:**

| | |
|---|---|
| Pension Fringe Benefits for 5/07 and 6/07 and 8/07 to 12/07 | $61,962.51 |
| Liquidated Damages for 1/07 thru 12/07 | $ 9,574.27 |
| Interest at 8% on Pension Fringe Benefits | $ 2,436.84 |
| Total Pension: | $73,973.62 |

**Total Due to Both Trust Funds:**

| | |
|---|---|
| Fringe Benefit Contributions: | $349,743.55 |
| Liquidated Damages: | $ 46,814.73 |
| Interest | $ 14,267.55 |
| Attorney's Fees | $ 11,115.00 |
| Costs | $     602.00 |
| **Total Both Trust Funds:** | **$422,542.83** |

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge. Executed this ___ day of April 2008, at San Jose, California.

SUE CAMPBELL

# Sue Campbell
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

*Invoice submitted to:*
I.B.E.W. Local 332 Trust Funds
ATTN: Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150

February 25, 2008

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **BAY COUNTIES** |  |  |  |
| 1/23/2008 | Review faxes re proposed bankruptcy payment, Review file for amounts due | 0.45 | |
| 2/13/2008 | Review file, Correspondence/UAS with payment from bankruptcy trustee | 0.30 | |
| | SUBTOTAL: | [ 0.75 | 146.25] |
| **BENDER ELECTRIC** | | | |
| 1/15/2008 | Review file, Correspondence/Attorney Olson with signed and notarized Satisfaction of Judgment | 0.25 | |
| | SUBTOTAL: | [ 0.25 | 48.75] |
| **BROWN & FESLER** | | | |
| 1/23/2008 | Review Correspondence/Brown & Fesler, prepare Unconditional Release through October, fax to Brown & Fesler, Correspondence/UAS with payment and transmittals for October | 1.00 | |
| | SUBTOTAL: | [ 1.00 | 195.00] |
| **ELECTRICAL SERVICES** | | | |
| 1/30/2008 | Telephone Conference/Christine Carlson | 0.25 | |
| 2/4/2008 | Review documents from Allison at UAS, Correspondence/Pulte Homes | 0.50 | |
| 2/5/2008 | Review lien declartion from employee Samaniego | 0.05 | |
| 2/6/2008 | Review lien declarations from employees Monzon and Mustalic | 0.05 | |
| 2/14/2008 | Correspondence/Richard Deane requesting Nov thru Feb 2008 transmittals, Review File, calculate amounts owed on the KB Homes projects, Correspondence/Jeff Petersen at KB home with calculations and documentation | 1.50 | |
| | Review lien declarations from four employees | 0.10 | |
| 1/17/2008 | Research KB & Pulte persons to contact, Telephone Conference/KB Supervisor | 1.00 | |

408-277-0648

I.B.E.W. Local 332 Trust Funds                                                                                Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 1/26/2008 | email KB Homes | 0.25 | |
| 1/31/2008 | Review file, Prepare Correspondence and lien declarations for 45 employees | 4.00 | |
| 1/28/2008 | Telephone Conference/Richard Deane | 0.15 | |
| 2/1/2008 | Office Conference/Richard Deane, Telephone Conference/Union, Telephone Conference/Christine Carlson at Pulte, calculate amount owed on Pulte | 2.75 | |
| 2/5/2008 | Telephone Conference/Richard Deane | 0.25 | |
| 2/4/2008 | Telephone Conference/ElectricalServices, Telephone Conference/accountant for Pulte, Telephone Conference/Jo-Ann | 0.75 | |
| 2/7/2008 | Telephone Conference/Employee | 0.25 | |
| 1/30/2008 | Review Correspondence/K & B, Correspondence/K & B, calculate amounts owed | 0.75 | |
| 1/17/2008 | email status to Herrle, Telephone Conference/Union | 0.50 | |
| 2/8/2008 | Telephone Conference/Richard Deane, Telephone Conference/Bob, Telephone Conference/Patty | 0.75 | |
| 2/13/2008 | Telephone Conference/Richard Deane re Pulte | 0.25 | |
| 1/17/2008 | Review fax from Julie re market recovery information | 0.10 | |
| 1/29/2008 | Prepare Request for Entry of Default on First Amended Complaint, efile with court | 1.00 | |
| 1/25/2008 | Telephone Conference/UAS re transmittals and employee addresses, fax to UAS | 0.30 | |
| 1/28/2008 | Review file, Correspondence/Employees Biretta and LeClair, prepare skip trace requests on Biretta and LeClair | 1.00 | |
|  | Correspondence/Dave Best at Shea Homes, Correspondence/Jeff Petersen at KB Homes | 0.50 | |
|  | Research Shea homes/Mondrian project, Telephone Conference/Shea homes, memo to file | 0.50 | |
|  | Telephone Conference/Jo-Ann at UAS re employee information | 0.10 | |
| 1/29/2008 | Correspondence/Christine Carlson at Pulte homes | 0.25 | |
|  | Review file, Correspondence/Julie at 332 requesting addresses of men on August transmittal | 0.25 | |
| 1/25/2008 | Review court order re continuance of hearing, calendar CMC hearing | 0.10 | |
| 1/22/2008 | Review file for status, File original Summons and Proof of Service of Amended Complaint with court | 0.15 | |
|  | SUBTOTAL: | [  18.35 | 3,578.25] |

MCM & ASSOCIATES

| 1/30/2008 | Correspondence/Attorney Gangitano re settlement offer and scheduling arbitration | 0.25 | |
| 1/17/2008 | Telephone Conference/Attorney, Telephone Conference/Union, fax wage rate to attorney re West Bay project | 0.50 | |
| 2/11/2008 | Telephone Conference/Greg Gangitano | 0.10 | |
| 2/4/2008 | Review file, Prepare Demand for Production of Documents | 1.25 | |
|  | SUBTOTAL: | [  2.10 | 409.50] |

MISCELLANEOUS

| 2/7/2008 | Delinquent Correspondence/Souther Electric and Ueland Electric | 0.30 | |
| 1/30/2008 | Correspondence/Jo-Ann re update on collection report | 0.25 | |
| 1/24/2008 | Telephone Conference/Sandy, Prepare Collection Report, Review files | 0.75 | |
|  | Attend Meeting | 1.75 | |
|  | SUBTOTAL: | [  3.05 | 594.75] |

## Sue Campbell
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

---

*Invoice submitted to:*
I.B.E.W. Local 332 Trust Funds
ATTN: Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150


January 17, 2008




Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **BAY COUNTIES** | | | |
| 1/4/2008 | Review Notice from Bankruptcy Court re disbursement of funds | | |
| | SUBTOTAL: | 0.05 | 9.75] |
| **BROWN & FESSLER** | | | |
| 1/2/2008 | Telephone Conference/Brown & Fessler, Review file, Prepare Conditional Release on Progress payment re Lincoln High project through Sept. 2007, fax to Brown & Fessler | 1.25 | |
| 1/8/2008 | Prepare Conditional Release on Lincoln High School project through October, fax to Brown & Fessler | 0.75 | |
| 1/2/2008 | Telephone Conference/Brown & Fessler, Telephone Conference/Jo-Ann | 0.50 | |
| 1/8/2008 | Telephone Conference/Brown & Fessler | 0.25 | |
| 1/10/2008 | Review Correspondence/Robert A. Bothman with payment, Correspondence/RAS with payment of September fringes and liquidated damages | 0.30 | |
| | SUBTOTAL: | [ 3.05 | 594.75] |
| **ELECTRICAL SERVICES** | | | |
| 1/9/2008 | Telephone Conference/County Legal Services with status of skip trace and personal service on defendant | 0.25 | |
| 12/27/2007 | Telephone Conference/Richard Deane | 0.25 | |
| 1/2/2008 | Telephone Conference/Richard Deane, Telephone Conference/UAS, Review file | 0.35 | |
| | Office Conference/Richard Deane, Telephone Conference/UAS | 1.25 | |
| 1/9/2008 | Telephone Conference/Ron of Electrical Services | 0.25 | |
| 1/3/2008 | Review file, prepare service of process instructions for First Amended Complaint | 0.25 | |
| 12/20/2007 | Conference at NECA with Richard Deane | 1.00 | |
| 1/9/2008 | Correspondence/Richard Deane re NSF check for August 2006 and payment due Jan. 15th, Telephone Conference/Bob Tragni, Telephone Conference/County Legal to do a skip trace on Deane | 0.75 | |

---

408-277-0648

I.B.E.W. Local 332 Trust Funds                                                                                          Page     2

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/9/2008 | Telephone Conference/County Legal re status of service of First Amended Complaint, email First Amended Complaint to court clerk | 0.30 |  |
| 12/19/2008 | Telephone Conference/Union re market recovery information, names of employees, Telephone Conference/Irma | 0.50 |  |
| 12/19/2007 | Review fax from Alisson at Local 332 re outstanding amounts due on Electrical Services | 0.05 |  |
| 12/20/2007 | email original complaint to court clerk | 0.05 |  |
| 12/19/2007 | Telephone Conference/Court Clerk re first amended complaint, document pickup request to courier service | 0.25 |  |
|  | SUBTOTAL: | [   5.50 | 1,072.50] |

FREEWAY ELECTRIC

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/10/2008 | Review Correspondence/Watkins & Bortolussi, Correspondence/UAS with payment on conditional release | 0.25 |  |
| 1/8/2008 | Review Correspondence/CNA Surety, Correspondence/CNA Surety withdrawing bond claim through March 2007 | 0.30 |  |
|  | SUBTOTAL: | [   0.55 | 107.25] |

MCM & ASSOCIATES

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/9/2008 | Telephone Conference/Courier Service re status of service of process on West Bay | 0.20 |  |
| 12/22/2007 | Telephone Conference/Opposing Counsel, Review Correspondence/Mediator, file order | 0.75 |  |
| 12/27/2008 | Telephone Conference/Gangitano re ADR services | 0.25 |  |
| 1/9/2008 | Review file, calculate interest on fringe benefits, calculate attorney's fees, Correspondence/Opposing Counsel with documentation for proposed settlement offer on West Bay claim | 1.00 |  |
| 1/8/2008 | Review ADR from court, Correspondence/Attorney Gangitano with filed copy of Order | 0.30 |  |
|  | SUBTOTAL: | [   2.50 | 487.50] |

MISCELLANEOUS

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/3/2008 | Telephone Conference/Alison of Souther Electric re liquidated damages of $9,000 | 0.25 |  |
|  | SUBTOTAL: | [   0.25 | 48.75] |

ZAP ELECTRIC

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/9/2008 | Review file, research defendant location, prepare Application for Order for Examination, efile with court, email to judge, prepare and deliver chambers copy for judge | 2.50 |  |
|  | SUBTOTAL: | [   2.50 | 487.50] |

I.B.E.W. Local 332 Trust Funds                                                                Page      3

|  | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | 14.40 | $2,808.00 |

Additional Charges :

COSTS

| | | |
|---|---|---:|
| 1/7/2008 | Courier and Filing Fee re ADR Order | 59.00 |
| 1/9/2008 | Skip Trace and Rush Service re Service of Process on Electrical Services | 168.00 |
| | *Re First Amended complaint* | |
| | SUBTOTAL: | [   227.00] |

**Total costs**                                                                                             $227.00

**Total amount of this bill**                                                                      $3,035.00

**Previous balance**                                                                                 $6,426.75

| | | |
|---|---|---:|
| 12/21/2007 | Payment - Thank You. Check No. 000210 | ($3,819.75) |
| 1/4/2008 | Payment - Thank You. Check No. 000211 | ($2,607.00) |

**Total payments and adjustments**                                                     ($6,426.75)

Balance due                                                                                                $3,035.00

# Sue Campbell
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

*Invoice submitted to:*
I.B.E.W. Local 332 Trust Funds
ATTN: Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150

December 20, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **BENDER ELECTRIC** | | | |
| 11/20/2007 | Correspondence/Attorney Olson re status of stipulation | 0.25 | |
| 11/14/2007 | Telephone Conference/Judy Simon, Telephone Conference/Attorney Olsen re settlement agreement | 0.35 | |
| 12/7/2007 | Telephone Conference/Court, Prepare Request for Dismissal, efile with court | 0.50 | |
| 12/10/2007 | Correspondence/UAS with payment on stipulation | 0.25 | |
| 11/19/2007 | Telephone Conference/Attorney Olson | 0.25 | |
| 11/22/2007 | Telephone Conference/Opposing Counsel | 0.25 | |
| 11/9/2007 | Correspondence/Attorney Olson with breakdown of monies distributed since July 2005 | 0.35 | |
| | SUBTOTAL: [ | 2.20 | 429.00] |
| **ELECTRICAL SERVICES** | | | |
| 11/9/2007 | Telephone Conference/Electrical Services re check, Telephone Conference/Union | 0.50 | |
| 12/10/2007 | Telephone Conference/RPD, Telephone Conference/Union | 0.25 | |
| 12/14/2007 | Telephone Conference/Bob Tragni, Telephone Conference/Ron LeClaire, Telephone Conference/Richard Deane, attorney, and Telephone Conference/Barrow | 1.50 | |
| | Telephone Conference/Tragni, Telephone Conference/NECA, Telephone Conference/Superintendent of Jobs | 1.00 | |
| 11/21/2007 | Review Correspondence/District No. 9, Telephone Conference/Richard Dean at RPD | 0.50 | |
| 11/13/2007 | Telephone Conference/Union, Telephone Conference/UAS, Telephone Conference/Richard Dean | 0.35 | |
| 12/18/2007 | Prepare First Amended Complaint and Summons on First Amended Complaint | 1.00 | |
| 11/27/2007 | Telephone Conference/Jo-Ann, Review Correspondence/Attorney for District No. 9 | 0.50 | |
| 11/26/2007 | Telephone Conference/Attorney for District 9 re suit for pension | 0.25 | |
| 11/27/2007 | Prepare Case Management Conference Statement for Dec 7th hearing, efile with court | 0.75 | |

I.B.E.W. Local 332 Trust Funds                                                                    Page    2

|  | Hours | Amount |
|---|---|---|



| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 6.60 | 1,287.00] |

MCM & ASSOCIATES

| | | Hours |
|---|---|---|
| 12/11/2007 Review Answer of West Bay Builders | | 0.25 |
| 12/4/2007 Attend Hearing, File Proofs of Service on three defendants (West Bay) | | 0.75 |
| 11/14/2007 Telephone Conference/Attorney for Safeco | | 0.35 |
| 11/27/2007 Prepare Case Management Statement re Dec 4th hearing | | 0.50 |
| 12/16/2007 Review mediation information, Review answer, Correspondence/Surety Company | | 0.50 |
| 11/15/2007 Prepare Service Instructions for Defendants Safeco and First National re amended West Bay complaint | | 0.30 |

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 2.65 | 516.75] |

NORTHERN STATES

| | | Hours |
|---|---|---|
| 11/22/2007 Telephone Conference/UAS, Telephone Conference/Northern States | | 0.50 |

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 0.50 | 97.50] |

VILLA ELECTRIC

| | | Hours |
|---|---|---|
| 11/20/2007 Correspondence/Old Republic re documentation submitted and payment on bond | | 0.25 |

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 0.25 | 48.75] |
| **For professional services rendered** | | 12.20 | $2,379.00 |

Additional Charges :

COSTS

| | Amount |
|---|---|
| 11/8/2007 Service of Process re West Bay Builders | NO CHARGE |
| 11/26/2007 Service of Process of Amended Complaint on First National Insurance (MCM/West Bay) | 50.00 |
| Service of Process of First Amended Complaint on Safeco Insurance Company (MCM/West Bay) | 158.00 |
| 11/19/2007 Filing Fee for First Amended Complaint re MCM/West Bay | 20.00 |

| | | Amount |
|---|---|---|
| SUBTOTAL: | [ | 228.00] |
| **Total costs** | | $228.00 |
| **Total amount of this bill** | | $2,607.00 |
| **Previous balance** | | $3,819.75 |

**Sue Campbell**
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

*Invoice submitted to:*
I.B.E.W. Local 332 Trust Funds
ATTN: Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150

November 26, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **BENDER ELECTRIC** | | | |
| 10/11/2007 | Prepare Stipulation for Entry of Judgment, Correspondence/Attorney Olson | 1.25 | |
| 10/9/2007 | Review file re stipulation, Review Correspondence/Bender, draft stipoulation | 0.25 | |
| 10/3/2007 | Correspondence/Attorney Olson | 0.25 | |
| | SUBTOTAL: | [  1.75 | 341.25] |
| **ELECTRICAL SERVICES** | | | |
| 11/2/2007 | Telephone Conference/Richard Deane re payment | 0.25 | |
| 10/31/2007 | Telephone Conference/Herrle & Associates, Office Conference/Richard Deane, Telephone Conference/Union | 0.50 | |
| 10/12/2007 | Telephone Conference/Enna | 0.25 | |
| | Prepare Request for Entry of Default | 0.50 | |
| 10/9/2007 | Telephone Conference/Alison re RPD | 0.25 | |
| 10/16/2007 | Telephone Conference/Richard Deane, Telephone Conference/Steve Buckley | 0.50 | |
| 10/30/2007 | Telephone Conference/Enna re Hurley & Associates | 0.35 | |
| | SUBTOTAL: | [  2.60 | 507.00] |
| **FREEWAY ELECTRIC** | | | |
| 10/10/2007 | Telephone Conference/Freeway Electric | 0.25 | |
| 10/9/2007 | Telephone Conference/Pavex | 0.35 | |
| 10/10/2007 | Telephone Conference/Western Surety | 0.25 | |
| 10/16/2007 | Telephone Conference/Kathy with Pavex, Telephone Conference/Balthazar | 0.50 | |
| 11/6/2007 | Prepare Unconditional Waiver and Release re Willow Glen Way Bridge, Correspondence/Payvex | 0.75 | |
| 10/13/2007 | Telephone Conference/Freeway | 0.15 | |
| 10/10/2007 | Telephone Conference/Cathy at Pavex, Telephone Conference/Watkins & Bortolussi | 0.25 | |
| 10/3/2007 | Correspondence/Jo-Ann at UAS with payment from J.J. Albanese re Freeway Electric | 0.25 | |

# Sue Campbell
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

---

Invoice submitted to:
I.B.E.W. Local 332 Trust Funds
ATTN: Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150

**NOTE: This bill covers a two month period.**

October 04, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **AUDIT** | | | |
| 9/20/2007 | Telephone Conference/Whetzel | 0.50 | |
| 9/21/2007 | Telephone Conference/Bob re audits of ACS and Shazam | 0.25 | |
| | SUBTOTAL: [ | 0.75 | 146.25] |
| **BENDER ELECTRIC** | | | |
| 9/6/2007 | Telephone Conference/Jo-Ann, Telephone Conference/Harold Ikeda, Telephone Conference/Attorney | 0.50 | |
| 9/4/2007 | Prepare Special Interrogatories, Demand for Production of Documents, Notice of Deposition, Request for Admissions | 3.00 | |
| 8/31/2007 | Correspondence/Daniel Metrick, employee of Bender | 0.25 | |
| | Correspondence/Attorney Olson, fax to attorney | 0.25 | |
| 9/17/2007 | Correspondence/Tragni and Barrow re status of lawsuit | 0.35 | |
| 9/26/2007 | Review Objection to Deposition Notice of Rick Bender, Correspondence/Attorney Olson, Prepare Notice of Deposition of Glenus John Bender | 1.00 | |
| 7/31/2007 | Review Defendant's Case Management Statement | 0.10 | |
| 8/28/2007 | Review Correspondence/Mediator re conference dates, Fax reply to mediator with available dates | 0.25 | |
| 9/5/2007 | Telephone Conference/Jo-Ann, calculate amounts due, email attorney Olson | 0.75 | |
| 9/10/2007 | Correspondence/Attorney Olson re settlement offer | 0.25 | |
| 8/7/2007 | Telephone Conference/Union, Attend CMC Court hearing | 1.50 | |
| 9/7/2007 | Telephone Conference/ADR Mediator, Telephone Conference/Tragni re Bender | 0.50 | |
| 8/22/2007 | Review pleading re appointment of mediator | 0.15 | |
| 9/7/2007 | Email Chris Olson | 0.25 | |
| 8/21/2007 | Correspondence/Employee Harold Ikeda | 0.25 | |
| 9/24/2007 | Email Attorney Olson | 0.25 | |
| 7/31/2007 | Review file, Prepare Case Management Statement for August 7th hearing | 0.50 | |
| 8/1/2007 | Review Defendant's Initial Disclosure Statement | 0.10 | |
| | SUBTOTAL: [ | 10.20 | 1,989.00] |

---

I.B.E.W. Local 332 Trust Funds                                                                 Page     2

                                                                                        Hours    Amount

### ELECTRICAL SERVICES

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/17/2007 | Telephone Conference/Jo-Ann re Electrical Services | 0.15 | |
| 9/17/2007 | Telephone Conference/Jo-Ann, Telephone Conference/Richard Dean, Telephone Conference/District 9 | 0.75 | |
| | File original summons and proof of service | 0.05 | |
| 8/15/2007 | Telephone Conference/Electrical Services | 0.25 | |
| 9/21/2007 | Correspondence/Jo-Ann at UAS with Electrical Services payment of fringe benefits for May and June | 0.25 | |
| 8/20/2007 | Prepare Summons and Complaint | 3.50 | |
| 8/31/2007 | Prepare service of process instructions | 0.15 | |
| | SUBTOTAL: | [ 5.10 | 994.50] |

### FREEWAY ELECTRIC

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/13/2007 | Telephone Conference/RGW | 0.15 | |
| 9/6/2007 | Telephone Conference/ Watkin & Bortolussim, Kevin Albanese, Telephone Conference/Elijah Electric | 0.85 | |
| 8/22/2007 | Prepare Conditional Release on 405-Highway 87 HOV Lane project, Prepare Conditional Release on 406-Highway South Lane, Correspondence/RGW Construction | 1.00 | |
| | Prepare Conditional Release through April, Correspondence/Pavex | 0.75 | |
| 9/21/2007 | Telephone Conference/Pavex, Telephone Conference/Albanese, email Dave at Freeway | 0.50 | |
| 8/22/2007 | Prepare Conditional Lien Release re Highway Planting Project, Correspondence/Watkins & Bortolussi | 0.75 | |
| 9/7/2007 | Email Dave at Freeway, Review Correspondence/RGW, Telephone Conference/Roy at Albanese Construction | 0.75 | |
| 8/22/2007 | Prepare Conditional Waiver and Release re DeAnza project through April; Correspondence/Joseph Albanese | 0.75 | |
| 9/27/2007 | Telephone Conference/Pavex re contract adjustments/W9 | 0.20 | |
| 9/20/2007 | Telephone Conference/Surety Company | 0.25 | |
| 8/30/2007 | Review proof of service, efile summons and proof of service with court | 0.10 | |
| 9/12/2007 | Telephone Conference/RGW re Freeway Electric conditional lien release | 0.25 | |
| 9/6/2007 | Telephone Conference/Freeway, email Freeway, Prepare release for RGW and Albanese | 1.00 | |
| 9/12/2007 | Telephone Conference/Jo-Ann re RGW checks, Telephone Conference/RGW, Review file | 0.35 | |
| 9/10/2007 | Email to Freeway Electric letters and conditional releases | 0.25 | |
| | Correspondence/Jo-Ann re payment from RGW Construction | 0.25 | |
| 9/5/2007 | Telephone Conference/RGW, Telephone Conference/Watkin & Bortolussi, email/Freeway Electric | 0.75 | |
| 9/13/2007 | Correspondence/RGW Construction, Prepare Unconditional Waiver and Release re payment of $34,825.03 - 2nd release | 0.75 | |
| | SUBTOTAL: | [ 9.15 | 1,784.25] |

### MCM & ASSOCIATES

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/5/2007 | Prepare Stipulation to Amend Complaint, email Attorney Fisher with Stipulation to Amend for review | 0.75 | |

I.B.E.W. Local 332 Trust Funds                                                                                              Page     4

|            |                                                                                                                                        | Hours | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------|------:|-------:|
| 9/4/2007   | Telephone Conference/Judy at Northern States, drop off check at UAS, Telephone Conference/Jo-Ann, Office Conference/Richard Dean        | 1.50  |        |
| 9/10/2007  | Correspondence/Northern States re delinquency and payment schedule                                                                     | 0.25  |        |
| 9/21/2007  | Telephone Conference/Northern States                                                                                                   | 0.20  |        |
|            | SUBTOTAL:                                                                                                                          [  | 3.30  | 643.50] |

### UELAND ELECTRIC

|            |                                                                                                     | Hours | Amount |
|------------|-----------------------------------------------------------------------------------------------------|------:|-------:|
| 9/5/2007   | Prepare joint check agreement re Cal Tran project                                                   | 1.00  |        |
|            | Telephone Conference/LeRoy at Ueland Electric                                                       | 0.50  |        |
| 9/17/2007  | Correspondence/Ueland Electric re joint check status                                                | 0.25  |        |
| 9/21/2007  | Correspondence/Jo-Ann at UAS with January 2007 liquidated damages payment                           | 0.25  |        |
|            | Correspondence/Jo-Ann at UAS with payment of June and July contributions                            | 0.25  |        |
| 9/11/2007  | Telephone Conference/Michelle at Ueland re joint check                                              | 0.25  |        |
| 9/10/2007  | Telephone Conference/Ueland re joint check agreement                                                | 0.25  |        |
| 9/13/2007  | Telephone Conference/Ueland Electric re checks                                                      | 0.25  |        |
| 9/21/2007  | Telephone Conference/Ueland Electric                                                                | 0.20  |        |
| 9/7/2007   | fax joint check agreement to Ueland, Telephone Conference/Ueland                                    | 0.50  |        |
|            | SUBTOTAL:                                                                                       [  | 3.70  | 721.50] |

### VILLA ELECTRIC

|            |                                                             | Hours | Amount |
|------------|-------------------------------------------------------------|------:|-------:|
| 9/24/2007  | Review file and calculate interest, Court Appearance        | 1.25  |        |
|            | SUBTOTAL:                                               [  | 1.25  | 243.75] |

|                                    | Hours | Amount   |
|------------------------------------|------:|---------:|
| For professional services rendered | 47.05 | $9,174.75 |

Additional Charges :

### COSTS

|            |                                                                      | Amount   |
|------------|----------------------------------------------------------------------|---------:|
| 8/28/2007  | Service of Process and Service by Mail                               | 55.00    |
| 8/22/2007  | Filing Fee re RPD Electrical Services                                | 350.00   |
| 5/7/2007   | Service of process attempts - bad addresses (2)                      | 90.00    |
| 6/11/2007  | Service of Process on Safeco Ins. re MCM/West Bay Lawsuit            | 88.00    |
| 8/30/2007  | Service of Process on West Bay re MCM/West Bay Lawsuit               | 78.00    |
|            | Service of Process on City of San Jose re MCM/West Bay Lawsuit       | 42.00    |
|            | SUBTOTAL:                                                        [  | 703.00]  |

### ELECTRICAL SERVICES

|            |                                                | Amount  |
|------------|------------------------------------------------|--------:|
| 9/7/2007   | Service of Process of Summons and Complaint    | 84.00   |
|            | SUBTOTAL:                                  [  | 84.00]  |

**Sue Campbell**
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA  95112

---

*Invoice submitted to:*
I.B.E.W. Local 332 Trust Funds
ATTN:  Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150


August 06, 2007


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **BENDER ELECTRIC** | | | |
| 7/31/2007 Correspondence/Attorney Olson re submission of transmittals and settlement of case | | 0.25 | |
| Prepare Case Management Conference Statement, efile with court | | 1.00 | |
| SUBTOTAL: | [ | 1.25 | 243.75] |
| **ELECTRICAL SERVICES** | | | |
| 7/3/2007 Correspondence/Gabriel Salazar at bond company | | 0.25 | |
| 7/26/2007 Telephone Conference/Richard Dean | | 0.25 | |
| 7/12/2007 Telephone Conference/Richard Dean re payment | | 0.25 | |
| 6/20/2007 Telephone Conference/Tragni, Telephone Conference/Richard Dean | | 0.50 | |
| 6/29/2007 Review Correspondence/Electrical Services re bond letter | | 0.05 | |
| 7/26/2007 Review employee Jose Navarro's lien information form | | 0.05 | |
| 7/10/2007 Review Correspondence/Electrical Services | | 0.05 | |
| 6/13/2007 Telephone Conference/Electrical Services, Telephone Conference/Union | | 0.50 | |
| 5/28/2007 Telephone Conference/Richard Dean | | 0.25 | |
| 6/25/2007 Telephone Conference/Richard Dean | | 0.25 | |
| 6/15/2007 Telephone Conference/Jo-Ann, Telephone Conference/Richard Dean, Telephone Conference/Joe Herley | | 0.75 | |
| 6/21/2007 Office Conference/Tragni, Barrow | | 1.25 | |
| SUBTOTAL: | [ | 4.40 | 858.00] |
| **FREEWAY ELECTRIC** | | | |
| 7/3/2007 Review Correspondence/CNA Surety Company | | 0.05 | |
| Review Correspondence/Freeway Electric | | 0.05 | |
| Review Correspondence/JJ Albanese | | 0.05 | |
| 7/27/2007 Telephone Conference/Gutierrez, Telephone Conference/UAS re processing hours | | 0.35 | |

**Sue Campbell**
Attorney at Law
1155 N. First Street, Suite 101
San Jose, CA 95112

*Invoice submitted to:*
I.B.E.W. Local 332 Trust Funds
ATTN: Jo-Ann Rashid
c/o Stephen Chelbay Company
P. O. Box 5057
San Jose CA 95150

## REVISED BILLING JUNE 25, 2007

June 13, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **AUDIT** | | | |
| 5/9/2007 | Telephone Conference/Steve Whetzel, Review audit, Telephone Conference/Jo-Anne | 0.35 | |
| | SUBTOTAL: | [ 0.35 | 68.25] |
| **BENDER ELECTRIC** | | | |
| 6/12/2007 | Correspondence/Attorney Olson re transmittals | 0.25 | |
| 4/19/2007 | Telephone Conference/Jo-Anne re Bender | 0.25 | |
| 5/30/2007 | Review file and proof of service, efile proof of service with court | 0.10 | |
| 5/7/2007 | Email complaint to court, Prepare service of process instructions | 0.25 | |
| 5/25/2007 | Correspondence/Employee Ikeda | 0.25 | |
| 6/6/2007 | Review Defendant's Answer to Complaint | 0.50 | |
| 4/30/2007 | Correspondence/Bob Tragni, Correspondence/Employee Ikeda | 0.50 | |
| 5/23/2007 | Telephone Conference/Attorney for Bender | 0.25 | |
| | SUBTOTAL: | [ 2.35 | 458.25] |
| **ELECTRICAL SERVICES** | | | |
| 5/30/2007 | Telephone Conference/Employee Roger Penaloza | 0.25 | |
| 6/5/2007 | Certified Correspondence/American Contractors re bond claim | 0.35 | |
| 5/31/2007 | Telephone Conference/Employee | 0.10 | |
| 5/24/2007 | Correspondence/Electrical Services re joint checks | 0.25 | |
| 5/18/2007 | Telephone Conference/Julie, Telephone Conference/Jo-Ann re Electrical Services | 0.50 | |
| 5/17/2007 | Telephone Conference/Electrical Services | 0.25 | |
| 5/31/2007 | Office Conference/Foreman for Electrical Services | 0.75 | |
| 5/28/2007 | Telephone Conference/Employees (3), Telephone Conference/Electrical Services, Telephone Conference/UAS | 0.75 | |
| 5/24/2007 | Correspondence/Employees (45) with declarations for lien information | 6.75 | |

I.B.E.W. Local 332 Trust Funds                                                                                    Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 5/18/2007 | Telephone Conference/Bob Tragni | 0.25 | |
| 5/31/2007 | Telephone Conference/John, Telephone Conference/Richard Deane | 0.50 | |
| 6/1/2007 | Telephone Conference/Bob Tragni, Telephone Conference/Employees (4) | 0.50 | |
| 5/23/2007 | Telephone Conference/Electrical Services | 0.25 | |
|  | SUBTOTAL: | [ 11.45 | 2,232.75] |

FREEWAY ELECTRIC

| 4/17/2007 | Telephone Conference/Bob Tragni, Telephone Conference/RGW | 0.50 | |
| 6/6/2007 | Telephone Conference/J J Albanese Construction, Telephone Conference/Cindy at Freeway | 0.25 | |
| 5/18/2007 | Telephone Conference/Watkin & Bortolussi re 287 corridor project | 0.25 | |
|  | Telephone Conference/Albanese, Telephone Conference/Cindy at Freeway re payment | 0.50 | |
| 4/24/2007 | Telephone Conference/Tragni, Telephone Conference/Employees | 0.50 | |
| 5/22/2007 | Telephone Conference/J.J. Albanese | 0.25 | |
| 5/23/2007 | Telephone Conference/Freeway Electric | 0.25 | |
| 5/14/2007 | Telephone Conference/Bruce Wing of Rosendin Electric, RGW, JJ Albanese, and Watkins & Bortolussi | 1.00 | |
| 5/28/2007 | Telephone Conference/Watkin Bortulossi, Review Correspondence/Watkins, Telephone Conference/Employees, Telephone Conference/Freeway Electric, Review fax from Freeway, Review Correspondence/Employee, Telephone Conference/UASq | 1.25 | |
| 5/16/2007 | Correspondence/Freeway Electric | 0.25 | |
| 6/4/2007 | Correspondence/CNA Surety re bond claim and supporting documentation | 0.25 | |
| 5/10/2007 | Telephone Conference/County Legal and Notory Service re Freeway Electric | 0.25 | |
| 4/17/2007 | Review file, Telephone Conference/Freeway Electric, Telephone Conference/332 re Elijah Electric | 1.00 | |
| 6/4/2007 | Correspondence/Freeway Electric re certified payroll | 0.25 | |
| 5/16/2007 | Telephone Conference/Kevin Albanese | 0.25 | |
| 5/18/2007 | Telephone Conference/Gutierrez, Telephone Conference/Bruce Wing, Telephone Conference/Freeway | 0.75 | |
| 5/17/2007 | Telephone Conference/Watkin & Bortulossi re hours | 0.25 | |
| 5/7/2007 | email copy of complaint to court | 0.05 | |
| 5/8/2007 | Correspondence/Employee Bruce Wing with lien information request | 0.35 | |
| 5/14/2007 | Correspondence/J.J. Albanese re DeAnza College project | 0.25 | |
|  | Correspondence/Watkin & Bortolussi re Hwy 85 project | 0.25 | |
| 5/16/2007 | Correspondence/CNA Surety re bond claim | 0.25 | |
|  | SUBTOTAL: | [ 9.15 | 1,784.25] |

MCM & ASSOCIATES

| 4/26/2007 | Telephone Conference/Surety Company | 0.25 | |
| 5/19/2007 | Telephone Conference/Court re West Bay | 0.25 | |
| 6/6/2007 | Prepare Service of Instructions (3) re service on defendants re Almaden Library project | 0.50 | |
| 6/7/2007 | Prepare Summons and Complaint re Almaden Library | 3.50 | |
|  | SUBTOTAL: | [ 4.50 | 877.50] |