IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>RPD ELECTRICAL SERVICES CO.,<br><br>    Defendant. | ***E-FILED - 5/20/08***<br><br>CASE NO.: C-07-04351-RMW<br><br>**CLERK'S NOTICE OF VACATING CASE MANAGEMENT CONFERENCE** |

    YOU ARE HEREBY NOTIFIED that the Case Management Conference which was set for May 23, 2008 at 10:30 a.m., is hereby VACATED.

    Counsel are hereby informed of the vacated hearing date.

DATED: May 20, 2008

                                                         JACKIE GARCIA<br>
                                                          Courtroom Deputy for<br>
                                                          Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record: