## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: May 23, 2008

Case No. C-07-04351-RMW        JUDGE: Ronald M. Whyte

BOB TRAGNI, et al.                                     -V- RPD ELECTRICAL SERVICES CO.
Title

S. Campbell                                              No Appearance
Attorneys Present (Plaintiff)                  Attorneys Present  (Defendant)

COURT CLERK: Jackie Garcia                 COURT REPORTER: Lee-Anne Shortridge

### PROCEEDINGS

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR ATTORNEY'S FEES**

ORDER AFTER HEARING

 Hearing Held.  The Herrle Declaration attached no documentation to demonstrate that the claimed contribution amounts are owed to the District No.9 Pension Plan, so the Court declines to enter judgment with regard to claims for payments owed to the District No.9 Pension Plan.  Based on the Johnson Declaration, it appears that plaintiffs that plaintiffs are entitled to an award of delinquent benefits contributions to the I.B.E.W. Local 332 Trust Funds for the months of August through December 2007, totaling $49,937.52, liquidated damages for such delinquent contributions at a rate of 15%, or $46,814.73, and interest on the delinquent contributions in the amount of $11,830.71.  The Court is unable to ascertain from the declaration or billing records submitted which portion of the hours billed are attributable to claims for amounts owed to the I.B.E.W. Local 332 Trust Fund and which are for amounts to the District No. 9 Pension Plan so denies without prejudice plaintiffs' request for attorney's fees.  Plaintiff to resubmit the pleadings in question and the Court will issue a ruling to the parties.  The matter is deemed submitted.