SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, <br><br> Defendants. | CASE NO.: C07-04351 RMW <br><br> SUPPLEMENTAL DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT <br><br> DATE: May 23, 2008 <br> TIME: 9:00 A.M. <br> PLACE: Courtroom 6, 4th Floor <br><br> JUDGE: Hon. Ronald M. Whyte |

I, SUE CAMPBELL, do declare as follows:

I am the collection attorney for the I.B.E.W. Local 332 Trust Funds (hereinafter "Trust Funds"). The Pension Fund and the Health and Welfare Fund prorate the attorney's fees based on the amount owed to each Fund.

The District No. 9 Pension Plan's share of the attorney's fees are as follows:

The amount due to the Pension Fund is $51,712.56 and $287,781.04 for the other trust funds, making the Pension Fund's pro rata share for attorney's fees 18%. The attorney's fees for all funds is $11,115.00, making the attorney's fees for the Pension Fund $2,000.70, and

1

SUPPLEMENTAL DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT

1  $9,114.30 for the Health and Welfare Fund.

2  I believe the tentative ruling contained a typographical error and the amount on line 6 of
3  the minute order should read:

4  "Totaling $287,781.04, liquidated damages for such delinquent contributions at a rate
5  of $15% or $46,814.73,"

6  based on the documents previously submitted and attached to the declaration of Allison
7  Johnson. If additional documentation regarding the amounts due to the health and welfare trust
8  and ancillary trust funds is needed, it will be provided.

9  Pursuant to the documents submitted for health and welfare and pension trust funds, the
10 total amount requested on the judgment is as follows:

| | |
|---|---|
| Fringe benefit contributions ($51,712.56 for Pension and $287,781.04 for health and welfare) | $339,493.60 |
| Liquidated damages ($9,574.27 for Pension and $37,240.46 for health and welfare) | $46,814.73 |
| Interest at 10% ($4,076.06 for Pension and $11,830.71 for health and welfare) | $15,906.77 |
| Attorney's Fees ($2,000.70 is 18% prorated share for Pension and $9,114.30 is prorated share for health and welfare) | $11,115.00 |
| Costs ($108.36 is 18% prorated share for Pension and $493.64 is prorated share for health and welfare) | $602.00 |
| Total judgment requested: | $413,932.10 |

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge. Executed this _3_ day of June 2008, at San Jose, California.

SUE CAMPBELL

SUPPLEMENTAL DECLARATION OF SUE CAMPBELL IN SUPPORT OF DEFAULT