SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY,<br><br>Defendants. | CASE NO.: C07-04351 RMW PVT<br><br>JUDGMENT BY DEFAULT BY COURT<br><br>DATE: May 23, 2008<br>TIME: 9:00 A.M.<br>PLACE: Courtroom 6, 4th Floor<br>JUDGE: Hon. Ronald M. Whyte |

The defendant RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as ELECTRICAL SERVICE COMPANY, having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant having been duly entered, upon application to plaintiff to Court, and pursuant to affidavit on file herein, the Court orders the following JUDGMENT.

It is ordered and adjudged that Plaintiffs BOB TRAGNI and WILLIAM T. BARROW AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF

1  ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION
2  TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF
3  AND APPRENTICESHIP TRAINING TRUST FUNDS, have and recover from said Defendant
4  RPD ELECTRICAL SERVICES CO., INC., a California Corporation doing business as
5  ELECTRICAL SERVICE COMPANY, the sum of $339,493.60 in contributions, $46,814.73
6  in liquidated damages, $15,906.77 in interest pursuant to contract, $11,115.00 in attorney's fees,
7  together with costs in the sum of $602.00, for a total amount of judgment of $413,932.10.

9  Dated: _____          _____
10                                          JUDGE OF THE U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA

JUDGMENT