1

2

3

4                                                    **E-FILED on** ___7/2/08___

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11   BOB TRAGNI AND WILLIAM T. BARROW,        No. C-07-04351 RMW
     AS TRUSTEES OF THE INTERNATIONAL
12   BROTHERHOOD OF ELECTRICAL               JUDGMENT
     WORKERS LOCAL 332 HEALTH AND
13   WELFARE AND PENSION TRUST FUNDS,
     NEBF, JEIF, NECA SERVICE CHARGE,
14   NECA, DUES CHECK OFF AND
     APPRENTICESHIP TRAINING TRUST
15   FUNDS,

16              Plaintiffs,

17         v.

18   RPD ELECTRICAL SERVICES CO., INC., a
     California Corporation doing business as
19   ELECTRICAL SERVICE COMPANY,

20              Defendant.

21

22

23        On ____7/1/08_____, the court issued an order granting plaintiffs' application for default

24   judgment as to their claims for delinquent benefits, liquidated damages, interest and attorney's fees

25   and costs.  Accordingly, default judgment is hereby entered in favor of plaintiffs and against

26   defendant. Plaintiffs are awarded delinquent benefits of $339,493.60, liquidated damages of

27   $46,814.73, interest in the amount of $15,906.77, attorney's fees of $11,115.00, and costs of

28   $602.00.

JUDGMENT—No. C-07-4351 RMW
MAG

**United States District Court**
For the Northern District of California

1    IT IS HEREBY ORDERED THAT defendant RPD Electrical Services Co, Inc. shall pay to

2  plaintiffs a total of $413,932.10.

3

4

DATED:     7/1/08

5                                                    *Ronald M Whyte*

                                                     RONALD M. WHYTE
6                                                    United States District Judge

**United States District Court**
For the Northern District of California

JUDGMENT—No. C-07-4351 RMW
MAG                                         2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Sue Campbell                suecampbell@att.net

**Counsel for Defendants:**

(no appearance)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    _____7/2/08_____        /s/ MAG_____
                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

JUDGMENT—No. C-07-4351 RMW
MAG                                3