**EJ-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):* | TEL NO.: |

☐ Recording requested by and return to:

SUE CAMPBELL,
ATTORNEY AT LAW SBN: 98728
1155 N. FIRST STREET SUITE 101
SAN JOSE, CA 95112

☑ ATTORNEY FOR    ☑ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: U.S.D.C. - NORTHERN DISTRICT
MAILING ADDRESS: 280 S. FIRST STREET ROOM 2112
CITY AND ZIP CODE: SAN JOSE, CA 95112
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: BOB TRAGNI et. al.

DEFENDANT: RPD ELECTRICAL SERVICES CO., A CALIFORNIA CORP.

| ABSTRACT OF JUDGMENT    ☐ Amended | CASE NUMBER: C-07-04351 RMW |
|---|---|

FOR COURT USE ONLY

1. The ☑ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address
   RPD ELECTRICAL SERVICES CO., INC., A
   CALIFORNIA CORPORATION
   242 HILLSDALE AVENUE
   SAN JOSE, CA 95136

   b. Driver's license No. and state:
   c. Social security No.: ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or ☑ Unknown
      mailed to *(name and address):* SAME AS ABOVE

   e. ☐ Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. ☐ Information on additional judgment debtors is shown on page two.

Date:
SUE CAMPBELL, ATTORNEY AT LAW
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☑ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor *(name and address):*
   SEE ATTACHMENT ONE

4. Judgment debtor *(full name as it appears in judgment):*
   SEE ATTACHMENT ONE

6. Total amount of judgment as entered or last renewed:
   $ 413,932.10

7. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

[SEAL]

5. a. Judgment entered on *(date):* 07/02/2008
   b. Renewal entered on *(date):*

   This abstract issued on *(date):*
   JUL 28 2008

8. A stay of enforcement has
   a. ☑ not been ordered by the court.
   b. ☐ been ordered by the court effective until *(date):*

9. ☐ This judgment is an installment judgment.

RICHARD W. WIEKING
Clerk, by _DIANE MIYASHIRO_ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

ABSTRACT OF JUDGMENT
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: BOB TRAGNI et. al. | CASE NUMBER: |
|---|---|
| DEFENDANT: RPD ELECTRICAL SERVICES CO., A CALIFORNIA CORP. | C-07-04351 HMW |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

14.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

11.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

15.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

12.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

16.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

13.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

17.
Name and last known address

Driver's license No. & state:                              ☐ Unknown
Social security No.:                                        ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

## ABSTRACT OF JUDGMENT
## ATTACHMENT ONE

### BOB TRAGNI et. al. vs. RPD ELECTRICAL SERVICES CO., INC.

### CASE NO.:   C07-04351 RMW PVT

3.     Judgment Creditor
BOB TRAGNI AND WILLIAM T.
BARROW, AS TRUSTEES OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 332
HEALTH AND WELFARE AND PENSION
TRUST FUNDS, NEBF, JEIF, NECA
SERVICE CHARGE, NECA, DUES
CHECK OFF  AND APPRENTICESHIP
TRAINING TRUST FUNDS

c/o SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112

4.     Judgment Debtor:
RPD ELECTRICAL SERVICES CO., INC.,
a California Corporation doing business
as ELECTRICAL SERVICE COMPANY